

## Weld County Sheriff's Office
### 1950 O Street, Greeley, CO 80631

Process Number:
25CP1580

Docket Number:
1:25-CV-847-CNS-NRN

STATE OF COLORADO )
) SS
COUNTY OF WELD )

AFFIDAVIT OF SERVICE
PERSONALLY AT PLACE OF BUSINESS

I hereby certify that I am over the age of 18 years and not a party to this action, and that I served the attached

Summons & Complaint,
Exhibits

on the Defendant, KYLE DANIEL BEAUCHAMP **DOB:** 01/16/83

by delivering to and leaving with said defendant/respondent, a true copy thereof on 4/16/25@3:55:00 PM

at a place of business, to wit: 340 S. ELM AVE, EATON, COLORADO,

Steve Reams
Weld County Sheriff

By: Broderius, John 97-03

*/s/ J O Broderius*

Civil Process Server/Deputy Sheriff