

# Weld County Sheriff's Office
### 1950 O Street, Greeley, CO 80631

Process Number:
25CP1581

Docket Number:
1:25-CV-847-CNS-NRN

STATE OF COLORADO )
                                    SS)
COUNTY OF WELD      )

## AFFIDAVIT OF SERVICE UPON SUBSTITUTE
## KNOWN/RELATED TO THE DEFENDANT/RESPONDENT

I hereby certify that I am over the age of 18 years and not a party to this action, and that I served the attached

Summons & Complaint,
Exhibits

by delivering to and leaving with a true copy thereof with  KYLE BEAUCHAMP

who is a(n) Agent of the Defendant; KB CUSTOM AG SOLUTIONS LLC  ,on the date of 4/16/25@3:55:00 PM

at the address of 340 S. ELM AVE,Eaton,CO, , the defendant's usual place of abode.

Steve Reams
Weld County Sheriff

By: Broderius, John 97-03

_____
Civil Process Server/Deputy Sheriff