**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ, et al.,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC; and KYLE BEAUCHAMP, in his individual capacity.

    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

To the Clerk of the Court and all parties of record:

    Lucy K. Walker, of the law firm Hutchinson, Black and Cook, LLC, hereby enters her appearance as counsel for Defendants KB Custom AG Services, LLC, and Kyle Beauchamp in the above-captioned matter. All pleadings, notices, correspondence, and other documents should be directed to undersigned counsel at the addresses specified.

    Respectfully submitted this 6th day of May, 2025.

    *s/ Lucy K. Walker*
    Jonathan B. Boonin, Atty #23113
    Lucy K. Walker, Atty #46456
    Hutchinson Black and Cook, LLC
    921 Walnut Street, Suite 200
    Boulder, CO 80302
    (303) 442-6514
    jonathan.boonin@hbcboulder.com
    lucy.walker@hbcboulder.com

    Counsel for Defendants KB Custom AG Services, LLC and Kyle Beauchamp

2

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served upon the following:

Dawson Morton, GA. Atty #525985
Dawson Morton, LLC
1808 Sixth Street
Berkley, CA 94710
(404) 590-1295
dawson@dawsonmorton.com

James Knoepp, SC Atty #102757
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
(828) 379-3169
jim@dawsonmorton.com

*Attorney for Plaintiffs*

By: /s/ *Garyn Flinn*
Garyn Flinn