**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ, et al.,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC; and KYLE BEAUCHAMP, in his individual capacity.

    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

To the Clerk of the Court and all parties of record:

    Jonathan B. Boonin, of the law firm Hutchinson, Black and Cook, LLC, hereby enters his appearance as counsel for Defendants KB Custom AG Services, LLC, and Kyle Beauchamp in the above-captioned matter. All pleadings, notices, correspondence, and other documents should be directed to undersigned counsel at the addresses specified.

    Respectfully submitted this 6th day of May, 2025.

                                          *s/ Jonathan B. Boonin*_____
                                          Jonathan B. Boonin, Atty #23113
                                          Lucy K. Walker, Atty #46456
                                          Hutchinson Black and Cook, LLC
                                          921 Walnut Street, Suite 200
                                          Boulder, CO 80302
                                          (303) 442-6514
                                          jonathan.boonin@hbcboulder.com
                                          lucy.walker@hbcboulder.com

                                          Counsel for Defendants KB Custom AG Services, LLC and Kyle Beauchamp

2

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a true and correct copy of the foregoing **NOTICE ENTRY OF APPEARANCE** was served upon the following:

Dawson Morton, GA. Atty #525985
Dawson Morton, LLC
1808 Sixth Street
Berkley, CA 94710
(404) 590-1295
dawson@dawsonmorton.com

James Knoepp, SC Atty #102757
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
(828) 379-3169
jim@dawsonmorton.com

*Attorney for Plaintiffs*

By:  /s/ *Garyn Flinn*
     Garyn Flinn

2

4906-8271-7247, v. 1