# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ, et al.,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC; and KYLE BEAUCHAMP, in his individual capacity.

    Defendants.

_____

## STIPULATION FOR EXTENSION OF TIME PURSUANT TO D.C.COLO.LCIVR 6.1(a) FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

    Pursuant to D.C.Colo.LCivR 6.1, Plaintiffs and Defendants, by and through their respective counsel of record, hereby submit their stipulation for an extension of time of twenty-one (21) days to and including May 28, 2025, for the filing of Defendants' responsive pleading to Plaintiffs' Complaint [1].

    D.C.Colo.LCivR 6.1 provides that the parties may stipulate in writing to one extension of time of not more than twenty-one (21) days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading. Defendants' response to the Complaint is currently due on May 7, 2025. The undersigned counsel for Defendants have been recently retained and require additional time to conduct the factual investigation needed to file a responsive pleading. Plaintiffs and Defendants agree that Defendants may have an additional twenty-one (21) days, or until May 28, 2025, to file

2

their response to the Complaint, which extension is effective upon the filing of this stipulation without need of court action.

Pursuant to Local Rule 6.1(c), the undersigned certifies that a copy of this Motion was contemporaneously served on both the Plaintiffs and Defendants with their filing. This is the first request for an extension in this case.

DATED this 6th day of May, 2025.

 s/ James Knoepp
Dawson Morton, GA. Atty #525985
Dawson Morton, LLC
1808 Sixth Street
Berkley, CA 94710
(404) 590-1295
dawson@dawsonmorton.com

James Knoepp, SC Atty #102757
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
(828) 379-3169
jim@dawsonmorton.com

*Counsel for Plaintiffs*

s/ Lucy K. Walker
Jonathan B. Boonin, Atty #23113
Lucy K. Walker, Atty #46456
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
jonathan.boonin@hbcboulder.com
lucy.walker@hbcboulder.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME PURSUANT TO D.C.COLO.LCIVR 6.1(a) FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** was served upon the following:

Dawson Morton, GA. Atty #525985
Dawson Morton, LLC
1808 Sixth Street
Berkley, CA 94710
(404) 590-1295
dawson@dawsonmorton.com

James Knoepp, SC Atty #102757
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
(828) 379-3169
jim@dawsonmorton.com

*Attorney for Plaintiffs*

By: /s/ *Garyn Flinn*
Garyn Flinn