**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ, et al.,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC; and KYLE BEAUCHAMP, in his individual capacity.

    Defendants.

_____

**UNOPPOSED MOTION TO RESCHEDULE SCHEDULING/PLANNING CONFERENCE**
_____

    Pursuant to F.R.C.P. 16 and this Court's Order Setting Scheduling/Planning Conference [6], Defendants KB Custom AG Services, LLC, and Kyle Beauchamp (together, "Defendants"), by and through undersigned counsel, respectfully move for an Order vacating the Scheduling Conference and rescheduling it for approximately thirty (30) days from its current calendared date of June 17, 2025, to July 17, 2025.

**Certification Regarding Conferral**

    Pursuant to Local Civil Rule 7.1(a), undersigned counsel has conferred with counsel for Plaintiffs who do not oppose the present Motion.

    1.    This case was filed on March 14, 2025. Defendants were served on April 16, 2025. Undersigned counsel was not retained until May 2, 2025.

    2.    Given the recent retaining of counsel and the timeframes contemplated by the Court's Order and by F.R.C.P. 26 and D.C.COLO.LCivR 16.1 and 26.1, counsel

have agreed that an enlargement to approximately July 17, 2025, would allow for more meaningful conferral and case management generally.

3. Pursuant to this Court's Civil Practice Standards, counsel's office shall email chambers upon filing of this Motion.

Dated: May 9, 2025

Respectfully submitted,

HUTCHINSON BLACK AND COOK, LLC

By: *s/ Lucy K. Walker*
Lucy K. Walker
Jonathan B. Boonin
921 Walnut Street, Suite 200
Boulder, CO 80302
Phone: (303) 442-6514
Fax: (303) 442-6593
Jonathan.boonin@hbcboulder.com
Lucy.walker@hbcboulder.com

Attorneys for Defendants KB Custom AG Services, LLC, and Kyle Beauchamp

4914-6318-0352, v. 1

## CERTIFICATE OF SERVICE

I certify that on May 9, 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION TO RESCHEDULE SCHEDULING/PLANNING CONFERENCE** was served upon the following:

Dawson Morton, GA. Atty #525985
Dawson Morton, LLC
1808 Sixth Street
Berkley, CA 94710
(404) 590-1295
dawson@dawsonmorton.com

James Knoepp, SC Atty #102757
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
(828) 379-3169
jim@dawsonmorton.com

*Attorney for Plaintiffs*

By: /s/ *Garyn Flinn*
Garyn Flinn

3

4914-6318-0352, v. 1