IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C.COLO.LAttyR 5(a), Francis A. Wilson (Fisher & Phillips, LLP; 1125 17th Street, Suite 2400, Denver, CO 80204; 303-218-3637; fwilson@fisherphillips.com) hereby certifies that he is a member in good standing of the bar of this Court and enters his appearance as counsel of record for Defendants, KB Custom AG Services LLC and Kyle Beauchamp.

Dated:  May 27, 2025

Respectfully submitted,

*s/ Francis A. Wilson*
Francis A. Wilson
1125 17th St., Ste 2400

Denver, CO 80202
Telephone: (303) 218-3650
fwilson@fisherphillips.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to counsel of record for the Parties.

 *s/Lauren Reh*
Lauren Reh
Fisher Phillips LLP