# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

Pursuant to D.C.COLO.LCivR 6.1(a), Defendants KB Custom AG Services, LLC and Kyle Beauchamp ("Defendants"), by and through their counsel of record, request a one-week extension of time from May 28, 2025, up to and including June 4, 2025, to file a responsive pleading to Plaintiffs' Complaint.

1. **Certificate of Compliance with D.C.COLO.LCivR 7.1.** Defendants' counsel contacted Plaintiffs' counsel on May 27, 2025, to confer on this motion. Defendant's counsel stated that Defendants do not oppose the relief requested herein.

2. On or about May 23, 2025, Defendants retained the undersigned to represent them in the pending Litigation.

3. The undersigned is currently preparing a response to the Complaint on behalf of the Defendants. The proximity of defense counsel's retention to the deadline for filing of a response created a need for counsel to request several additional days to review and address concerns with Defendants. As such, Defendants request a brief extension of time to complete and file Defendants' response to Plaintiffs' Complaint.

4. The requested *de minimis* extension will not impact or prejudice either Party. Counsel for Plaintiffs has already agreed to the extension requested by Defendants herein.

5. This is the second extension of time requested by Defendants to respond to the Complaint. The first extension was filed by Defendants' former counsel by way of a 21-day stipulation on May 6, 2025 [Doc. No. 13]. The stipulation effectively placed Defendants' deadline to respond to Plaintiffs' Complaint on May 28, 2025.

6. Defendants' counsel certifies that, pursuant to D.C.COLO.LCivR. 6.1(c), counsel for Defendants will serve its clients with a copy of this motion.

**WHEREFORE**, for the reasons stated above, Defendants request a one-week extension of time, up to and including June 4, 2025, for Defendants to respond to Plaintiffs' Complaint.

Dated: May 27, 2025

Respectfully submitted,

*s/ Francis A. Wilson*
Francis A. Wilson
1125 17th St., Ste 2400
Denver, CO 80202
Telephone: (303) 218-3650
fwilson@fisherphillips.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2025, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to counsel of record for the Parties.

 s/ Christopher A. McTaggart
Christopher A. McTaggart
Paralegal

FP 55012704.2