**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Pursuant to D.C.COLO.LAttyR 5(a), Rebecca Hause-Schultz (Fisher & Phillips, LLP; 621 Capital Mall, Suite 2400, Sacramento, CO 95814; (916) 210-0391; rhause-schultz@fisherphillips.com) hereby certifies that she is a member in good standing of the bar of this Court and enters her appearance as counsel of record for Defendants, KB Custom AG Services LLC and Kyle Beauchamp.

Dated:  May 28, 2025

Respectfully submitted,

*s/ Rebecca Hause-Schultz*
Rebecca Hause-Schultz
621 Capital Mall, Suite 2400
Sacramento, CA 95814
Phone: (916) 210-0391
Email: rhause-schultz@fisherphillips.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 28, 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to counsel of record for the Parties.

    *s/ Desiree Herrera*
Desiree Herrera
Legal Secretary