**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ, et al.,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC; and KYLE BEAUCHAMP, in his individual capacity.

    Defendants.

_____

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**
_____

Pursuant to D.C.COLO.LAttyR 5(b), Hutchinson Black and Cook, LLC and attorneys Jonathan B. Boonin and Lucy K. Walker hereby move this Court for permission to withdraw as counsel of record for Defendants KB Custom AG Services, LLC and Kyle Beauchamp (collectively, the "Defendants"), and in support, state as follows:

    1.    Francis A. Wilson and Rebecca Hause-Schultz of Fisher & Phillips, LLC, have entered their appearances [Docs. 17 and 20] and will continue as sole counsel for Defendants. As counsel of record, Mr. Wilson and Ms. Hause-Schultz are responsible for compliance with all court orders, time limitations, and other obligations, including those required by federal and local rules. Therefore, there is good cause for the withdrawal of Mr. Boonin and Ms. Walker, and withdrawal can be accomplished with no adverse effect on the interests of Defendants. *See e.g., Cavitat Med. Techs., Inc. v. Aetna, Inc.,* No. 04-CV-01849-MSK-OES, 2006 WL 8454635, at *1 (D. Colo. Feb. 8,

2006) ("The Court found that good cause existed for permissive withdrawal, rather than mandatory withdrawal, under Colorado Rule of Professional Conduct 1.16."); *compare* Colo. RPC 1.16 ("a lawyer may withdraw from representing a client if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client").

2. Jonathan B. Boonin, Lucy K. Walker and Hutchinson Black and Cook, LLC withdraw as counsel of record for Defendants.

3. Because the Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion, and, accordingly, the undersigned have not done so. See D.C.COLO.LCivR 7.1(b)(4).

4. A copy of this Motion will be served on Defendants and all counsel of record.

5. WHEREFORE, for the foregoing reasons, Jonathan B. Boonin, Lucy K. Walker and Hutchinson Black and Cook, LLC respectfully request that the Court enter an Order withdrawing Jonathan B. Boonin, Lucy K. Walker and Hutchinson Black and Cook, LLC as counsel for Defendants in this case, and that the Clerk of the Court delete the email addresses of Jonathan B. Boonin and Lucy K. Walker from future CM/ECF filings and electronic notifications in this case.

DATED this 28th day of May 2025.

| s/ Jonathan B. Boonin | s/ Lucy K. Walker |
|---|---|
| Jonathan B. Boonin, Atty #23113 | Lucy K. Walker, Atty #46456 |
| Hutchinson Black and Cook, LLC | Hutchinson Black and Cook, LLC |
| 921 Walnut Street, Suite 200 | 921 Walnut Street, Suite 200 |
| Boulder, CO 80302 | Boulder, CO 80302 |
| (303) 442-6514 | (303) 442-6514 |
| jonathan.boonin@hbcboulder.com | lucy.walker@hbcboulder.com |
| | |
| Counsel for Defendants | Counsel for Defendants |

## CERTIFICATE OF SERVICE

     I certify that on May 28, 2025, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** was served upon the following:

Dawson Morton, GA. Atty #525985
Dawson Morton, LLC
1808 Sixth Street
Berkley, CA 94710
(404) 590-1295
dawson@dawsonmorton.com

James Knoepp, SC Atty #102757
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
(828) 379-3169
jim@dawsonmorton.com

*Attorney for Plaintiffs*

Francis A. Wilson
1125 17th St., Ste 2400
Denver, CO 80202
(303) 218-3650
fwilson@fisherphillips.com

Rebecca Hause-Schultz
621 Capital Mall, Suite 2400
Sacramento, CA 95814
(916) 210-0391
Email: rhause-schultz@fisherphillips.com

*Attorney for Defendants*

                              By: /s/ *Garyn Flinn*
                                   Garyn Flinn