# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ, et al.,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC; and KYLE BEAUCHAMP, in his individual capacity.

    Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**
_____

    Upon the Motion to Withdraw of Counsel for Defendants, and good cause appearing:

    **IT IS ORDERED** that Hutchinson Black and Cook, LLC and attorneys Jonathan B. Boonin and Lucy K. Walker are hereby withdrawn as counsel for Defendants in this case.

    **IT IS FURTHER ORDERED** that the Clerk of the Court delete the email addresses of Jonathan B. Boonin and Lucy K. Walker from future CM/ECF filings and electronic notifications in this case.

    DATED this _____ day of _____, 2025.

                                                    BY THE COURT:

                                                    _____
                                                    United States Magistrate Judge