IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ, OSCAR JOVANNY DIAZ-RAMIREZ, JOSE ANIEL LOPEZ-VALDEZ, REY DAVID AVIÑA-COTO, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and KYLE BEAUCHAMP,

    Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Due to a conflict on the Court's calendar, it is hereby ORDERED that the Scheduling Conference set for July 17, 2025 at 2:30 p.m. is VACATED and RESET to July 17, 2025 at 3:00 p.m. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

Date: June 26, 2025