**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

**UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT PROPOSED SCHEDULING ORDER**

Pursuant to D.C.COLO.LCivR 6.1, Defendants KB Customs AG Services, LLC and Kyle Beauchamp respectfully request a 1-day extension of time (from July 10, 2025, to July 11, 2025) for the Parties to file the Proposed Scheduling Order.

1. **Certificate of Compliance with D.C.COLO.LCivR 7.1.** Defendants' counsel contacted Plaintiffs' counsel on July 10, 2025, to confer on this Motion. Plaintiffs' counsel stated that Plaintiffs do not oppose the relief requested herein.

2. The Parties are in the process of completing the Proposed Scheduling Order. Because of Defendants' counsel's schedule this week, Defendants' counsel needs

additional time to finalize their portions of the Proposed Scheduling Order and to finalize negotiations with Plaintiffs' counsel regarding any provisions in dispute.

3. The requested *de minimis* extension will not impact or prejudice either Party. Counsel for Plaintiffs has already agreed to the extension requested by Defendants herein.

4. This is the first extension of time requested by Defendants regarding the Parties' Proposed Scheduling Order.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and enter an order extending the deadline for the Parties to file a Proposed Scheduling Order to July 11, 2025.

Respectfully submitted this 10th day of July, 2025.

Respectfully submitted,

*s/ Francis A. Wilson*
Francis A. Wilson
1125 17th St., Ste 2400
Denver, CO 80202
Telephone: (303) 218-3650
fwilson@fisherphillips.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10th, 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT PROPOSED SCHEDULING ORDER** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to counsel of record for the Parties.

*s/ Cheyenne Matis*
Cheyenne Matis
For Fisher & Phillips LLP
