IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 25-cv-00847-CNS-NRN | Date:  July 17, 2025 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom A401 |

*Parties:*

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of
themselves and all others similarly situated,

   Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

   Defendants.

*Counsel:*

Dawson Morton
James Knoepp

Francis Wilson

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC SCHEDULING CONFERENCE**

**3:13 p.m.**   **Court in session.**

Court calls case. Appearances of counsel.

**THE COURT WILL ENTER THE SCHEUDLING ORDER TODAY. THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

<u>**PHASE 1 DISCOVERY:**</u>

Joinder of Parties/Amendment to Pleadings: **September 2, 2025**
Discovery Cut-off: **December 19, 2025**

Deadline for Plaintiffs motion for conditional certification: **January 23, 2026**.
Deadline for Plaintiffs to file motion for certification of Rule 23 class action: **January 23, 2026.**

Plaintiffs shall be limited to 4 depositions, one of which can be a 30(b)(6) that can be up to 7 hours in length. All other depositions are limited to 4 hours each.

Defendants may take a 4-hour deposition of each of the named plaintiffs.

Plaintiffs, collectively, shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Defendants shall be limited to 10 interrogatories, 10 requests for production, and 10 requests for admission to each named plaintiff.

Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

The parties are directed to contact the Chambers of Magistrate Judge Neureiter within 1 week of any decision on either the motion for conditional certification or the motion class certification to set a follow-up scheduling conference to address the second phase of discovery on the merits.

**3:53 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:40

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.