# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

---

## NOTICE OF FILING FAIR LABOR STANDARDS ACT CONSENTS TO SUE

---

Plaintiffs hereby give notice that, pursuant to 29 U.S.C. § 216(b), the following individuals file their consents to sue under the Fair Labor Standards Act (FLSA):

1. Victor Alexis Tapia-Vera
2. Raul Alejandro Lopez-Lopez
3. Roberto del Castillo-Garcia.

The FLSA consents are filed as attachments to this Notice.

Dated:   September 11, 2025        Respectfully submitted,

/s/ James M. Knoepp
James M. Knoepp
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
Ph: 828-379-3169
jim@dawsonmorton.com

/s/ Dawson Morton
Dawson Morton
Dawson Morton, LLC
1808 Sixth Street
Berkeley, CA 94710
Telephone: 404-590-1295
E-mail:  dawson@dawsonmorton.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Rebecca Hause-Schultz
621 Capital Mall, Suite 2400
Sacramento, CA 95814
rhause-schultz@fisherphillips.com

Francis A. Wilson
1125 17th Street, Suite 2400
Denver, CO 80202
fwilson@fisherphillips.com

                */s/ James M. Knoepp*
                James M. Knoepp

this 11th day of September, 2025.

3