## CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial para pagos que se me deben.

Nombre y Apellidos (en letras de molde): Victor Alexis Tapia Vera

Firma: _____

## CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about the pay that may be owed to me.

Full Name (printed): Victor Alexis Tapia Vera

Signature: _____

CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial para pagos que se me deben.

Nombre y Apellidos (en letras de molde): Raul Alejandro Lopez Lopez

Firma: *[signature]*

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about the pay that may be owed to me.

Full Name (printed): Raul Alejandro Lopez Lopez

Signature: _____

Doc ID: d18a922f9d59d5761d40126318abb78bbc64dd88

CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial para pagos que se me deben.

Nombre y Apellidos (en letras de molde):  Roberto del Castillo Garcia

Firma: _____


CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about the pay that may be owed to me.

Full Name (printed): Roberto del Castillo Garcia

Signature: _____

Doc ID: 119fb89be223f15d82a1902fd2112858979df859