**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

---

**NOTICE OF FILING FAIR LABOR STANDARDS ACT CONSENTS TO SUE**

---

Plaintiffs hereby give notice that, pursuant to 29 U.S.C. § 216(b), the following individual files their consent to sue under the Fair Labor Standards Act (FLSA):

    4.    Victor Diaz Ramirez.

The FLSA consent is filed as an attachment to this Notice.

Dated:    November 14, 2025    Respectfully submitted,

    /s/ James M. Knoepp
    James M. Knoepp
    Dawson Morton, LLC
    1612 Crestwood Drive
    Columbia, SC 29205
    Ph: 828-379-3169
    jim@dawsonmorton.com

    /s/ Dawson Morton
    Dawson Morton
    Dawson Morton, LLC
    1808 Sixth Street

Berkeley, CA 94710
Telephone: 404-590-1295
E-mail:  dawson@dawsonmorton.com

Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Rebecca Hause-Schultz
621 Capital Mall, Suite 2400
Sacramento, CA 95814
rhause-schultz@fisherphillips.com

Francis A. Wilson
1125 17th Street, Suite 2400
Denver, CO 80202
fwilson@fisherphillips.com

                                                */s/ James M. Knoepp*
                                                James M. Knoepp

this 14th day of November, 2025.