CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial para pagos que se me deben.

Nombre y Apellidos (en letras de molde): Victor Diaz Ramirez

Firma: *Victor* [signature]

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about the pay that may be owed to me.

Full Name (printed): Victor Diaz Ramirez

Signature: _____

Doc ID: 5d6b15f19c5ee1097f0a438c7c0806294661297a