IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

## MOTION TO WITHDRAW

    Francis A. Wilson hereby moves to withdraw on behalf of Defendants KB Custom AG Services, LLC, and Kyle Beauchamp. ("Defendants"). Effective January 15, 2026, Mr. Wilson is no longer affiliated with Fisher & Phillips LLP.  As such, good cause exists for Mr. Wilson's withdrawal as counsel for Defendant. Defendant will continue to be represented by all other remaining counsel of Fisher & Phillips LLP.  There will be no prejudice to Defendants or to the orderly progression of this case.  Defendants already know of this withdrawal of counsel and has been informed by other remaining counsel.

    WHEREFORE, Francis A. Wilson moves the Court to find good cause for this withdrawal and to enter an Order to make it effective.

Respectfully submitted this 14th day of January 2026.

        FISHER & PHILLIPS LLP

        *s/ Francis A. Wilson*
        Rebecca Hause-Schultz
        621 Capital Mall, Suite 2400
        Sacramento, CA 95814
        Phone: (916) 210-0391
        Email: rhause-schultz@fisherphillips.com

        Francis A. Wilson
        1125 17th Street, Suite 2400
        Denver, CO 80202
        Phone: (303) 218-3650
        Email: fwilson@fisherphillips.com

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2026, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Parties of record.

        *s/Cheyenne Matis*
        Cheyenne Matis, Legal Assistant
        For Fisher & Phillips, LLP