EXHIBIT 1

2022 ETA-790 CLEARANCE ORDER

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

# H-2A Agricultural Clearance Order
## Form ETA-790A
**U.S. Department of Labor**

## A. Job Offer Information

**1. Job Title *** Agricultural Equipment Operator

**2. Workers Needed ***
- a. Total: 285
- b. H-2A: 285

**Period of Intended Employment**
- 3. Begin Date *: 3/1/2022
- 4. End Date *: 12/28/2022

**5.** Will this job generally require the worker to be on-call 24 hours a day and 7 days a week? *
If "Yes", proceed to question 8. If "No", complete questions 6 and 7 below.
☐ Yes  ☒ No

**6. Anticipated days and hours of work per week ***
- a. Total Hours: 57
- b. Sunday: 0
- c. Monday: 9.5
- d. Tuesday: 9.5
- e. Wednesday: 9.5
- f. Thursday: 9.5
- g. Friday: 9.5
- h. Saturday: 9.5

**7. Hourly work schedule ***
- a. 7:00 ☒ AM ☐ PM
- b. 4:30 ☐ AM ☒ PM

### Temporary Agricultural Services and Wage Offer Information

**8a. Job Duties - Description of the specific services or labor to be performed. ***
*(Please begin response on this form and use Addendum C if additional space is needed.)*

Job requires the operation of custom harvesting machines and field machinery to harvest a variety of crops. A CDL is not required for operators of harvest machinery. Employees will also be driving semi trucks to transport products from fields to dairies and storage areas which does require a CDL. Duties also include performing mechanical repairs and maintenance to harvest equipment and semi trucks and trailers; manual labor including but not limited to duties such as pressure washing equipment, changing tires, performing daily truck and vehicle inspection safety reports and checks, sweeping, and cleaning work areas; and employees must follow company safety policies and procedures. Employees must have or be able to obtain a drivers license within 30 days of hire; have 6 months of harvest equipment operating experience; have 6 months of accident free tractor/trailer operation; and basic English literacy, reading, and math skills. Increases or bonuses may be possible based on experience and merit.

**8b. Wage Offer *** $ 16.47

**8c. Per *** ☒ HOUR ☐ MONTH

**8d. Piece Rate Offer §** $ ___.___

**8e. Piece Rate Units/Special Pay Information §**

**9.** Is a completed **Addendum A** providing additional information on the crops or agricultural activities and wage offers attached to this job offer? *
☒ Yes ☐ No

**10. Frequency of Pay. *** ☐ Weekly  ☒ Biweekly  ☐ Monthly  ☐ Other (specify): N/A

**11.** State all deduction(s) from pay and, if known, the amount(s). *
*(Please begin response on this form and use Addendum C if additional space is needed.)*
see addendum C

---

**Form ETA-790A**  **FOR DEPARTMENT OF LABOR USE ONLY**  Page 1 of 8
H-2A Case Number: H-300-21357-785172   Case Status: Full Certification   Determination Date: 02/03/2022   Validity Period: _____ to _____

OMB Approval: 1205-0466  
Expiration Date: 8/31/2022

**H-2A Agricultural Clearance Order**  
Form ETA-790A  
**U.S. Department of Labor**



**B. Minimum Job Qualifications/Requirements**

1. Education: minimum U.S. diploma/degree required. *
   - ☑ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's or Higher  ☐ Other degree (JD, MD, etc.)

2. Work Experience: number of months required. *   6
3. Training: number of months required. *   0

4. Basic Job Requirements (check all that apply) *
   - ☑ a. Certification/license requirements
   - ☑ b. Driver requirements
   - ☐ c. Criminal background check
   - ☐ d. Drug screen
   - ☑ e. Lifting requirement  80  lbs.
   - ☑ g. Exposure to extreme temperatures
   - ☑ h. Extensive pushing or pulling
   - ☑ i. Extensive sitting or walking
   - ☑ j. Frequent stooping or bending over
   - ☑ k. Repetitive movements

5a. Supervision: does this position supervise the work of other employees? *  ☐ Yes  ☑ No
5b. If "Yes" to question 5a, enter the number of employees worker will supervise. §

6. Additional Information Regarding Job Qualifications/Requirements.
*(Please begin response on this form and use Addendum C if additional space is needed. If no additional skills or requirements, enter "NONE" below)* *
See Addendum C

**C. Place of Employment Information**

1. Address/Location *
4055 CR K

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| Hartley | Texas | 79044 | Hartley |

6. Additional Place of Employment Information *(If no additional information, enter "NONE" below)* *
NONE

7. Is a completed **Addendum B** providing additional information on the places of employment and/or agricultural businesses who will employ workers, or to whom the employer will be providing workers, attached to this job order? *   ☑ Yes  ☐ No

**D. Housing Information**

1. Housing Address/Location *
806 West 7th St

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| Dalhart | Texas | 79022 | Dallam |

| 6. Type of Housing * | 7. Total Units * | 8. Total Occupancy * |
|---|---|---|
| Rental homes | 9 | 15 |

9. Housing complies or will comply with the following applicable standards: *  ☑ Local  ☑ State  ☑ Federal

10. Additional Housing Information. *(If no additional information, enter "NONE" below)* *
From Dalhart go northwest on Railroad St toward E 7th St then turn left onto E 7th St and houses will be on the right. These rental homes have been reserved for 01/01/2022 through 12/31/2022. Apartments 10, 12, 18, 27, 30, 42, 48, 52, and 62.

11. Is a completed **Addendum B** providing additional information on housing that will be provided to workers attached to this job order? *   ☑ Yes  ☐ No

---

**Form ETA-790A**  **FOR DEPARTMENT OF LABOR USE ONLY**  Page 2 of 8
H-2A Case Number: H-300-21357-785172   Case Status: Full Certification   Determination Date: 02/03/2022   Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 8/31/2022

**H-2A Agricultural Clearance Order**
Form ETA-790A
**U.S. Department of Labor**



### E. Provision of Meals

1. Describe <u>how</u> the employer will provide each worker with 3 meals a day or furnish free and convenient cooking and kitchen facilities. * *(Please begin response on this form and use Addendum C if additional space is needed.)*

   The employer will provide, without charge or deposit, free and convenient kitchen and cooking facilities to prepare meals. The workers will be allowed time to drive themselves or will be transported to a store or market to purchase their own food and cooking supplies. This house contains a refrigerator, stove, oven, and operational sink with hot and cold water under pressure. In the event that the workers are unable to prepare meals at the housing location, the employer will provide three sufficient meals a day free of charge.

2. If meals are provided, the employer: *
   - ☑ **WILL NOT** charge workers for such meals.
   - ☐ **WILL** charge workers for such meals at $ ____ . ____ per day per worker.

### F. Transportation and Daily Subsistence

1. Describe the terms and arrangement for daily transportation the employer will provide to workers. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*
   The employer will provide transportation to the worker from the employer provided housing to the work site at no cost to the worker.

2. Describe the terms and arrangements for providing workers with transportation (a) to the place of employment (i.e., inbound) and (b) from the place of employment (i.e., outbound). *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*
   See Addendum C

3. During the travel described in Item 2, the employer will pay for or reimburse daily meals by providing each worker *
   - a. no less than $ 13.17 per day *
   - b. no more than $ 55.00 per day with receipts

---

**Form ETA-790A**                **FOR DEPARTMENT OF LABOR USE ONLY**                Page 3 of 8
H-2A Case Number: H-300-21357-785172    Case Status: Full Certification    Determination Date: 02/03/2022    Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date: 8/31/2022*

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

## G. Referral and Hiring Instructions

1. Explain <u>how</u> prospective applicants may be considered for employment under this job order, including verifiable contact information for the employer, or the employer's authorized hiring representative, methods of contact, and the days and hours applicants will be considered for the job opportunity. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

Prospective applicants will be considered for employment by contacting the hiring manager and showing proof that they meet the desired qualifications/ experience. Contact Mary Beauchamp during normal business hours M-F 8am-5pm at (970) 834-2508.

2. Telephone Number to Apply *
+1 (970) 834-2508

3. Email Address to Apply *
mary@kbcustomag.com

4. Website address (URL) to Apply *
N/A

## H. Additional Material Terms and Conditions of the Job Offer

1. Is a completed **Addendum C** providing additional information about the material terms, conditions, and benefits (monetary and non-monetary) that will be provided by the employer attached to this job order? *   ☑ Yes  ☐ No

---

**Form ETA-790A**  **FOR DEPARTMENT OF LABOR USE ONLY**  Page 4 of 8

H-2A Case Number: H-300-21357-785172  Case Status: Full Certification  Determination Date: 02/03/2022  Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date: 8/31/2022*

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

---

**I. Conditions of Employment and Assurances for H-2A Agricultural Clearance Orders**

By virtue of my signature below, I **HEREBY CERTIFY** my knowledge of and compliance with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws, and certify the following conditions of employment:

1. **JOB OPPORTUNITY**: Employer assures that the job opportunity identified in this clearance order (hereinafter also referred to as the "job order") is a full-time temporary position being placed with the SWA in connection with an H-2A *Application for Temporary Employment Certification* for H-2A workers and this clearance order satisfies the requirements for agricultural clearance orders in 20 CFR 653, subpart F and the requirements set forth in 20 CFR 655.122. This job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR 655, Subpart B. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship.

2. **NO STRIKE, LOCKOUT, OR WORK STOPPAGE**: Employer assures that this job opportunity, including all worksites for which the employer is requesting H-2A labor certification does not currently have workers on strike or being locked out in the course of a labor dispute. 20 CFR 655.135(b).

3. **HOUSING FOR WORKERS**: Employer agrees to provide for or secure housing for H-2A workers and those workers in corresponding employment who are not reasonably able to return to their residence at the end of the work day. That housing complies with the applicable local, State, or Federal standards and is sufficient to house the specified number of workers requested through the clearance system. The employer will provide the housing without charge to the worker. Any charges for rental housing will be paid directly by the employer to the owner or operator of the housing. If public accommodations are provided to workers, the employer agrees to pay all housing-related charges directly to the housing's management. The employer agrees that charges in the form of deposits for bedding or other similar incidentals related to housing (e.g., utilities) must not be levied upon workers. However, the employer may require workers to reimburse them for damage caused to housing by the individual worker(s) found to have been responsible for damage which is not the result of normal wear and tear related to habitation. When it is the prevailing practice in the area of intended employment and the occupation to provide family housing, the employer agrees to provide family housing at no cost to workers with families who request it. 20 CFR 655.122(d), 653.501(c)(3)(vi).

   *Request for Conditional Access to Intrastate or Interstate Clearance System*: Employer assures that the housing disclosed on this clearance order will be in full compliance with all applicable local, State, or Federal standards at least 20 calendar days before the housing is to be occupied. 20 CFR 653.502(a)(3). The Certifying Officer will not certify the application until the housing has been inspected and approved.

4. **WORKERS' COMPENSATION COVERAGE**: Employer agrees to provide workers' compensation insurance coverage in compliance with State law covering injury and disease arising out of and in the course of the worker's employment. If the type of employment for which the certification is sought is not covered by or is exempt from the State's workers' compensation law, the employer agrees to provide, at no cost to the worker, insurance covering injury and disease arising out of and in the course of the worker's employment that will provide benefits at least equal to those provided under the State workers' compensation law for other comparable employment. 20 CFR 655.122(e).

5. **EMPLOYER-PROVIDED TOOLS AND EQUIPMENT**: Employer agrees to provide to the worker, without charge or deposit charge, all tools, supplies, and equipment required to perform the duties assigned. 20 CFR 655.122(f).

6. **MEALS**: Employer agrees to provide each worker with three meals a day or furnish free and convenient cooking and kitchen facilities to the workers that will enable the workers to prepare their own meals. Where the employer provides the meals, the job offer will state the charge, if any, to the worker for such meals. The amount of meal charges is governed by 20 CFR 655.173. 20 CFR 655.122(g).

   For workers engaged in the herding or production of livestock on the range, the employer agrees to provide each worker, without charge or deposit charge, (1) either three sufficient meals a day, or free and convenient cooking facilities and adequate provision of food to enable the worker to prepare his own meals. To be sufficient or adequate, the meals or food provided must include a daily source of protein, vitamins, and minerals; and (2) adequate potable water, or water that can be easily rendered potable and the means to do so. 20 CFR 655.210(e).

7. **TRANSPORTATION AND DAILY SUBSISTENCE**: Employer agrees to provide the following transportation and daily subsistence benefits to eligible workers.

   A. *Transportation to Place of Employment (Inbound)*

   If the worker completes 50 percent of the work contract period, and the employer did not directly provide such transportation or subsistence or otherwise has not yet paid the worker for such transportation or subsistence costs, the employer agrees to reimburse the worker for reasonable costs incurred by the worker for transportation and daily subsistence from the place from which the worker has come to work for the employer, whether in the U.S. or abroad to the place of employment. The amount of the transportation payment must be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. The amount the employer will pay for daily subsistence expenses are those amounts disclosed in this clearance order, which are at least as much as the employer would charge the worker for providing the worker with three meals a day during employment (if applicable), but in no event will less than the amount permitted under 20 CFR 655.173(a). The employer understands that the Fair Labor Standards Act applies independently of the H-2A requirements and imposes obligations on employers regarding payment of wages. 20 CFR 655.122(h)(1).

   B. *Transportation from Place of Employment (Outbound)*

   If the worker completes the work contract period, or is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer agrees to provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. Return transportation will not be provided to workers who voluntarily abandon employment before the end of the work contract period, or who are terminated for cause, if the employer follows the notification requirements in 20 CFR 655.122(n).

---

**Form ETA-790A** | **FOR DEPARTMENT OF LABOR USE ONLY** | Page 5 of 8

H-2A Case Number: H-300-21357-785172   Case Status: Full Certification   Determination Date: 02/03/2022   Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date: 8/31/2022*

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

---

If the worker has contracted with a subsequent employer who has not agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the employer must provide for such expenses. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the subsequent employer must provide or pay for such expenses.

The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H-2A worker is displaced as a result of the employer's compliance with the 50 percent rule as described in sec. 655.135(d) of this subpart with respect to the referrals made after the employer's date of need. 20 CFR 655.122(h)(2).

C.  *Daily Transportation*

Employer agrees to provide transportation between housing provided or secured by the employer and the employer's worksite(s) at no cost to the worker. 20 CFR 655.122(h)(3).

D.  *Compliance with Transportation Standards*

Employer assures that all employer-provided transportation will comply with all applicable Federal, State, or local laws and regulations. Employer agrees to provide, at a minimum, the same transportation safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR 500.105 and 29 CFR 500.120 to 500.128. If workers' compensation is used to cover transportation, in lieu of vehicle insurance, the employer will ensure that such workers' compensation covers all travel or that vehicle insurance exists to provide coverage for travel not covered by workers' compensation. Employer agrees to have property damage insurance. 20 CFR 655.122(h)(4).

8.  **THREE-FOURTHS GUARANTEE**: Employer agrees to offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. 20 CFR 655.122(i).

The employer may offer the worker more than the specified hours of work on a single workday. For purposes of meeting the three-fourths guarantee, the worker will not be required to work for more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays. If, during the total work contract period, the employer affords the U.S. or H-2A worker less employment than that required under this guarantee, the employer will pay such worker the amount the worker would have earned had the worker, in fact, worked for the guaranteed number of days. An employer will not be considered to have met the work guarantee if the employer has merely offered work on three-fourths of the workdays if each workday did not consist of a full number of hours of work time as specified in the job order. All hours of work actually performed may be counted by the employer in calculating whether the period of guaranteed employment has been met. Any hours the worker fails to work, up to a maximum of the number of hours specified in the job order for a workday, when the worker has been offered an opportunity to work, and all hours of work actually performed (including voluntary work over 8 hours in a workday or on the worker's Sabbath or Federal holidays), may be counted by the employer in calculating whether the period of guaranteed employment has been met. 20 CFR 655.122(i).

If the worker is paid on a piece rate basis, the employer agrees to use the worker's average hourly piece rate earnings or the required hourly wage rate, whichever is higher, to calculate the amount due under the three-fourths guarantee. 20 CFR 655.122(i).

If the worker voluntarily abandons employment before the end of the period of employment set forth in the job order, or is terminated for cause, and the employer follows the notification requirements in 20 CFR 655.122(n), the worker is not entitled to the three-fourths guarantee. The employer is not liable for payment of the three-fourths guarantee to an H-2A worker whom the Department of Labor certifies is displaced due to the employer's requirement to hire qualified and available U.S. workers during the recruitment period set out in 20 CPR 655.135(d), which lasts until 50 percent of the period of the work contract has elapsed (50 percent rule). 20 CFR 655.122(i).

*Important Note*: In circumstances where the work contract is terminated due to contract impossibility under 20 CFR 655.122(o), the three-fourths guarantee period ends on the date of termination.

9.  **EARNINGS RECORDS**: Employer agrees to keep accurate and adequate records with respect to the workers' earnings at the place or places of employment, or at one or more established central recordkeeping offices where such records are customarily maintained. All records must be available for inspection and transcription by the Department of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker as evidenced by appropriate documentation. Where the records are maintained at a central recordkeeping office, other than in the place or places of employment, such records must be made available for inspection and copying within 72 hours following notice from the Department of Labor, or a duly authorized and designated representative, and by the worker and designated representatives. The content of earnings records must meet all regulatory requirements and be retained by the employer for a period of not less than 3 years after the date of certification by the Department of Labor. 20 CFR 655.122(j).

10. **HOURS AND EARNINGS STATEMENTS**: Employer agrees to furnish to the worker on or before each payday in one or more written statements the following information: (1) the worker's total earnings for the pay period; (2) the worker's hourly rate and/or piece rate of pay; (3) the hours of employment offered to the worker (showing offers in accordance with the three-fourths guarantee as determined in 20 CFR 655.122(i), separate from any hours offered over and above the guarantee); (4) the hours actually worked by the worker; (5) an itemization of all deductions made from the worker's wages; (6) If piece rates are used, the units produced daily; (7) beginning and ending dates of the pay period; and (8) the employer's name, address and FEIN. 20 CFR 655.122(k).

For workers engaged in the herding or production of livestock on the range, the employer is exempt from recording and furnishing the hours actually worked each day, the time the worker begins and ends each workday, as well as the nature and amount of work performed, but otherwise must comply with the earnings records and hours and earnings statement requirements set out in 20 CFR 655.122(j) and (k). The employer agrees to keep daily records indicating whether the site of the employee's work was on the range or off the range. If the employer prorates a worker's wage because of the worker's voluntary absence for personal reasons, it must also keep a record of the reason for the worker's absence. 20 CFR 655.210(f).

---

Form ETA-790A                       **FOR DEPARTMENT OF LABOR USE ONLY**                        Page 6 of 8

H-2A Case Number: H-300-21357-785172   Case Status: Full Certification   Determination Date: 02/03/2022   Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date: 8/31/2022*

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

11. **RATES OF PAY**: The employer agrees that it will offer, advertise in its recruitment, and pay at least the Adverse Effect Wage Rate (AEWR), the prevailing hourly wage rate, the prevailing piece rate, the agreed-upon collective bargaining rate, or the Federal or State minimum wage rate, in effect at the time work is performed, whichever is highest. If the worker is paid by the hour, the employer must pay this rate for every hour or portion thereof worked during a pay period. If the offered wage(s) disclosed in this clearance order is/are based on commission, bonuses, or other incentives, the employer guarantees the wage paid on a weekly, semi-monthly, or monthly basis will equal or exceed the AEWR, prevailing hourly wage or piece rate, the legal Federal or State minimum wage, or any agreed-upon collective bargaining rate, whichever is highest.

If the worker is paid on a piece rate basis and at the end of the pay period the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate of pay, the employer agrees to supplement the worker's pay at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked. 20 CFR 655.120, 655.122(l).

For workers engaged in the herding or production of livestock on the range, the employer agrees to pay the worker at least the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, in effect at the time work is performed, whichever is highest, for every month of the job order period or portion thereof. If the offered wage disclosed in this clearance order is based on commissions, bonuses, or other incentives, the employer assures that the wage paid will equal or exceed the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, whichever is highest, and will be paid to each worker free and clear without any unauthorized deductions. The employer may prorate the wage for the initial and final pay periods of the job order period if its pay period does not match the beginning or ending dates of the job order. The employer also may prorate the wage if an employee is voluntarily unavailable to work for personal reasons. 20 CFR 655.210(g).

12. **FREQUENCY OF PAY**: Employer agrees to pay workers when due based on the frequency disclosed in this clearance order. 20 CFR 655.122(m).

13. **ABANDONMENT OF EMPLOYMENT OR TERMINATION FOR CAUSE**: If a worker voluntarily abandons employment before the end of the contract period, or is terminated for cause, employer is not responsible for providing or paying for the subsequent transportation and subsistence expenses of that worker, and that worker is not entitled to the three-fourths guarantee, if the employer notifies the Department of Labor and, if applicable, the Department of Homeland Security, in writing or by any other method specified by the Department of Labor or the Department of Homeland Security in the Federal Register, not later than 2 working days after the abandonment or termination occurs. A worker will be deemed to have abandoned the work contract if the worker fails to show up for work at the regularly scheduled time and place for 5 consecutive work days without the consent of the employer. 20 CFR 655.122(n).

14. **CONTRACT IMPOSSIBILITY**: The work contract may be terminated before the end date of work specified in the work contract if the services of the workers are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes fulfillment of the contract impossible, as determined by the U.S. Department of Labor. In the event that the work contract is terminated, the employer agrees to fulfill the three-fourths guarantee for the time that has elapsed from the start date of work specified in the work contract to the date of termination. The employer also agrees that it will make efforts to transfer the worker to other comparable employment acceptable to the worker and consistent with existing immigration laws. In situations where a transfer is not affected, the employer agrees to return the worker at the employer's expense to the place from which the worker, disregarding intervening employment, came to work for the employer, or transport the worker to his/her next certified H-2A employer, whichever the worker prefers. The employer will also reimburse the worker the full amount of any deductions made by the employer from the worker's pay for transportation and subsistence expenses to the place of employment. The employer will also pay the worker for any transportation and subsistence expenses incurred by the worker to that employer's place of employment. The amounts the employer will pay for subsistence expenses per day are those amounts disclosed in this clearance order. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. 20 CFR 655.122(o).

The employer is not required to pay for transportation and daily subsistence from the place of employment to a subsequent employer's worksite if the worker has contracted with a subsequent employer who has agreed to provide or pay for the worker's transportation and subsistence expenses from the present employer's worksite to the subsequent employer's worksite. 20 CFR 655.122(h)(2).

15. **DEDUCTIONS FROM WORKER'S PAY**: Employer agrees to make all deductions from the worker's paycheck required by law. This job offer discloses all deductions not required by law which the employer will make from the worker's paycheck and all such deductions are reasonable, in accordance with 20 CFR 655.122(p) and 29 CFR part 531. The wage requirements of 20 CFR 655.120 will not be met where undisclosed or unauthorized deductions, rebates, or refunds reduce the wage payment made to the employee below the minimum amounts required under 20 CFR part 655, subpart B, or where the employee fails to receive such amounts free and clear because the employee kicks back directly or indirectly to the employer or to another person for the employer's benefit the whole or part of the wage delivered to the employee. 20 CFR 655.122(p).

16. **DISCLOSURE OF WORK CONTRACT**: Employer agrees to provide a copy of the work contract to an H-2A worker no later than the time at which the worker applies for the visa, or to a worker in corresponding employment no later than on the day work commences. For an H-2A worker coming to the employer from another H-2A employer, the employer agrees to provide a copy of the work contract no later than the time an offer of employment is made to the H-2A worker. A copy of the work contract will be provided to each worker in a language understood by the worker, as necessary or reasonable. In the absence of a separate, written work contract entered into between the employer and the worker, the required terms of this clearance order, including all Addendums, and the certified *H-2A Application for Temporary Employment Certification* will be the work contract. 20 CFR 655.122(q).

**Form ETA-790A**     **FOR DEPARTMENT OF LABOR USE ONLY**     Page 7 of 8

H-2A Case Number: H-300-21357-785172    Case Status: Full Certification    Determination Date: 02/03/2022    Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

# H-2A Agricultural Clearance Order
## Form ETA-790A
### U.S. Department of Labor

17. **ADDITIONAL ASSURANCES FOR CLEARANCE ORDERS**:

   A. Employer agrees to provide to workers referred through the clearance system the number of hours of work disclosed in this clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 business days before the original date of need by so notifying the Order-Holding Office (OHO) in writing (e.g., e-mail notification). The employer understands that it is the responsibility of the SWA to make a record of all notifications and attempt to inform referred workers of the amended date of need expeditiously. 20 CFR 653.501(c)(3)(i).

   If there is a change to the anticipated date of need, and the employer fails to notify the OHO at least 10 business days before the original date of need, the employer agrees that it will pay eligible workers referred through the clearance system the specified rate of pay disclosed in this clearance order for the first week starting with the originally anticipated date of need or will provide alternative work if such alternative work is stated on the clearance order. 20 CFR 653.501(c)(5).

   B. Employer agrees that no extension of employment beyond the period of employment specified in the clearance order will relieve it from paying the wages already earned, or if specified in the clearance order as a term of employment, providing transportation from the place of employment, as described in paragraph 7.B above. 20 CFR 653.501(c)(3)(ii).

   C. Employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws. 20 CFR 653.501(c)(3)(iii).

   D. Employer agrees to expeditiously notify the OHO or SWA by emailing and telephoning immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment. 20 CFR 653.501(c)(3)(iv).

   E. If acting as a farm labor contractor (FLC) or farm labor contractor employee (FLCE) on this clearance order, the employer assures that it has a valid Federal FLC certificate or Federal FLCE identification card and when appropriate, any required State FLC certificate. 20 CFR 653.501(c)(3)(v).

   F. Employer assures that outreach workers will have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107. 20 CFR 653.501(c)(3)(vii).

*I **declare** under penalty of perjury that I have read and reviewed this clearance order, including every page of this Form ETA-790A and all supporting addendums, and that to the best of my knowledge, the information contained therein is true and accurate. This clearance order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. 20 CFR 653.501(c)(3)(viii). I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both. 18 U.S.C. 2, 1001.*

| 1. Last (family) name * | 2. First (given) name * | 3. Middle initial § |
|---|---|---|
| Beauchamp | Mary | |

| 4. Title * |
|---|
| Director of Business |

| 5. Signature (or digital signature) * | | 6. Date signed * |
|---|---|---|
| Digital Signature Verified and Retained By | *Certifying Officer* | 1/3/2022 |

**Employment Service Statement**

In view of the statutorily established basic function of the Employment Service (ES) as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Department of Labor's Employment and Training Administration (ETA) nor the SWAs are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the ES constitute a contractual job offer to which the ETA or a SWA is in any way a party. 20 CFR 653.501(c)(1)(i).

**Public Burden Statement** *(1205-0466)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average .63 hours per response for all information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing, reviewing, and submitting the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (44 U.S.C. 3501, Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Foreign Labor Certification, 200 Constitution Ave., NW, Suite PPII 12-200, Washington, DC, 20210. (Paperwork Reduction Project OMB 1205-0466). DO NOT send the completed application to this address.

*OMB Approval: 1205-0466*
*Expiration Date:* 8/31/2022



**H-2A Agricultural Clearance Order**
Form ETA-790A Addendum A
**U.S. Department of Labor**

**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Wheat , corn, sorghum | $ 16 . 47 | Hour | TX $13.88, KS $16.47, CO $15.58 AEWR. Pay rate of state in which KB Custom Ag Services is operating and the worker is assigned. |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |

Page A.1 of A.1

**Form ETA-790A Addendum A**              **FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-21357-785172     Case Status: Full Certification     Determination Date: 02/03/2022     Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| KB Custom Ag Services LLC | 4055 CR K<br>Hartley, Texas 79044<br>HARTLEY | none | 3/1/2022 | 3/2/2022 | 285 |
| Agrivision FM/Natural PrarieDairy/Northside Farms | 811 US Hwy 87<br>Hartley, Texas 79044<br>HARTLEY | none | 3/2/2022 | 12/27/2022 | 135 |
| Morning Star Dairy | 801 FM 694<br>Dalhart, Texas 79022<br>DALLAM | none | 3/2/2022 | 12/27/2022 | 40 |
| High Plains Ponderosa Dairy | 2042 V Rd<br>Plains, Kansas 67869<br>MEADE | none | 3/2/2022 | 12/27/2022 | 20 |
| Five Rivers Ranch Cattle Feeding | 22777 W CR 31<br>LaSalle, Colorado 80645<br>WELD | none | 5/15/2022 | 10/15/2022 | 10 |
| Faria Brothers Dairy | 5601 FM 281<br>Dumas, Texas 79029<br>MOORE | none | 3/2/2022 | 12/27/2022 | 80 |
| KB Custom Ag Services LLC | 4055 CR K<br>Hartley, Texas 79044<br>HARTLEY | none | 12/27/2022 | 12/28/2022 | 285 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page B.1 of B.3

**Form ETA-790A Addendum B**      **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-21357-785172      Case Status: Full Certification      Determination Date: 02/03/2022      Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 8/31/2022



H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

## D. Additional Housing Information

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Applicable Housing Standards * |
|---|---|---|---|---|---|
| Rental Apartments | 701 Peach Ave<br>Dalhart, Texas 79022<br>DALLAM | From Dalhart head northwest on Railroad St toward E 7th St then turn left onto E 7th St then left onto Peach St and the destination is on the left. | 12 | 72 | ☑ Local<br>☑ State<br>☑ Federal |
| Hotel | 320 North Broadway<br>Dimmitt, Texas 79027<br>CASTRO | From Dimmitt head west on E Bedford St toward S Broadway then turn right at the first cross street onto N Broadway and the destination is on the right. | 15 | 30 | ☑ Local<br>☑ State<br>☑ Federal |
| Hotel | 485 S Elm Rd<br>Eaton, Colorado 80615<br>WELD | Rooms are reserved from 05/15/2021 through 10/15/2021. From Eaton head east on Colorado Parkway toward US-85 S then turn left at the first cross street onto US-5 N then right at the second cross street onto E Collins St then right onto Harsh Rd. | 5 | 10 | ☑ Local<br>☑ State<br>☑ Federal |
| Rental Apartments | 239 W Pancake Blvd<br>Liberal, Kansas 67901<br>SEWARD | Rooms are reserved for 03/01/2021 through 12/31/2021. From Liberal head south on N Washington Ave toward E 5th St and turn right onto E 2nd St then left onto S Kansas Ave then turn right onto W Pancake Blvd and destination is on the right. | 15 | 35 | ☑ Local<br>☑ State<br>☑ Federal |
| Motel | 711 Olive Ave<br>Dalhart, Texas 79022<br>DALLAM | These rooms are reserved 03/01/2021 through 01/01/2022. From the intersection of US-87 and US-54 in Dalhart, head southwest on Liberal St toward Rock Island Ave. In 381 ft, Liberal St turns slightly left and becomes Denver. In 0.4 miles, turn right onto E 7th St. In 0.4 miles, turn left onto Olive Ave. In 335 ft, the motel will be on the left. | 30 | 80 | ☑ Local<br>☑ State<br>☑ Federal |
| Hotel | 918 Liberal St<br>Dalhart, Texas 79044<br>DALLAM | Rooms are reserved for 03/01/2021 through 12/31/2021. From the intersection of US-87 and US-54 in Dalhart, TX, head northeast on US-54 E/Liberal St toward E 1st St for 0.6 miles. The Regency Inn Dalhart will be on the right. | 10 | 20 | ☑ Local<br>☑ State<br>☑ Federal |
| Motel | 722 E. Pancake Blvd<br>Liberal, Kansas 67901<br>SEWARD | Rooms are reserved for 03/01/2021 through 12/31/2021. From the intersection of US-83 and US-54 in Liberal, KS, head southwest on E Pancake Blvd toward Leslie St for 0.2 miles. The destination will be on the left. | 20 | 40 | ☑ Local<br>☑ State<br>☑ Federal |
| Motel | 403 Tanglewood Rd<br>Dalhart, Texas 79044<br>DALLAM | | 43 | 86 | ☑ Local<br>☑ State<br>☑ Federal |
| Rental Apartments | 1629 Osage Trail<br>Dalhart, Texas 79044<br>DALLAM | | 1 | 3 | ☑ Local<br>☑ State<br>☑ Federal |
| Rental Trailer | 503 Tennesse Ave<br>Dalhart, Texas 79022<br>DALLAM | | 1 | 4 | ☑ Local<br>☑ State<br>☑ Federal |

Page B.2 of B.3

**Form ETA-790A Addendum B**                                       **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-21357-785172    Case Status: Full Certification    Determination Date: 02/03/2022    Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## D. Additional Housing Information

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Applicable Housing Standards * |
|---|---|---|---|---|---|
| Rental Trailer | #10 McKenzie Ave<br>Dalhart, Texas 79022<br>DALLAM | | 1 | 6 | ☑ Local<br>☑ State<br>☑ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |
| | | | | | ☐ Local<br>☐ State<br>☐ Federal |

Page B.3 of B.3

**Form ETA-790A Addendum B**   **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-21357-785172    Case Status: Full Certification    Determination Date: 02/03/2022    Validity Period: _____ to _____

*OMB Approval:* 1205-0466  
*Expiration Date:* 8/31/2022



### H-2A Agricultural Clearance Order
### Form ETA-790A Addendum C
### U.S. Department of Labor

## H. Additional Material Terms and Conditions of the Job Offer

a. Job Offer Information 1

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Additional Information Regarding Job Qualifications/Requirements |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

A CDL is not required for operators of harvest machinery. Employees will also be driving semi trucks to transport products from fields to dairies and storage areas which does require a CDL. Employees must follow company safety policies and procedures. Employees must have or be able to obtain a drivers license within 30 days of hire; have 6 months of harvest equipment operating experience; have 6 months of accident free tractor/trailer operation; and basic English literacy, reading, and math skills.

b. Job Offer Information 2

| 1. Section/Item Number * | F.2 | 2. Name of Section or Category of Material Term or Condition * | Inbound/Outbound Transportation - undefined |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

After worker has completed 50% of the work contract period, employer will reimburse worker for the cost of transportation and subsistence from the place of recruitment to the place of employment. Upon completion of the work contract, employer will pay reasonable costs of return transportation and subsistence from the place of employment to the place of recruitment, except when the worker will not be returning to the place of recruitment due to subsequent employment with another employer who agrees to pay such costs, in which case the employer will only pay for the transportation and subsistence to the next job. Travel reimbursement subsistence will be paid at the minimum stated amount without receipts, and up to the maximum stated amount with proof of costs with receipts. The amount of the transportation payment will be equal to the most economical and reasonable similar common carrier transportation charges for the distance involved. Workers who voluntarily quit or are terminated for cause prior to completing 50% of the contract period will be required to reimburse the employer for the full amounts of transportation and subsistence which were advanced and/or reimbursed to the worker.

Page C.1 of C.4

**Form ETA-790A Addendum C**  
H-2A Case Number: H-300-21357-785172   Case Status: Full Certification   **FOR DEPARTMENT OF LABOR USE ONLY**   Determination Date: 02/03/2022   Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

c. Job Offer Information 3

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Pay Deductions - undefined |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Employer will make all deductions required by law (e.g., federal/state tax withholdings, court ordered child support, etc.). If workers voluntarily and explicitly authorize the employer in writing, the employer may deduct income taxes from H-2A worker wages. When explicitly authorized by the worker in writing, the cost of elected healthcare benefits; reimbursement of approved cash advances; retirement plan contributions; cell phone, cable/satellite TV, internet or other service(s) for workers' benefit and convenience may be deducted from workers' pay. Employer may charge reasonable costs for lost, replacement, or damaged tools, equipment, or property or fines for acts committed by the worker on the road while driving an employer provided vehicle, and he or she is at fault. To make long distance phone calls, workers must obtain express written authorization from the employer. By making long distance phone calls, workers consent for the employer to deduct the cost of such calls from the workers' pay. Reasonable repair costs for damage to housing beyond normal wear and tear, if worker is found to have been responsible for such damage, may be deducted from payroll of worker for such damage.

d. Job Offer Information 4

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Attendance and Work Schedule |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

**All job requirements and Work Rules provided in this contract provide guidance to workers regarding acceptable conduct standards. These rules are not intended to be comprehensive. Violation of any lawful, job-related employer requirements are grounds for disciplinary action, up to and including immediate termination at the employer?s discretion. **

Workers will report to work at the specified time and place as directed by the employer each day and must be able and willing to perform. Excessive tardiness or absences is not permitted. Excessive tardiness is defined as unexcused arrival for work after the regularly scheduled time for five unexcused days within a 30-day period or late arrival for three consecutive days. Excessive absence is defined as 5 days of unexcused absence within a 30-day period or three consecutive days of unexcused absence. Workers must report any absence from work prior to the scheduled start time. Due to conditions outside of the employer?s control such as weather, crop condition, etc., workers should expect occasional periods of little or no work any time throughout the contract period. Workers may not extend/abuse work breaks to use sanitation facilities including toilet and hand washing facilities.

Page C.2 of C.4

**Form ETA-790A Addendum C**   **FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-21357-785172   Case Status: Full Certification   Determination Date: 02/03/2022   Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 8/31/2022



**H-2A Agricultural Clearance Order**
Form ETA-790A Addendum C
**U.S. Department of Labor**

## H. Additional Material Terms and Conditions of the Job Offer

e. Job Offer Information 5

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Safety |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Workers must follow all safety rules as instructed by the employer or supervisor. Workers may not report for work under the influence of alcohol or illegal drugs. Workers may not possess, use, manufacture, or sell illegal drugs. Workers must handle all work-related materials with care to avoid injury or damage, use toilet and hand washing facilities and practice good personal hygiene, raise safety and health concerns with the employer, inform the employer or supervisor immediately in the event of an injury, and drink water often on hot days to ensure adequate hydration while working. Workers may not enter the employer?s premises without authorization, except the housing location assigned to the workers. Workers may not harass, threaten, intimidate, coerce or otherwise interfere with the performance of fellow employees. Behavior or actions that create an intimidating or hostile work environment will result in immediate disciplinary action. Throwing objects or engaging in scuffling or fighting on the employer?s premises may result in immediate termination. Use of personal electronic devices is generally not permitted during work hours. Workers may not possess, carry, or use any dangerous or deadly weapon. Violation of any safety rules could result in immediate termination.

f. Job Offer Information 6

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Additional Work Rules |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Workers must be present at the scheduled start time at their assigned worksite. Work may not be performed by the workers prior to the scheduled start time and may not be performed after the scheduled stoppage of work on any workday without express consent from the employer. Workers may not remove, damage, or amend any employer notices/posters that are required by federal or state law. Workers may not operate or use any equipment that has not been specifically assigned to them. Personal use of vehicles or other property is permitted only if workers have express permission from the employer. Workers must follow all instructions from the employer or supervisors. Workers may not leave the assigned work area during work hours without the employer?s permission. Workers may not take unauthorized breaks from work, except to use of toilet, field sanitation facilities, or to obtain drinking water. Workers may not waste time, sleep, or other delay work during work hours. Workers may not perform careless/sloppy work. Workers performing careless/sloppy work may be suspended from work for up to two work days, depending on the severity of the infraction or other factors. Workers may not interfere with the performance of fellow workers, steal from fellow workers, deliberately restrict production of or damage products, or abuse or destroy any employer property. Workers must report any damage to or breakdown of equipment or tools to the employer or supervisor.

Page C.3 of C.4

**Form ETA-790A Addendum C**                          **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-21357-785172    Case Status: Full Certification    Determination Date: 02/03/2022    Validity Period: _____ to _____

*OMB Approval: 1205-0466*
*Expiration Date:* 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



### H. Additional Material Terms and Conditions of the Job Offer

g. Job Offer Information 7

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - EMPLOYER PROVIDED HOUSING |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Employer possesses and controls employer-provided housing at all times. Workers may not have guests in employer provided housing after 11:00 PM, except on Saturdays when guest may not stay past 12:00 midnight. Individuals other than the workers may not sleep in the employer-provided housing. Workers must keep employer-provided living quarters, common areas, and kitchen and cooking facilities clean, neat, and in good repair, with the exception of normal wear and tear.  Workers must report any problems with the assigned living quarters to the employer immediately upon discovery. Workers may not separate, disassemble, or move beds. Workers may not cook in non-kitchen areas in employer-provided housing. Workers may not leave trash in the fields, housing premises, or other work areas. Trash should be disposed of in the proper waste repositories, which must otherwise remain lidded. Workers and guests may not engage in illegal activities on employer?s premises. Workers may not interrupt or interfere with other workers? rest/sleep periods with excessive or unnecessary noise or commotion. Employer reserves the right to enter the housing at any time. Random inspections may be performed to ensure that housing is properly maintained to applicable standards. Upon termination of employment or end of contract, workers must leave employer-provided housing.

h. Job Offer Information 8

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Job Requirements |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Truck Drivers are dispatched daily by the Operations Manager or their Crew Leader, with instructions and directions to the field they will report to each day. Before leaving for the field, Truck Drivers are required to complete a Daily Vehicle Inspection Report, where they will check both semi trucks and forage trailers for any safety or maintenance issues. As the majority of driving is in rough fields and on dirt roads, truck drivers are encouraged to complete a walk around of equipment several times a day to check for flat tires, broken tail lights, or any other safety concerns that could occur (as a result of flying rocks from dirt roads, etc) Truck drivers drive to a customer field, where their trailers are loaded while driving alongside a forage harvester, in the field. Drivers are loaded in the field, and then deliver the product to the customer?s storage facility. Drivers then return to the field for their next load. Truck drivers will record every load hauled on a ?Load Sheet?, which is submitted to their crew leader at the end of each day. Truck drivers may also be assigned to various jobs such as power washing equipment, tire changing, sweeping or cleaning shop and work areas, cleaning equipment, and minor maintenance on trucks and trailers. Truck drivers must possess a valid CDL, with at least six months of driving experience.

Page C.4 of C.4

**Form ETA-790A Addendum C**                                **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-21357-785172    Case Status: Full Certification    Determination Date: 02/03/2022    Validity Period: _____ to _____