EXHIBIT 5

DECLARATION OF PLAINTIFF
JAIME ALBERTO DELGADO-BOJORQUEZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

       Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

       Defendants.

---

Declaration of Jaime Delgado-Bojorquez

---

       I, Jaime Delgado-Bojorquez, declare that I am over the age of 18 and that I am competent to testify on the matters herein stated, and that, under the penalty of perjury of the laws of the United States of America, the following statements are true and correct to the best of my knowledge and memory.

1.     I live in a city south of the city of Culiacán in the state of Sinaloa, Mexico.

2.     I worked in 2022 and 2023 as a cargo truck driver for KB Custom AG and its manager, Kyle Beauchamp, under the H-2A visa program.

3.     I worked in the state of Texas and then in the state of Kansas.

4.     Every day that I work with KB Custom AG, I brought agricultural products such as corn or wheat silage to the dairies. Agricultural products were to be feed for the cows.

5.     The normal schedule was from approximately six in the morning until seven, eight, or later in the afternoon. The normal thing was to work seven days a week.

We were not paid overtime at any time. We only receive normal pay for each hour worked, no matter if we work a lot of hours in a week—the hourly pay remained the same. I have attached some payroll checkstubs to show how I was paid and that I did not receive overtime pay.

6.    I know that the other drivers also did not receive overtime pay for hours above forty in a week because we talked about the payments among ourselves.

7.    I always had a position as a truck driver.  I had no other position with KB Custom AG.

8.    I wasn't a harvesting machine operator—I didn't harvest produce—I just transported produce that had been harvested.

9.    I drove a tractor-truck. A photo of the truck I was driving is attached to this statement.

I, Jaime Delgado-Bojorquez, declare and swear under the penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

This day _____,

_____
Jaime Delgado-Bojorquez

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

**KB CUSTOM**

| Pay Date: | 10/28/2022 |
|---|---|
| Voucher #: | (25170) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 775.90 |

0271  10/28/2022   (25170)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(25170) | Pay Date: 10/28/2022 |
|---|---|---|
| | | Pay Period: 10/10/2022-10/23/2022 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 13.88 | 55:54 | 775.90 | 775.90 |
| **Gross Pay** | | | **775.90** | **775.90** |
| Hours Worked | | 55:54 | | |
| Hours Paid | | 55:54 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 775.90 | 775.90 | | |
| **Net Pay** | | | **775.90** | **775.90** |
| Wells Fargo (4787) | | | 775.90 | 775.90 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 10/17/2022 | | 08:30a | 12:45p | 4:15 |
| Wed, 10/19/2022 | | 10:02a | 12:01p | 1:59 |
| Thu, 10/20/2022 | | 08:41a | 07:31p | 10:50 |
| Fri, 10/21/2022 | | 07:31a | 08:15p | 12:44 |
| Sat, 10/22/2022 | | 07:24a | 07:44p | 12:20 |
| Sun, 10/23/2022 | | 06:43a | 08:29p | 13:46 |

KB_000431

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 11/10/2022 |
|---|---|
| Voucher #: | (25580) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 1,082.87 |

0271  11/10/2022  (25580)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

## Non-Negotiable – This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(25580) | Pay Date: 11/10/2022 |
|---|---|---|
| | | Pay Period: 10/24/2022-11/06/2022 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 13.88 | 78:01 | 1,082.87 | 1,858.77 |
| **Gross Pay** | | | **1,082.87** | **1,858.77** |
| Hours Worked | | 78:01 | | |
| Hours Paid | | 78:01 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,082.87 | 1,858.77 | | |
| **Net Pay** | | | **1,082.87** | **1,858.77** |
| Wells Fargo (4787) | | | 1,082.87 | 1,858.77 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 10/26/2022 | | 10:05a | 08:55p | 10:50 |
| Thu, 10/27/2022 | | 06:09a | 10:29p | 16:20 |
| Fri, 10/28/2022 | | 07:30a | 08:59p | 13:29 |
| Sat, 10/29/2022 | | 06:46a | 07:41p | 12:55 |
| Sun, 10/30/2022 | | 06:58a | 02:10p | 7:12 |
| Fri, 11/04/2022 | | 06:42a | 02:44p | 8:02 |
| Sun, 11/06/2022 | | 07:34a | 04:47p | 9:13 |

KB_000430

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 11/25/2022 |
|---|---|
| Voucher #: | (26627) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 1,427.10 |

0271  11/25/2022  (26627)

**Jaime Alberto Delgado Bojorquez**

PII
Costa Rica, MSI
Mexico

### Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(26627) | Pay Date: **11/25/2022** |
|---|---|---|
| | | Pay Period: 11/07/2022-11/20/2022 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 13.88 | 102:49 | 1,427.10 | 3,285.87 |
| **Gross Pay** | | | **1,427.10** | **3,285.87** |
| Hours Worked | | 102:49 | | |
| Hours Paid | | 102:49 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,427.10 | 3,285.87 | | |

| **Net Pay** | | | **1,427.10** | **3,285.87** |
|---|---|---|---|---|
| Wells Fargo (4787) | | | 1,427.10 | 3,285.87 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 11/07/2022 | | 06:32a | 02:52p | 8:20 |
| Thu, 11/10/2022 | | 08:38a | 01:34p | 4:56 |
| Fri, 11/11/2022 | | 10:50a | 06:43p | 7:53 |
| Sat, 11/12/2022 | | 08:47a | 05:11p | 8:24 |
| Tue, 11/15/2022 | | 07:38a | 06:49p | 11:11 |
| Wed, 11/16/2022 | | 06:17a | 06:59p | 12:42 |
| Thu, 11/17/2022 | | 06:17a | 07:00p | 12:43 |
| Fri, 11/18/2022 | | 06:18a | 06:27p | 12:09 |
| Sat, 11/19/2022 | | 06:17a | 06:39p | 12:22 |
| Sun, 11/20/2022 | | 06:25a | 06:34p | 12:09 |

KB_000429

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 12/09/2022 |
|---|---|
| Voucher #: | (26906) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 1,645.93 |

0271  12/09/2022  (26906)

**Jaime Alberto Delgado Bojorquez**

PII

Costa Rica, MSI
Mexico

### Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(26906) | Pay Date: 12/09/2022 |
|---|---|---|
| | | Pay Period: 11/21/2022-12/04/2022 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 13.88 | 118:35 | 1,645.93 | 4,931.80 |
| **Gross Pay** | | | **1,645.93** | **4,931.80** |
| Hours Worked | | 118:35 | | |
| Hours Paid | | 118:35 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,645.93 | 4,931.80 | | |
| **Net Pay** | | | **1,645.93** | **4,931.80** |
| Wells Fargo (4787) | | | 1,645.93 | 4,931.80 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 11/21/2022 | | 06:20a | 06:50p | 12:30 |
| Tue, 11/22/2022 | | 06:16a | 07:03p | 12:47 |
| Wed, 11/23/2022 | | 06:18a | 06:47p | 12:29 |
| Fri, 11/25/2022 | | 08:20a | 06:17p | 9:57 |
| Mon, 11/28/2022 | | 06:21a | 06:26p | 12:05 |
| Tue, 11/29/2022 | | 10:45a | 03:36p | 4:51 |
| Wed, 11/30/2022 | | 01:52p | 05:02p | 3:10 |
| Thu, 12/01/2022 | | 06:00a | 08:21p | 14:21 |
| Fri, 12/02/2022 | | 05:50a | 01:30p | 7:40 |
| Sat, 12/03/2022 | | 06:09a | 08:05p | 13:56 |
| Sun, 12/04/2022 | | 05:48a | 08:37p | 14:49 |

KB_000428

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 12/23/2022 |
|---|---|
| Voucher #: | (27308) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 2,231.21 |

0271  12/23/2022  (27308)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

## Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(27308) | Pay Date: 12/23/2022 |
|---|---|---|
| | | Pay Period: 12/05/2022-12/18/2022 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 13.88 | 160:45 | 2,231.21 | 7,163.01 |
| **Gross Pay** | | | **2,231.21** | **7,163.01** |
| Hours Worked | | 160:45 | | |
| Hours Paid | | 160:45 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,231.21 | 7,163.01 | | |
| **Net Pay** | | | **2,231.21** | **7,163.01** |
| Wells Fargo (4787) | | | 2,231.21 | 7,163.01 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 12/05/2022 | | 05:43a | 07:41p | 13:58 |
| Tue, 12/06/2022 | | 05:58a | 08:28p | 14:30 |
| Wed, 12/07/2022 | | 05:49a | 09:13p | 15:24 |
| Thu, 12/08/2022 | | 05:51a | 08:05p | 14:14 |
| Fri, 12/09/2022 | | 05:47a | 08:45p | 14:58 |
| Sat, 12/10/2022 | | 05:46a | 05:49p | 12:03 |
| Sun, 12/11/2022 | | 09:16a | 01:42p | 4:26 |
| Mon, 12/12/2022 | | 05:58a | 05:27p | 11:29 |
| Tue, 12/13/2022 | | 07:53a | 05:55p | 10:02 |
| Wed, 12/14/2022 | | 07:05a | 06:44p | 11:39 |
| Thu, 12/15/2022 | | 06:59a | 06:29p | 11:30 |
| Fri, 12/16/2022 | | 06:56a | 04:59p | 10:03 |
| Sat, 12/17/2022 | | 07:34a | 06:22p | 10:48 |
| Sun, 12/18/2022 | | 06:53a | 12:34p | 5:41 |

KB_000427

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 01/06/2023 |
| Voucher #: | (27588) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 1,208.71 |

0271  01/06/2023  (27588)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

## Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(27588) | Pay Date: 01/06/2023 |
|---|---|---|
| | | Pay Period: 12/19/2022-01/01/2023 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 13.88 | 87:05 | 1,208.71 | 1,208.71 |
| **Gross Pay** | | | **1,208.71** | **1,208.71** |
| Hours Worked | | 87:05 | | |
| Hours Paid | | 87:05 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,208.71 | 1,208.71 | | |
| **Net Pay** | | | **1,208.71** | **1,208.71** |
| Wells Fargo (4787) | | | 1,208.71 | 1,208.71 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 12/19/2022 | | 07:12a | 06:52p | 11:40 |
| Tue, 12/20/2022 | | 04:46a | 07:58p | 15:12 |
| Wed, 12/21/2022 | | 06:39a | 07:46p | 13:07 |
| Fri, 12/23/2022 | | 10:21a | 07:37p | 9:16 |
| Sat, 12/24/2022 | | 05:36a | 12:33p | 6:57 |
| Mon, 12/26/2022 | | 10:43a | 04:17p | 5:34 |
| Tue, 12/27/2022 | | 07:51a | 07:47p | 11:56 |
| Wed, 12/28/2022 | | 06:08a | 07:31p | 13:23 |

KB_000426

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 05/12/2023 |
|---|---|
| Voucher #: | (29840) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 1,193.07 |

Texas/101 - Scott'  0271  05/12/2023  (29840)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

### Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(29840) | Pay Date: 05/12/2023 |
|---|---|---|
| Texas/101 - Scott' | | Pay Period: 04/24/2023-05/07/2023 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 14.87 | 80:14 | 1,193.07 | 2,401.78 |
| **Gross Pay** | | | **1,193.07** | **2,401.78** |
| Hours Worked | | 80:14 | | |
| Hours Paid | | 80:14 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,193.07 | 2,401.78 | | |
| **Net Pay** | | | **1,193.07** | **2,401.78** |
| Wells Fargo (4787) | | | 1,193.07 | 2,401.78 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 04/24/2023 | | | | 5:00 |
| Tue, 04/25/2023 | | 08:53a | 08:21p | 11:28 |
| Fri, 04/28/2023 | | 07:32a | 07:17p | 11:45 |
| Thu, 05/04/2023 | | 03:24p | 11:15p | 7:51 |
| Fri, 05/05/2023 | | 08:20a | 09:12p | 12:52 |
| Sat, 05/06/2023 | | 06:33a | 08:28p | 13:55 |
| Sun, 05/07/2023 | | 06:34a | 11:57p | 17:23 |

KB_000439

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 05/26/2023 |
|---|---|
| Voucher #: | (31018) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 2,404.72 |

Texas/101 – Scott'  0271  05/26/2023  (31018)

**Jaime Alberto Delgado Bojorquez**

PII

Costa Rica, MSI

Mexico

**Non-Negotiable - This Is Not A Check**

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(31018) | Pay Date: 05/26/2023 |
|---|---|---|
| Texas/101 - Scott' | | Pay Period: 05/08/2023-05/21/2023 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 14.87 | 161:43 | 2,404.72 | 4,806.50 |
| **Gross Pay** | | | **2,404.72** | **4,806.50** |
| Hours Worked | | 161:43 | | |
| Hours Paid | | 161:43 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,404.72 | 4,806.50 | | |
| **Net Pay** | | | **2,404.72** | **4,806.50** |
| Wells Fargo (4787) | | | 2,404.72 | 4,806.50 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/08/2023 | | 05:38a | 08:04p | 14:26 |
| Tue, 05/09/2023 | | 07:57a | 11:18p | 15:21 |
| Wed, 05/10/2023 | | 07:46a | 10:22p | 14:36 |
| Thu, 05/11/2023 | | 07:50a | 10:16p | 14:26 |
| Fri, 05/12/2023 | | 06:28a | 11:59p | 17:31 |
| Sat, 05/13/2023 | | 12:00a | 12:30a | 0:30 |
| Sat, 05/13/2023 | | 08:30a | 02:30p | 6:00 |
| Mon, 05/15/2023 | | 12:06p | 09:11p | 9:05 |
| Tue, 05/16/2023 | | 07:19a | 11:59p | 16:40 |
| Wed, 05/17/2023 | | 07:21a | 09:30p | 14:09 |
| Thu, 05/18/2023 | | 05:52a | 06:38a | 0:46 |
| Thu, 05/18/2023 | | 02:59p | 08:02p | 5:03 |
| Sat, 05/20/2023 | | 09:06a | 11:59p | 14:53 |
| Sun, 05/21/2023 | | 12:00a | 12:37a | 0:37 |
| Sun, 05/21/2023 | | 06:04a | 11:44p | 17:40 |

KB_000438



**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

| Pay Date: | 06/09/2023 |
|---|---|
| Voucher #: | (31459) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 2,515.52 |

Texas/101 - Scott'   0271   06/09/2023   (31459)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(31459) | Pay Date: 06/09/2023 |
|---|---|---|
| Texas/101 - Scott' | | Pay Period: 05/22/2023-06/04/2023 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 14.87 | 169:10 | 2,515.52 | 7,322.02 |
| **Gross Pay** | | | **2,515.52** | **7,322.02** |
| Hours Worked | | 169:10 | | |
| Hours Paid | | 169:10 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,515.52 | 7,322.02 | | |

| **Net Pay** | | | **2,515.52** | **7,322.02** |
|---|---|---|---|---|
| Wells Fargo (4787) | | | 2,515.52 | 7,322.02 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/22/2023 | | 09:30a | 11:25p | 13:55 |
| Tue, 05/23/2023 | | 05:50a | 09:59p | 16:09 |
| Wed, 05/24/2023 | | 05:51a | 10:09p | 16:18 |
| Thu, 05/25/2023 | | 08:30a | 11:09p | 14:39 |
| Sun, 05/28/2023 | | 10:14a | 11:49p | 13:35 |
| Mon, 05/29/2023 | | 09:28a | 10:33p | 13:05 |
| Tue, 05/30/2023 | | 05:34a | 11:59p | 18:25 |
| Wed, 05/31/2023 | | 05:12a | 09:27p | 16:15 |
| Fri, 06/02/2023 | | 10:02a | 11:55p | 13:53 |
| Sat, 06/03/2023 | | 06:31a | 11:12p | 16:41 |
| Sun, 06/04/2023 | | 07:08a | 11:23p | 16:15 |

KB_000437

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 06/23/2023 |
|---|---|
| Voucher #: | (31990) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 3,245.88 |

Texas/101 - Scott'  0271  06/23/2023  (31990)

**Jaime Alberto Delgado Bojorquez**

PII

Costa Rica, MSI
Mexico

**Non-Negotiable – This Is Not A Check**

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(31990) | Pay Date: 06/23/2023 |
|---|---|---|
| Texas/101 - Scott' | | Pay Period: 06/05/2023-06/18/2023 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | 17.33 | 137:37 | 2,384.90 | 2,384.90 |
| TX H2A | 14.87 | 57:54 | 860.98 | 8,183.00 |
| **Gross Pay** | | | **3,245.88** | **10,567.90** |
| Hours Worked | | 195:31 | | |
| Hours Paid | | 195:31 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,245.88 | 10,567.90 | | |

| **Net Pay** | | | **3,245.88** | **10,567.90** |
|---|---|---|---|---|
| Wells Fargo (4787) | | | 3,245.88 | 10,567.90 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/05/2023 | | 08:22a | 07:10p | 10:48 |
| Tue, 06/06/2023 | | 07:04a | 09:16p | 14:12 |
| Wed, 06/07/2023 | | 06:51a | 11:14p | 16:23 |
| Thu, 06/08/2023 | | 05:17a | 08:39p | 15:22 |
| Fri, 06/09/2023 | | 06:00a | 08:28p | 14:28 |
| Sat, 06/10/2023 | | 10:17a | 09:18p | 11:01 |
| Sun, 06/11/2023 | | 05:58a | 11:00p | 17:02 |
| Mon, 06/12/2023 | | 10:36a | 10:04p | 11:28 |
| Tue, 06/13/2023 | | 08:34a | 05:03p | 8:29 |
| Wed, 06/14/2023 | | 08:41a | 09:52p | 13:11 |
| Thu, 06/15/2023 | | 05:56a | 04:17p | 10:21 |
| Thu, 06/15/2023 | | 09:49p | 11:04p | 1:15 |
| Fri, 06/16/2023 | | 05:07a | 11:25p | 18:18 |
| Sat, 06/17/2023 | | 06:40a | 11:14p | 16:34 |
| Sun, 06/18/2023 | | 06:40a | 11:19p | 16:39 |

KB_000436

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 07/07/2023 |
|---|---|
| Voucher #: | (32388) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 2,977.72 |

Texas/101 - Scott'  0271  07/07/2023  (32388)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

### Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(32388) | Pay Date: 07/07/2023 |
|---|---|---|
| Texas/101 - Scott' | | Pay Period: 06/19/2023-07/02/2023 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | | | | 2,384.90 |
| TX H2A | 14.87 | 200:15 | 2,977.72 | 11,160.72 |
| **Gross Pay** | | | **2,977.72** | **13,545.62** |
| Hours Worked | | 200:15 | | |
| Hours Paid | | 200:15 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,977.72 | 13,545.62 | | |
| **Net Pay** | | | **2,977.72** | **13,545.62** |
| Wells Fargo (4787) | | | 2,977.72 | 13,545.62 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/19/2023 | | 06:43a | 11:24p | 16:41 |
| Tue, 06/20/2023 | | 06:18a | 10:44p | 16:26 |
| Wed, 06/21/2023 | | 06:17a | 10:47p | 16:30 |
| Thu, 06/22/2023 | | 06:34a | 11:07p | 16:33 |
| Fri, 06/23/2023 | | 12:25p | 11:00p | 10:35 |
| Sat, 06/24/2023 | | 06:19a | 11:08p | 16:49 |
| Sun, 06/25/2023 | | 05:41a | 11:07p | 17:26 |
| Mon, 06/26/2023 | | 06:01a | 11:07p | 17:06 |
| Tue, 06/27/2023 | | 06:12a | 10:42p | 16:30 |
| Wed, 06/28/2023 | | 06:07a | 09:16p | 15:09 |
| Thu, 06/29/2023 | | 05:54a | 09:29p | 15:35 |
| Fri, 06/30/2023 | | 06:16a | 07:19p | 13:03 |
| Sun, 07/02/2023 | | 07:08a | 07:00p | 11:52 |

KB_000435

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 07/21/2023 |
|---|---|
| Voucher #: | (32832) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 2,609.50 |

Texas/101 - Scott'   0271   07/21/2023   (32832)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

### Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(32832) | Pay Date: 07/21/2023 |
|---|---|---|
| Texas/101 - Scott' | | Pay Period: 07/03/2023-07/16/2023 |

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | 17.33 | 30:33 | 529.43 | 2,914.33 |
| TX H2A | 14.87 | 139:53 | 2,080.07 | 13,240.79 |
| **Gross Pay** | | | **2,609.50** | **16,155.12** |
| Hours Worked | | 170:26 | | |
| Hours Paid | | 170:26 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,609.50 | 16,155.12 | | |
| **Net Pay** | | | **2,609.50** | **16,155.12** |
| Wells Fargo (4787) | | | 2,609.50 | 16,155.12 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/03/2023 | | 01:34p | 10:39p | 9:05 |
| Tue, 07/04/2023 | | 06:35a | 12:09a | 16:11 |
| Wed, 07/05/2023 | | 06:50a | 07:50p | 13:00 |
| Thu, 07/06/2023 | | 06:25a | 08:03p | 13:38 |
| Fri, 07/07/2023 | | 06:32a | 05:26p | 10:54 |
| Sat, 07/08/2023 | | 08:03a | 05:47p | 9:44 |
| Sun, 07/09/2023 | | 06:51a | 04:06p | 9:15 |
| Mon, 07/10/2023 | | 06:49a | 02:05p | 7:16 |
| Tue, 07/11/2023 | | 06:59a | 07:13p | 12:14 |
| Wed, 07/12/2023 | | 06:00a | 08:09p | 14:09 |
| Thu, 07/13/2023 | | 05:56a | 05:25p | 11:29 |
| Fri, 07/14/2023 | | 05:57a | 06:55p | 12:58 |
| Sat, 07/15/2023 | | 05:49a | 11:17p | 17:28 |
| Sun, 07/16/2023 | | 08:39a | 09:44p | 13:05 |

KB_000434



**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

| Pay Date: | 08/04/2023 |
| Voucher #: | (33353) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 2,927.39 |

Texas/101 - Scott'   0271   08/04/2023   (33353)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

## Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | Voucher #(33353) | Pay Date: 08/04/2023 |
| Texas/101 - Scott' | | Pay Period: 07/17/2023-07/30/2023 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | 17.33 | 104:04 | 1,803.47 | 4,717.80 |
| TX H2A | 14.87 | 75:35 | 1,123.92 | 14,364.71 |
| **Gross Pay** | | | **2,927.39** | **19,082.51** |
| Hours Worked | | 179:39 | | |
| Hours Paid | | 179:39 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,927.39 | 19,082.51 | | |
| **Net Pay** | | | **2,927.39** | **19,082.51** |
| Wells Fargo (4787) | | | 2,927.39 | 19,082.51 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/17/2023 | | 08:01a | 10:10p | 14:09 |
| Tue, 07/18/2023 | | 07:19a | 11:00p | 15:41 |
| Wed, 07/19/2023 | | 06:05a | 11:45p | 17:40 |
| Thu, 07/20/2023 | | 09:35a | 10:24p | 12:49 |
| Fri, 07/21/2023 | | 07:09a | 05:02p | 9:53 |
| Sat, 07/22/2023 | | 06:41a | 09:22p | 14:41 |
| Sun, 07/23/2023 | | 06:38a | 07:56p | 13:18 |
| Mon, 07/24/2023 | | 06:31a | 07:51p | 13:20 |
| Tue, 07/25/2023 | | 06:10a | 09:50p | 15:40 |
| Wed, 07/26/2023 | | 08:50a | 12:51p | 4:01 |
| Thu, 07/27/2023 | | 05:15a | 08:00p | 14:45 |
| Fri, 07/28/2023 | | 07:05a | 06:19p | 11:14 |
| Sat, 07/29/2023 | | 06:59a | 06:13p | 11:14 |
| Sun, 07/30/2023 | | 07:06a | 06:20p | 11:14 |

KB_000433

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



| Pay Date: | 08/18/2023 |
|---|---|
| Voucher #: | (33802) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jaime Alberto Delgado Bojorquez | 1 | Checking | XXXXXX4787 | 111900659 | 933.09 |

Texas/101 - Scott'   0271   08/18/2023   (33802)

**Jaime Alberto Delgado Bojorquez**
PII
Costa Rica, MSI
Mexico

## Non-Negotiable - This Is Not A Check

| #0271 - Jaime Alberto Delgado Bojorquez | | Voucher #(33802) | | Pay Date: 08/18/2023 |
|---|---|---|---|---|
| Texas/101 - Scott' | | | | Pay Period: 07/31/2023-08/13/2023 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | | | | 4,717.80 |
| TX H2A | 14.87 | 62:45 | 933.09 | 15,297.80 |
| **Gross Pay** | | | **933.09** | **20,015.60** |
| Hours Worked | | 62:45 | | |
| Hours Paid | | 62:45 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 933.09 | 20,015.60 | | |
| **Net Pay** | | | **933.09** | **20,015.60** |
| Wells Fargo (4787) | | | 933.09 | 20,015.60 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/31/2023 | | 07:16a | 08:21p | 13:05 |
| Tue, 08/01/2023 | | 07:25a | 08:03p | 12:38 |
| Wed, 08/02/2023 | | 07:15a | 10:07p | 14:52 |
| Thu, 08/03/2023 | | 05:47a | 08:59p | 15:12 |
| Fri, 08/04/2023 | | 06:47a | 01:45p | 6:58 |

KB_000432



Doc ID: fcdda431e2ffaf0f493b09d498105635a02a1082

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

      Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

      Defendants.

---

Declaración de Jaime Delgado-Bojorquez

---

      Yo, Jaime Delgado Bojorquez, declaro que tengo más de 18 años y que soy competente para testificar sobre los asuntos declarados aquí, y que, bajo la pena de perjurio de las leyes de los Estados Unidos de América, las siguientes declaraciones son verdaderas y correctas según mi mejor conocimiento y memoria.

1. Yo vivo en una ciudad al sur de la ciudad de Culiacán en el estado de Sinaloa, México.

2. Trabajé en 2022 y 2023 como chofer de camiones de carga para la compañía KB Custom AG y su gerente, Kyle Beauchamp, bajo el programa de visa H-2A.

3. Trabajé en el estado de Tejas y después en el estado de Kansas.

4. Cada día que yo trabajé con KB Custom AG llevaba productos agrícolas como silo de maíz o trigo hasta los terrenos de las lecherías. Los productos agrícolas iban a ser alimentación para las vacas.

5.      El horario normal era de aproximadamente las seis de la mañana hasta las siete, las ocho, o más tarde de la tarde. Lo normal fue de trabajar siete días de la semana. No fuimos pagado overtime en ningún momento. Solo recibimos el pago normal por cada hora trabajada no importa si trabajamos muchísimas horas en una semana—el sueldo por horas quedaba igual. He adjuntado algunos recibos de nómina para mostrar cómo me pagaron y que no recibí pago de overtime.

6.      Yo sé que los demás choferes tampoco recibieron pago de overtime por horas arriba de cuarenta en una semana porque hablábamos de los pagos entre nosotros.

7.      Siempre tuve puesto de chofer de camión.  Yo no tenía otro puesto con la compañía KB Custom AG.

8.      Yo no era un operador de maquinaria de cosecha—yo no cosechaba productos agrícolas—sólo trasportaba producto que ya se había cosechado.

9.      Manejé un tracto-camión. Una foto del camión que yo manejaba esta adjuntada a esta declaración.

        Yo, Jaime Delgado Bojorquez, declaro y juro bajo la pena de perjurio de las leyes de los Estados Unidos Norteamericanos que las declaraciones anteriores son verdaderas y correctas.

                                    Este día ___01 / 09 / 2026_____,

                                    ___Jaime A. DB_____
                                    Jaime Delgado Bojorquez

Doc ID: fcdda431e2ffa0ff493b09d498105635ac2a1082

**TRANSLATOR STATEMENT**

I, Carlos Radillo hereby state that I am a California State Court and Federal Court Certified Spanish

Language Judicial Interpreter and that, to the best of my ability, I have reviewed and verified the accuracy

of the translation from Spanish to English of the following documents which were provided to me digitally

and which are included in this pdf, and whose titles are:


Declaración de Jaime Delgado Bojorquez

Delcaración de Oscar Jovanny Díaz Ramirez


Carlos Radillo, on 1/13/26

CA Certification 900025