# EXHIBIT 7

# DECLARATION OF FLSA OPT-IN PLAINTIFF VICTOR ALEXIS TAPIA-VERA

I, Victor Alexis Tapia Vera, declare that I am over the age of 18 and that I am competent to testify on the matters herein stated, and that, under the penalty of perjury of the laws of the United States of America, the following statements are true and correct to the best of my knowledge and memory.

1. I live in the state of Chihuahua, Mexico.
2. I worked in 2023 and 2024 and 2025 as a cargo truck driver for the company KB Custom AG and its manager, Kyle Beauchamp. I worked under the H-2A visa program.
3. I heard of the opportunity of working for KB Custom Ag with a visa when I was in Mexico. A KB Custom driver would inform me that the company was hiring truck drivers.
4. I worked as a truck driver for KB Custom in several U.S. states.
5. Every day that I worked with them, I transported agricultural products such as corn or wheat silage to the dairies. The other drivers and I did the same job, transporting agricultural products to the dairies to feed the cows.
6. Our normal schedule was very long- it was normal to work more than ten hours a day. The other drivers and I also usually worked seven days a week. I was not paid overtime at any time during the time I worked for KB Custom Ag, I only received normal pay for each hour worked.
7. I know that the other drivers also did not receive overtime pay for hours above forty in a week because we talked about the payments among ourselves and the lack of overtime.
8. I always had a position as a truck driver. I had no other position with KB Custom AG.
9. I wasn't a harvesting machine operator—I didn't harvest agricultural products—I just transported product that had been harvested and was meant to feed animals.
10. I would like to put my claim for non-payment of overtime in along with the other drivers claiming (sic).

I, Victor Alexis Tapia Vera, declare and swear under the penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

This day _____,

_____
Victor Alexis Tapia Vera

2

## Declaración de Víctor Alexis Tapia Vera

Yo, Víctor Alexis Tapia Vera, declaro que tengo más de 18 años y que soy competente para testificar sobre los asuntos declarados aquí, y que, bajo la pena de perjurio de las leyes de los Estados Unidos de América, las siguientes declaraciones son verdaderas y correctas según mi mejor conocimiento y memoria.

1. Yo vivo en una ciudad en el estado de Chihuahua, México.
2. Trabajé en 2023, 2024, y 2025 como chofer de camiones de carga para la compañía KB Custom AG y su gerente, Kyle Beauchamp. Trabajé con visa del programa de visa H-2A.
3. Yo escuché de la oportunidad para ir a trabajar con visa para KB Custom Ag cuando estuve en México. Un chofer de KB Custom me informó que la compañía estaba contratando choferes de camiones.
4. Trabajé de chofer de camión para KB Custom en varios estados de los EE.UU.
5. Cada día que trabajé con ellos llevaba productos agrícolas como silo de maíz o trigo hasta los terrenos de las lecherías. Yo y los otros choferes hicimos el mismo trabajo de llevar productos agrícolas que iban a ser alimentación para las vacas hasta las lecherías.
6. Tuvimos un horario normal muy largo-- de trabajar más de diez horas por día era normal. También, yo y los otros choferes trabajábamos siete días de la semana por lo regular. Yo no fui pagado de overtime en ningún momento durante mi trabajo con KB Custom Ag, solo recibí el pago normal por cada hora trabajada.
7. Yo se que los demás choferes tampoco recibieron pago de overtime por horas arriba de cuarenta semanales porque hablábamos de los pagos entre nosotros y la falta de recibir overtime.
8. Siempre tuve puesto de chofer de camión. No tenía otro puesto con la compañía KB Custom AG.
9. Yo no era un operador de maquinaria de cosecha—yo no cosechaba productos agrícolas—solo trasportaba productos agrícolas ya cosechado que iban a ser usado para alimentar animales.
10. Deseo meter mis reclamos por falta de ser pagado overtime junto con los demás choferes reclamando.

Doc ID: 025c6c146153026a4fb077bb1f5219808846f67a

Yo, Víctor Alexis Tapia Vera, declaro y juro bajo la pena de perjurio de las leyes de los Estados Unidos Norteamericanos que las declaraciones anteriores son verdaderas y correctas.

Este día  23 - 01 - 2026  ,

_____
Víctor Alexis Tapia Vera

Doc ID: 025c6c146153026a4fb077bb1f5219808846f67a