# EXHIBIT 8

# PROPOSED FLSA NOTICE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

### NOTICE OF RIGHT TO JOIN LAWSUIT

| **To:** | EMPLOYEES OF:<br><br>• KB CUSTOM AG SERVICES, LLC<br>• and KYLE BEAUCHAMP |
|---|---|
| **Regarding:** | RIGHT TO JOIN LAWSUIT TO RECOVER:<br><br>• ALLEGEDLY UNPAID OVERTIME WAGES UNDER THE FEDERAL OVERTIME LAW (FAIR LABOR STANDARDS ACT) |
| **Date:** | [date to be inserted] |

**1.  Purpose of Notice**

The purpose of this Notice is to inform you about a lawsuit brought under the federal overtime law, called the Fair Labor Standards Act, against KB Custom Ag Services, LLC and its owner, Kyle Beauchamp ("Defendants"), for allegedly unpaid overtime wages. This Notice tells you how your rights may be affected by this lawsuit and tells you how

1

you can join this lawsuit. **If you do not join or take other action, you may lose some of your rights.**

This notice has been authorized by the United States District Court for the District of Colorado. At this time the Court has taken no position regarding the merits of the claims or the defenses.

**2.      Description of the Lawsuit**

Jaime Alberto Delgado-Bojorquez, Oscar Jovanny Diaz-Ramirez, Jose Aniel Lopez-Valdez, and Rey David Aviña-Coto ("Plaintiffs"), former tractor-trailer truck drivers, have filed a lawsuit against the Defendants in the United States District Court for the District of Colorado.

The Plaintiffs allege, among other things, that they and other truck drivers were not paid properly when working as truck drivers hauling silage for the Defendants' custom harvesting business as required by a federal law called the Fair Labor Standards Act. The lawsuit claims that the Defendants violated the overtime wage law by not paying overtime premium wages after 40 hours of work in a week.

The Plaintiffs are suing on behalf of themselves and all other H-2A workers who worked doing tractor-trailer truck driving work hauling silage for the Defendants. The Plaintiffs seek the recovery of unpaid overtime wages. The Defendants deny that the Plaintiffs and other workers are owed overtime wages.

**3.      Your Right to Participate in this Lawsuit**

If you worked for the Defendants as an H-2A worker and were a tractor-trailer truck driver who hauled silage at any time in the last three (3) years and you were not paid overtime wages when you worked more than 40 hours in a week, you may make a claim to try to recover those wages by signing and returning the form called "FLSA Consent to Sue," which is attached to this notice.

The FLSA Consent to Sue form must be **postmarked or sent to** Plaintiffs' attorneys **on or before** *[date 90 days from date on which forms are first sent out]*, although it is important to return the form as soon as possible so that you do not lose any claims due to time limitations on filing claims pursuant to the federal law.

The FLSA Consent to Sue form may be returned by WhatsApp, email, courier, or postal service to Plaintiffs' attorneys at:

>    WhatsApp: **828-379-3169**

>    Email: **jim@dawsonmorton.com**

2

      Postal Service or Courier:
      **Dawson Morton**
      **1808 Sixth Street**
      **Berkeley, CA 94710**

You may also fill out a form on the Plaintiffs' website for this case at:
[ENTER LANDING PAGE PROVIDED BY THIRD PARTY ADMINISTRATOR.]

Plaintiffs' attorneys speak Spanish and can respond to any of your messages via WhatsApp in Spanish.

### 4. Time Limit to File a Claim

The federal overtime wage law has a maximum three-year period to bring a claim after the payday for the week in which a pay problem occurred. The time limit for filing a lawsuit may expire if you do not join this lawsuit or file your own lawsuit within two or three years from the date when your claims arose.

### 5. Effect of Joining this Lawsuit

If you join this lawsuit, you will be included in the decision made by the judge, whether favorable or unfavorable. You will also share in any money received in the lawsuit, either through a decision by the Court or a settlement. There is no guarantee that any money will be recovered in this lawsuit. While the suit is proceeding, you may be required to provide information to Plaintiffs' attorneys or to the Defendants concerning your work.

By joining, you designate Jaime Alberto Delgado-Bojorquez, Oscar Jovanny Diaz-Ramirez, Jose Aniel Lopez-Valdez, and Rey David Aviña-Coto to make decisions on your behalf concerning this case. The decisions and agreements made in this lawsuit will affect your claims.

If you do not join this lawsuit, you will not be included in any decision made by the Judge related to the claims brought in the lawsuit pursuant to the Fair Labor Standards Act, whether favorable or unfavorable, and you will not receive any of the money that may be received from the lawsuit related to the claims brought pursuant to the Fair Labor Standards Act.

### 6. Your Legal Representation

The Plaintiffs are represented by Dawson Morton and James Knoepp of Dawson Morton, LLC. Any money recovered will be shared by all persons who have joined the lawsuit based on the amount they are owed. The Plaintiffs' attorneys will petition for an attorneys' fee recovery to the Court as part of any settlement. Alternatively, you may choose to be represented by your own attorney or proceed without an attorney.

3

If you choose to join the lawsuit by signing and returning the enclosed FLSA Consent to Sue form you do not need to hire your own attorney because the Plaintiffs' attorneys will be working on your behalf. If you want your own attorney, you may hire one but you may have to pay that attorney, and that attorney will have to file a consent to sue form by the deadline.

Jaime Alberto Delgado-Bojorquez, Oscar Jovanny Diaz-Ramirez, Jose Aniel Lopez-Valdez, and Rey David Aviña-Coto and the other plaintiffs who have already joined the lawsuit have entered into a contingency fee agreement with the Plaintiffs' attorneys, which means that if you do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event that there is a recovery, Plaintiffs' attorneys will receive a percentage of any settlement obtained or money judgment entered in favor of all members of the Class. Alternatively, the Court may be asked to determine the amount of attorneys' fees. If you would like a copy of the fee agreement you may obtain one by asking the Plaintiffs' attorneys.

### 7.     Retaliation Is Illegal

It is a violation of United States law for KB Custom Ag Services, LLC or Keith Beauchamp, or any related entity, or any person acting on their behalf, to fire, refuse to hire, or in any manner discriminate or retaliate against you for taking part in this case. They may not deny you work due to your participation in this lawsuit and your participation in this lawsuit cannot affect whether you can receive a visa to return to work for these or other employers. If you believe that you have been discouraged, threatened, or discriminated or retaliated against for discussing or choosing to join in this lawsuit, you can call Plaintiffs' attorneys.

### 8.     For More Information

You may call Plaintiffs' attorneys (Dawson Morton or James Knoepp) at:

**404-550-7851 or 828-379-3169** (telephone or WhatsApp message).

Plaintiffs' attorneys speak Spanish and can respond to any of your messages via WhatsApp in Spanish.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE CHARLOTTE SWEENEY, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. THERE ARE NO GUARANTEES THAT MONEY WILL BE RECOVERED IN THIS CASE. THE COURT HAS NOT YET DECIDED WHETHER THE CLAIMS MADE IN THE LAWSUIT ARE VALID.

Proposed Text/WhatsApp Message:

This message is about a lawsuit that could affect your rights to overtime wages for work you performed. You are receiving this message because you were identified as someone who worked as a H-2A truck driver hauling silage pursuant to a petition by KB Custom Ag Services, LLC. A lawsuit has been brought by other H-2A truck drivers alleging that the truck drivers' rights to overtime wages were violated. To learn more about the lawsuit and how you may participate please click on this link: [LINK TO LANDING PAGE PROVIDED BY THIRD-PARTY ADMINISTRATOR]. You must return a form within 90 days of this notice to participate on these claims.


Proposed Email:
This email is about a lawsuit that could affect your rights to overtime wages for work you performed. You are receiving this email because you were identified as someone who worked as a H-2A truck driver hauling silage pursuant to a petition by KB Custom Ag Services, LLC. A lawsuit has been brought by other H-2A truck drivers alleging that the truck drivers' rights to overtime wages were violated. To learn more about the lawsuit and how you may participate please review the documents attached to this email. You may also click on this link to see the documents: [LINK TO LANDING PAGE PROVIDED BY THIRD-PARTY ADMINISTRATOR]. You must return a form within 90 days of this notice to participate on these claims.

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue KB Custom Ag Services, LLC and Kyle Beauchamp for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp and Dawson Morton, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____             _____
SIGNATURE                                                                                           DATE

_____
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a KB Custom Ag Services, LLC y Kyle Beauchamp por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp y Dawson Morton, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_____             _____
FIRMA                                                                      FECHA

_____
NOMBRE

**Contact Information Sheet for Individuals
Who Want to Join Lawsuit Against
KB Custom Ag Services, LLC and Kyle Beauchamp**

1. Name (First, Middle, Last):

   _____

2. Address:

   Street and Number: _____

   City and State: _____

   Zip Code: _____

   Country: _____

4. Phone Numbers (with area code):_____

   May we contact you through WhatsApp? ___ Yes ___ No

   Other Phone Numbers (with area code):
      (for example, a family member/friend)

   _____

   Whose phone number is this? _____

5. E-mail Address (if any): _____

6. What is the best way to contact you? _____

7