IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Monica Simmons of the law firm Fisher & Phillips LLP hereby enters his appearance as counsel for Defendants KB Custom Ag Services, LLC and Kyle Beauchamp in the above-captioned matter. The undersigned certifies that he is a member in good standing of the bar of this Court.

1

Respectfully submitted this 22th day of January, 2026.

FISHER & PHILLIPS LLP

/s/ Monica Simmons
Monica Simmons
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Tel: 610.230-2129
Fax: 610.230.2151
msimmons@fisherphillips.com

/s/ Vance O. Knapp
Vance O. Knapp
1125 17th Street, Suite 2400
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651
vknapp@fisherphillips.com


Rebecca Hause-Schultz
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 2400
Sacramento, CA 95814
Tel: 916-210-0391
rhause-schultz@fisherphillips.com

*ATTORNEYS FOR DEFENDANTS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of January, 2026, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dawson Morton
Dawson Morton LLC
1808 Sixth Street
Berkeley, CA 94710
dawson@dawsonm10orton.com
*Attorneys for Plaintiffs*

James M. Knoepp
James M. Knoepp, Attorney at Law
1612 Crestwood Drive
Columbia, SC 29205
jim@dawsonmorton.com
*Attorneys for Plaintiffs*

                                               */s/ Deanna Jaksic*
                                               For Fisher & Phillips LLP