EXHIBIT 6

DECLARATION OF PLAINTIFF
OSCAR JOVANNY DIAZ-RAMIREZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

---

### Declaration of Oscar Jovanny Díaz-Ramírez

---

I, Oscar Jovanny Diaz-Ramirez, declare that I am over the age of 18 and that I am competent to testify on the matters herein stated, and that, under the penalty of perjury of the laws of the United States of America, the following statements are true and correct to the best of my knowledge and memory.

1. I live in a community near Mexico City in the state of Mexico, Mexico.
2. I worked in 2022, 2023 and 2024 as a cargo truck driver for the company KB Custom AG and its manager, Kyle Beauchamp, under the H-2A visa program.
3. I worked in the state of Texas and then in the state of Kansas.
4. Every day that I work with KB Custom AG, I brought agricultural products such as corn or wheat silage to the dairies. Agricultural products were to be feed for the cows.
5. The normal schedule was from approximately six in the morning until seven, eight, or later in the afternoon. The normal thing was to work seven days a week.

   We were not paid overtime at any time. We only receive normal pay for each hour worked, no matter if we work a lot of hours in a week—the hourly pay remained the same.

6. I know that the other drivers also did not receive overtime pay for hours above forty in a week because we talked about the payments among ourselves.
7. I always had a position as a truck driver. I had no other position with KB Custom AG.
8. I wasn't a harvesting machine operator—I didn't harvest product—I just transported product that had been harvested.
9. I drove a tractor-truck. A photo of the truck I was driving is attached to this statement.

   I, Oscar Jovanny Diaz Ramirez, declare and swear under the penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

                                    This day _____,

                                    _____
                                    Oscar Jovanny Díaz Ramírez

2



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

---

Declaración de Oscar Jovanny Díaz-Ramírez

---

    Yo, Oscar Jovanny Díaz Ramírez, declaro que tengo más de 18 años y que soy competente para testificar sobre los asuntos declarados aquí, y que, bajo la pena de perjurio de las leyes de los Estados Unidos de América, las siguientes declaraciones son verdaderas y correctas según mi mejor conocimiento y memoria.

1. Yo vivo en una comunidad cerca de la Ciudad de México en el estado de México, México.
2. Trabajé en 2022, 2023 y 2024 como chofer de camiones de carga para la compañía KB Custom AG y su gerente, Kyle Beauchamp, bajo el programa de visa H-2A.
3. Trabajé en el estado de Texas y después en el estado de Kansas.
4. Cada día que trabajé con KB Custom AG llevaba productos agrícolas como silo de maíz o trigo hasta los terrenos de las lecherías. Los productos agrícolas iban a ser alimentación para las vacas.

5. El horario normal era de aproximadamente las seis de la mañana hasta las siete, las ocho, o más tarde de la tarde. Lo normal fue de trabajar siete días de la semana. No fuimos pagado overtime en ningún momento. Solo recibimos el pago normal por cada hora trabajada no importa si trabajamos muchísimas horas en una semana—el sueldo por horas quedaba igual.

6. Yo sé que los demás choferes tampoco recibieron pago de overtime por horas arriba de cuarenta en una semana porque hablábamos de los pagos entre nosotros.

7. Siempre tuve puesto de chofer de camión. Yo no tenía otro puesto con la compañía KB Custom AG.

8. Yo no era un operador de maquinaria de cosecha—yo no cosechaba productos agrícolas—sólo trasportaba producto que ya se había cosechado.

9. Manejé un tracto-camión. Una foto del camión que yo manejaba esta adjuntada a esta declaración.

Yo, Oscar Jovanny Díaz Ramírez, declaro y juro bajo la pena de perjurio de las leyes de los Estados Unidos Norteamericanos que las declaraciones anteriores son verdaderas y correctas.

Este día 01 / 09 / 2026 _____,

_____
Oscar Jovanny Díaz Ramírez

2

Doc ID: 8757b5b26dd908a46ad4432334c4b84de6f9f05a

# TRANSLATOR STATEMENT

I, Carlos Radillo hereby state that I am a California State Court and Federal Court Certified Spanish Language Judicial Interpreter and that, to the best of my ability, I have reviewed and verified the accuracy of the translation from Spanish to English of the following documents which were provided to me digitally and which are included in this pdf, and whose titles are:

Declaración de Jaime Delgado Bojorquez

Delcaración de Oscar Jovanny Díaz Ramirez

_____

Carlos Radillo, on 1/13/26

CA Certification 900025