EXHIBIT 8

DECLARATION OF JAMES KNOEPP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

## DECLARATION OF JAMES KNOEPP

1. I am one of Plaintiffs' attorneys in this matter.

2. I am admitted to practice in the state of South Carolina, the state of Georgia, the United States Court of Appeals for the 8th, 9th, and 11th Circuits, the Northern, Southern, and Middle Districts of Georgia, and the District of Colorado. I earned my Juris Doctor Degree, *cum laude*, from Loyola of Los Angeles Law School in 1998, and was admitted to practice in the state of Florida the same year. I was admitted to practice in the Commonwealth of Virginia in 2001, in the state of Georgia in 2008, and in the state of South Carolina in 2016. I retired from the Florida bar in good standing and currently hold Associate status (in good standing) with the Virginia bar.

3. Prior to starting my current position at Dawson Morton, LLC in August of 2024, I worked for 16 years at the Southern Poverty Law Center (SPLC). During my

time at SPLC I worked in various positions, including as Staff Attorney, Senior Staff Attorney, Senior Supervising Attorney, Deputy Legal Director of the Immigrant Justice Project, and as the organization's General Counsel. Prior to my employment at the SPLC, I was the Litigation Director for the Legal Aid Justice Center in Charlottesville, Virginia. Prior to that position I served as a Staff Attorney and then Legal Director of the Virginia Justice Center for Farm and Immigrant Workers, a project of the Legal Aid Justice Center. Prior to that position I was a Skadden, Arps, Slate, Meagher, and Flom fellowship recipient where I worked with Florida Legal Services, Inc.'s Migrant Farmworker Justice Project.

4. During my tenure with the Migrant Farmworker Justice Project, the Virginia Justice Center/Legal Aid Justice Center, and the SPLC I have represented thousands of individuals involved in class action litigation.

5. I have served as part of the class counsel teams appointed by the court in a number of cases, including *Antonio-Benito v. Lowry Farms, Inc.*, No. 1:20-cv-1039, 2021 WL 6101901 (W.D. Ark. Aug. 9, 2021) (lead counsel); *Moodie v. Kiawah Island Inn Co.*, 309 F.R.D. 370 (D.S.C. 2015) (lead counsel), *Nunag-Tanedo v. E. Baton Rouge Parish Sch. Bd.*, No. LA CV 10-01172-JAK (MLGx), 2011 WL 7095434 (C.D. Cal. Dec. 12, 2011) (lead counsel), *Perez-Benites v. Candy Brand, LLC*, 267 F.R.D. 242 (W.D. Ark. 2010) (lead counsel), *Rosiles-Perez v. Superior Forestry Service, Inc.*, 250 F.R.D. 332 (M.D. Tenn. 2008), and *De Leon Granados v. Eller and Sons Trees, Inc.*, No. 1:05-CV-1473-CC, 2006 WL 8432448 (N.D. Ga. Sept. 28, 2006) (lead counsel).

6. Several of the cases listed above, and much of my practice over the last 25 years, focused on the legal rights of H-2A and H-2B workers who migrate from

2

foreign countries to work temporarily in the United States. I have extensive knowledge of the rules and regulations that govern the H-2A program, as well extensive knowledge regarding the Fair Labor Standards Act including, in particular, the application of overtime exemptions related to the FLSA.

7. My firm has adequate funds to litigate this case. Plaintiffs' counsel have advanced all costs associated with this litigation to date and will continue to do so.

8. As part of Phase I class discovery, the Plaintiffs served a set of Interrogatories on Defendant KB Custom Ag Services, LLC. Plaintiffs asked that Defendant provide the number of individuals they employed each year between 2022 and the present who were required to have a Commercial Drivers License. Defendant initially responded by providing a response that focused only on the named Plaintiffs and not the putative class members. I followed up on this issue with Defendant's counsel several times. On December 17, 2025, counsel for the Defendant stated that they would provide a "formal discovery response[] tomorrow, but I wanted to provide you with the information you requested now. The estimated H-2A driver headcount for 2022-2025 is as follows: 195 [for 2022,] 255 [for 2023,] 280 [for 2024,] 330 [for 2025]". The Defendant never did provide an updated, formal response despite additional requests. These email exchanges are attached to this declaration.

9. As part of Phase I class discovery, the Plaintiffs served Requests for Production of Documents on Defendants requesting, among other things, payroll information related to the named Plaintiffs and putative class members. Defendants objected and refused to provide information related to the putative class members or any of the FLSA opt-in Plaintiffs who joined the case but did provide payroll information

3

for 2022, 2023, and 2024 related to the named Plaintiffs, although those records were not complete and did not include all of the years worked by at least one of the Plaintiffs. Copies of the paycheck stubs that were produced by the Defendants for the named Plaintiffs that show their hours worked, pay rates, and earnings are being filed with Plaintiffs' motion as Exhibits 10-12.

10. Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I declare that the foregoing facts are true and correct to the best of my knowledge.

Executed on January 22, 2026.

_James Knoepp_

**Subject:** Re: KB Custom Ag responses to interrogatories
**Date:** Tuesday, January 13, 2026 at 8:52:39 PM Eastern Standard Time
**From:** Jim Knoepp
**To:** Wilson, Francis, Hause-Schultz, Rebecca, Knapp, Vance, Reed-Baum, Jessica
**CC:** Dawson Morton, Matis, Cheyenne

Counsel—

I am following up again on this request and adding in Vance and Jessica. Can you please provide an update?

Thanks.

Jim

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Wednesday, January 7, 2026 at 4:30 PM
**To:** "Wilson, Francis" <fwilson@fisherphillips.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>
**Subject:** Re: KB Custom Ag responses to interrogatories

Francis and Rebecca—

Can you please provide the formal, signed, supplemental responses to these interrogatories that were promised a few weeks ago?

Thanks.

Jim

---

**From:** "Wilson, Francis" <fwilson@fisherphillips.com>
**Date:** Wednesday, December 17, 2025 at 12:03 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>
**Subject:** RE: KB Custom Ag responses to interrogatories

Jim,

Apologies, as I had a family matter arise today that I had to attend to. We'll get you the formal

1 of 4

discovery responses tomorrow, but I wanted to at least provide you with the information you requested now. The estimated H-2A driver headcount for 2022-2025 is as follows:

| 2022 | 2023 | 2024 | 2025 |
|------|------|------|------|
| 195  | 255  | 280  | 330  |

We'll incorporate these estimates into formal supplemental responses and circulate tomorrow. But we wanted to at least get the information to you now.



**Francis A. Wilson**
Associate

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Monday, December 15, 2025 9:42 AM
**To:** Wilson, Francis <fwilson@fisherphillips.com>; Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>; Matis, Cheyenne <cmatis@fisherphillips.com>
**Subject:** Re: KB Custom Ag responses to interrogatories

Hi Francis.

I thought that we were going to get a supplemental response last Friday with respect to this? Can you provide an update please?

Jim

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Friday, December 5, 2025 at 9:15 AM
**To:** "Wilson, Francis" <fwilson@fisherphillips.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>
**Subject:** Re: KB Custom Ag responses to interrogatories

Thanks Francis.

Yes, a supplemental response by next Friday, December 12, 2025, will be fine.

Jim

**From:** "Wilson, Francis" <fwilson@fisherphillips.com>
**Date:** Friday, December 5, 2025 at 5:12 AM
**To:** Jim Knoepp <jim@dawsonmorton.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>
**Subject:** RE: KB Custom Ag responses to interrogatories

Jim,

Apologies for the delay – I've been in depo prep/depos this week (and will be all day today).

Defendants will supplement with the number of drivers who held CDLs for each year between 2022 and 2025. While we were close to finalizing our estimate of the H-2A drivers at the mediation, that was inherently an estimate that will require further tweaking and validation. I think we can probably get that to you both by Friday, December 12, 2025. Candidly, my thought on timing was to bake in a week to give us sufficient time to finalize our model to identify the putative drivers, validate the driver roster with our client, and finalize our supplemental responses. Would that timeline work for you?



**Francis A. Wilson**
Associate

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Wednesday, December 3, 2025 12:30 PM
**To:** Wilson, Francis <fwilson@fisherphillips.com>; Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Re: KB Custom Ag responses to interrogatories

Counsel—

I am again following up on the issue raised below.  Can you please provide a response by COB tomorrow, December 4, 2025?

Thank you.

Jim

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Thursday, November 20, 2025 at 5:34 PM
**To:** "Wilson, Francis" <fwilson@fisherphillips.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** KB Custom Ag responses to interrogatories

Hi, Francis and Rebecca,

I am following up on our earlier discussions regarding Defendants' response to Plaintiffs' Interrogatory No. 3. That interrogatory is:

Please identify for each calendar year from 2022 through the present, the number of your employees who held a Commercial Drivers' License or a foreign Commercial Drivers' License, including the Mexican Federal Drivers' License, and who were required by you to have such license.

Defendants responded by listing the number of *named plaintiffs* for each year between 2022 and 2025. As we discussed in a prior meet and confer, this Interrogatory is asking about the total number of individuals who had CDLs and were required to have CDLs by Defendants, not the named plaintiffs. We know the named plaintiffs had CDLs and were required to have CDLs in order to drive trucks for the Defendants. This interrogatory is directly relevant to the current class certification period and evidence related to numerosity for purposes of Rule 23. Can you please let us know if you will provide an amended response and when that will be provided. We would like to avoid filing a motion to compel on this issue but want to be prepared to do so if necessary. Thanks.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169