# EXHIBIT 9

# DECLARATION OF DAWSON MORTON

Case No. 1:25-cv-00847-CNS-NRN     Document 39-9     filed 01/23/26     USDC Colorado
pg 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

## DECLARATION OF DAWSON MORTON

1. I am counsel for the plaintiffs in this action. I have personal knowledge of the matters stated herein and if called and sworn as a witness, I could and would competently testify under oath thereto.

2. I am a member in good standing of the State Bars of Georgia and California. I earned my Juris Doctor Degree from New York University School of Law in 1999 and was admitted to practice in the State of Georgia the same year. I was admitted to practice in California, first as a Registered Legal Services Attorney, in 2016 and later as a member of the bar in May of 2018.

3. I have represented workers in employment disputes for over twenty-five years. I am currently an attorney with Dawson Morton, LLC and was previously the Litigation Director for the California Rural Legal Assistance Foundation in Sacramento. Prior to that I was a Senior Staff Attorney in the Atlanta and Tifton offices of the

Farmworker Rights Division of Georgia Legal Services, a nonprofit organization that provided free civil legal services to indigent farm laborers.

4. During my career, I have represented hundreds of immigrant and low-wage worker clients with a particular focus on H-2A workers. I have served as lead counsel, co-counsel, or intervenor's counsel in numerous suits asserting class or collective action wage claims. Among others, I was lead counsel for certified collective actions in the following cases: *Reyes-Fuentes v. Shannon Produce Farm, Inc.*, Civ. Act. No. 6:08-cv-59 (S.D. Ga.); *Ojeda-Sanchez v. Bland Farms, LLC*, Civ. Act. No. 6:08-cv-96 (S.D. Ga.); *Garcia-Mancha, et al. v. Hendrix Produce, Inc.*, Civ. Act. No. 6:10-cv-36 (BAE) (S.D. Ga.); *Tomason v. Stanley Farms*, Civ. Act. No. 6:13-cv-42 (S.D. Ga.); *Franco-Hernandez v. Southern Valley Fruit & Vegetable, Inc.*, Civ. Act. No. 7:14-CV-62-HL (M.D. Ga.); *Altamirano-Santiago v. Better Produce, Inc.*, Civ. Act. No. 19-cv-3964-DDP (C.D. Ca.). I was lead counsel for the charging parties/intervenors in the following pattern and practice discrimination cases: *EEOC v. Hamilton Growers, Inc.*, Civ. Act. No. 7:11-CV-134 (M.D. Ga.) and *EEOC v. J & R Baker Farms*, Civ. Act. No. 7:14-CV-136 (M.D. Ga.). I have been co-lead counsel in class and collective actions, including: *Guzman-Padilla v. G & H Dairy*, 2:17-cv-00196-KJN (E.D. Ca.), *Lopez-Gutierrez v. Foothill Packing, Inc.*, Civ. Act. No. 17CV001629 (Monterey Sup. Ct.), *Bejines-Gonzalez v. Southern Valley Fruit & Vegetable, Inc.*, Civ. Act. No. 7:19-cv-55 (M.D. Ga.); *Gomez-Gasca v. Future Ag Management, Inc.*, Civ. Act. No. 4:19-cv-2359-YGR (N.D. Ca.), *Altamirano-Santiago v. Better Produce, Inc.*, Civ. Act. No. 19-cv-3964-DDP (C.D. Ca.), *Martinez-Sanchez v. Anthony Vineyards, Inc.*, Civ. Act. No. 1:19-cv-1404-DAD (E.D. Ca.), *Miguel-Sanchez v. Mesa Packing, LLC*, Civ. Act. No. 20-cv-823-VKD (N.D. Ca.), and *Magana-Munoz v. West Coast Berry Farms, LLC*, Civ. Act. No. 5:20-cv-2087-EJD (N.D. Ca.)

5. I have substantial experience with class and collective action suits presenting pay violations for farm laborers, H-2A workers, and other low-wage laborers.

I believe the claims at issue here can be presented and tried as class claims based on Defendants' policies or practices as detailed in Plaintiffs' moving papers.

6. In addition to my litigation work, I have served as a panelist or organizer at numerous conferences concerning the representation of immigrant workers, including conferences sponsored by the National Employment Lawyers Association, the National Legal Aid & Defenders Association, and the Georgia Chapter of the National Employment Lawyers Association. I am also a past board member of the National Employment Lawyer's Association affiliate in Georgia, NELA-GA.

7. My firm has adequate funds to litigate this case. Plaintiffs' counsel have advanced all costs associated with this litigation to date and will continue to do so.

8. Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I declare that the foregoing facts are true and correct to the best of my knowledge.

Executed on January 22, 2026.

_____
Dawson Morton

3