# EXHIBIT 10

# PAYCHECK STUBS OF
# PLAINTIFF JOSE ANIEL LOPEZ-VALDEZ

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

**KB CUSTOM**
FIRST NATIONAL BANK OF LAS ANIMAS
82-111
1021

Check Date: 09/16/2022
Check #: 1000000234

Pay To The Order Of: **Jose Aniel Lopez Valdez**

Amount: Two Thousand Two Hundred Thirty Dollars and 45/100 Cents    $ 2,230.45

2197  09/16/2022  1000000234

Jose Aniel Lopez Valdez
PII
81311 Ahome, MSI
Mexico

Check is Null and Void if not cashed in 6 months

Authorized Signature

⑈1000000234⑈ ⑆102101111⑉ 000013759 2⑈

Non-Negotiable

---

#2197 - Jose Aniel Lopez Valdez    Check1000000234    Pay Date: 09/16/2022
Pay Period: 08/29/2022-09/11/2022

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | 16.47 | 137:03 | 2,257.21 | 2,257.21 |
| TX H2A | 13.88 | 11:23 | 158.00 | 158.00 |
| **Gross Pay** | | | **2,415.21** | **2,415.21** |
| Hours Worked | | 148:26 | | |
| Hours Paid | | 148:26 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,415.21 | 2,415.21 | | |
| FICA | 2,415.21 | 2,415.21 | 149.74 | 149.74 |
| MEDI | 2,415.21 | 2,415.21 | 35.02 | 35.02 |
| **Total** | | | **184.76** | **184.76** |

| **Net Pay** | | | **2,230.45** | **2,230.45** |
|---|---|---|---|---|
| Check | | | 2,230.45 | 2,230.45 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| FICA | 149.74 | 149.74 |
| MEDI | 35.02 | 35.02 |
| **Total** | **184.76** | **184.76** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 08/31/2022 | | 09:00a | 01:00p | 4:00 |
| Fri, 09/02/2022 | | 04:24p | 11:47p | 7:23 |
| Sat, 09/03/2022 | | 06:53a | 09:09p | 14:16 |
| Sun, 09/04/2022 | | 06:31a | 09:05p | 14:34 |
| Mon, 09/05/2022 | | 06:43a | 09:23p | 14:40 |
| Tue, 09/06/2022 | | 06:40a | 10:18p | 15:38 |
| Wed, 09/07/2022 | | 06:36a | 09:16p | 14:40 |
| Thu, 09/08/2022 | | 06:29a | 10:03p | 15:34 |
| --More-- | | | | |

**Timesheet - Continued**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Fri, 09/09/2022 | | 06:28a | 10:11p | 15:43 |
| Sat, 09/10/2022 | | 06:41a | 10:29p | 15:48 |
| Sun, 09/11/2022 | | 06:35a | 10:45p | 16:10 |

1 For information purposes only. No effect on your net pay.



**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

**Pay Date:** 09/30/2022
**Voucher #:** (24507)

**Deposited To The Account(s) Of:** Jose Aniel Lopez Valdez

| Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|
| 1 | Checking | XXXXXX9790 | 111900659 | 3,272.03 |

2197  09/30/2022  (24507)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez    Voucher #(24507)    Pay Date: 09/30/2022
Pay Period: 09/12/2022-09/25/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | 16.47 | 12:17 | 202.31 | 2,459.52 |
| TX H2A | 13.88 | 207:51 | 2,884.96 | 3,042.96 |
| **Gross Pay** | | | **3,087.27** | **5,502.48** |
| Hours Worked | | 220:08 | | |
| Hours Paid | | 220:08 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,087.27 | 5,502.48 | | |
| FICA | -2,415.21 | | -149.74 | |
| MEDI | -2,415.21 | | -35.02 | |
| **Total** | | | **-184.76** | **0.00** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **3,272.03** | **5,502.48** |
| Check | 0.00 | 2,230.45 |
| Wells Fargo (9790) | 3,272.03 | 3,272.03 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FICA | -149.74 | |
| MEDI | -35.02 | |
| **Total** | **-184.76** | **0.00** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 09/12/2022 | | 06:52a | 07:09p | 12:17 |
| Tue, 09/13/2022 | | 05:49a | 11:31p | 17:42 |
| Wed, 09/14/2022 | | 04:30a | 10:02p | 17:32 |
| Thu, 09/15/2022 | | 07:30a | 09:09p | 13:39 |
| Fri, 09/16/2022 | | 06:28a | 09:19p | 14:51 |
| Sat, 09/17/2022 | | 06:01a | 11:13p | 17:12 |
| Sun, 09/18/2022 | | 06:00a | 08:54p | 14:54 |

--More--

### Timesheet - Continued

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 09/19/2022 | | 06:00a | 09:38p | 15:38 |
| Tue, 09/20/2022 | | 05:44a | 10:28p | 16:44 |
| Wed, 09/21/2022 | | 06:04a | 09:16p | 15:12 |
| Thu, 09/22/2022 | | 06:02a | 10:13p | 16:11 |
| Fri, 09/23/2022 | | 06:02a | 10:53p | 16:51 |
| Sat, 09/24/2022 | | 05:59a | 10:23p | 16:24 |
| Sun, 09/25/2022 | | 06:45a | 09:46p | 15:01 |

1 For information purposes only. No effect on your net pay.

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 10/14/2022
Voucher #: (24856)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 2,271.00 |

2197  10/14/2022  (24856)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable – This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez          Voucher #(24856)          Pay Date: 10/14/2022
                                                                   Pay Period: 09/26/2022-10/09/2022

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A |  |  |  | 2,459.52 |
| TX H2A | 13.88 | 163:37 | 2,271.00 | 5,313.96 |
| **Gross Pay** |  |  | **2,271.00** | **7,773.48** |
| Hours Worked |  | 163:37 |  |  |
| Hours Paid |  | 163:37 |  |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,271.00 | 7,773.48 |  |  |

**Net Pay**

|  |  |  | Current | YTD |
|---|---|---|---|---|
| Net Pay |  |  | 2,271.00 | 7,773.48 |
| Check |  |  | 0.00 | 2,230.45 |
| Wells Fargo (9790) |  |  | 2,271.00 | 5,543.03 |

**Timesheet**

| Day | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 09/26/2022 |  | 06:03a | 09:46p | 15:43 |
| Tue, 09/27/2022 |  | 06:10a | 09:14p | 15:04 |
| Wed, 09/28/2022 |  | 05:35a | 08:03p | 14:28 |
| Thu, 09/29/2022 |  | 05:45a | 08:40p | 14:55 |
| Fri, 09/30/2022 |  | 05:55a | 10:12p | 16:17 |
| Sat, 10/01/2022 |  | 05:41a | 08:24p | 14:43 |
| Sun, 10/02/2022 |  | 06:11a | 08:50p | 14:39 |
| Mon, 10/03/2022 |  | 05:40a | 09:14p | 15:34 |
| Tue, 10/04/2022 |  | 05:47a | 09:05p | 15:18 |
| Wed, 10/05/2022 |  | 07:26a | 08:01p | 12:35 |
| Thu, 10/06/2022 |  | 06:10a | 08:31p | 14:21 |

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610          1 of 1

KB_000663

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 10/28/2022
Voucher #: (25201)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 1,904.25 |

2197  10/28/2022  (25201)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez          Voucher #(25201)          Pay Date: 10/28/2022
                                                                   Pay Period: 10/10/2022-10/23/2022

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | 16.47 | 28:01 | 461.43 | 2,920.95 |
| TX H2A | 13.88 | 103:57 | 1,442.82 | 6,756.78 |
| **Gross Pay** |  |  | 1,904.25 | 9,677.73 |
| Hours Worked |  | 131:58 |  |  |
| Hours Paid |  | 131:58 |  |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,904.25 | 9,677.73 |  |  |

| **Net Pay** |  |  | 1,904.25 | 9,677.73 |
|---|---|---|---|---|
| Check |  |  | 0.00 | 2,230.45 |
| Wells Fargo (9790) |  |  | 1,904.25 | 7,447.28 |

**Timesheet**

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 10/10/2022 |  | 10:17a | 02:34p | 4:17 |
| Wed, 10/12/2022 |  | 05:42a | 06:22p | 12:40 |
| Thu, 10/13/2022 |  | 08:43a | 09:40p | 12:57 |
| Fri, 10/14/2022 |  | 05:43a | 08:58p | 15:15 |
| Sat, 10/15/2022 |  | 06:03a | 09:10p | 15:07 |
| Tue, 10/18/2022 |  | 11:14a | 09:01p | 9:47 |
| Wed, 10/19/2022 |  | 06:55a | 07:14p | 12:19 |
| Thu, 10/20/2022 |  | 08:15a | 02:10p | 5:55 |
| Fri, 10/21/2022 |  | 06:40a | 09:20p | 14:40 |
| Sat, 10/22/2022 |  | 05:27a | 10:11p | 16:44 |
| Sun, 10/23/2022 |  | 06:26a | 06:43p | 12:17 |

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610          1 of 1

KB_000662

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

**KB CUSTOM**

| Pay Date: | 11/10/2022 |
|---|---|
| Voucher #: | (25611) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 1,391.70 |

2197  11/10/2022  (25611)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez          Voucher #(25611)          Pay Date: 11/10/2022
                                                                    Pay Period: 10/24/2022-11/06/2022

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A |  |  |  | 2,920.95 |
| TX H2A | 13.88 | 100:16 | 1,391.70 | 8,148.48 |
| **Gross Pay** |  |  | **1,391.70** | **11,069.43** |
| Hours Worked |  | 100:16 |  |  |
| Hours Paid |  | 100:16 |  |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,391.70 | 11,069.43 |  |  |

| **Net Pay** |  |  | **1,391.70** | **11,069.43** |
|---|---|---|---|---|
| Check |  |  | 0.00 | 2,230.45 |
| Wells Fargo (9790) |  |  | 1,391.70 | 8,838.98 |

**Timesheet**

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 10/26/2022 |  | 06:56a | 11:00p | 16:04 |
| Thu, 10/27/2022 |  | 04:50a | 10:30p | 17:40 |
| Fri, 10/28/2022 |  | 06:28a | 10:41p | 16:13 |
| Sat, 10/29/2022 |  | 05:49a | 07:42p | 13:53 |
| Sun, 10/30/2022 |  | 10:58a | 02:26p | 3:28 |
| Thu, 11/03/2022 |  | 08:53a | 07:31p | 10:38 |
| Fri, 11/04/2022 |  | 06:47a | 07:14p | 12:27 |
| Sun, 11/06/2022 |  | 07:07a | 05:00p | 9:53 |

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610

1 of 1

KB_000661

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

**KB CUSTOM**

| Pay Date: | 11/25/2022 |
|---|---|
| Voucher #: | (26656) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 974.55 |

2197  11/25/2022  (26656)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez    Voucher #(26656)    Pay Date: 11/25/2022
Pay Period: 11/07/2022-11/20/2022

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | | | | 2,920.95 |
| NM H2A | 14.79 | 2:44 | 40.43 | 40.43 |
| TX H2A | 13.88 | 67:18 | 934.12 | 9,082.60 |
| **Gross Pay** | | | 974.55 | 12,043.98 |
| Hours Worked | | 70:02 | | |
| Hours Paid | | 70:02 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 974.55 | 12,043.98 | | |

**Net Pay** | | | 974.55 | 12,043.98
Check | | | 0.00 | 2,230.45
Wells Fargo (9790) | | | 974.55 | 9,813.53

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 11/07/2022 | | 06:44a | 03:01p | 8:17 |
| Thu, 11/10/2022 | | 08:38a | 01:34p | 4:56 |
| Fri, 11/11/2022 | | 10:51a | 06:43p | 7:52 |
| Sat, 11/12/2022 | | 08:48a | 05:11p | 8:23 |
| Tue, 11/15/2022 | | 07:38a | 12:34p | 4:56 |
| Wed, 11/16/2022 | | 01:13p | 02:53p | 1:40 |
| Thu, 11/17/2022 | | 10:13a | 11:17a | 1:04 |
| Fri, 11/18/2022 | | 10:46a | 06:27p | 7:41 |
| Sat, 11/19/2022 | | 06:09a | 06:46p | 12:37 |
| Sun, 11/20/2022 | | 06:12a | 06:48p | 12:36 |

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 12/09/2022
Voucher #: (26928)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 1,842.00 |

2197  12/09/2022  (26928)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable – This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez          Voucher #(26928)          Pay Date: 12/09/2022
                                                                    Pay Period: 11/21/2022-12/04/2022

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A |  |  |  | 2,920.95 |
| NM H2A | 14.79 | 80:13 | 1,186.40 | 1,226.83 |
| TX H2A | 13.88 | 47:14 | 655.60 | 9,738.20 |
| **Gross Pay** |  |  | **1,842.00** | **13,885.98** |
| Hours Worked |  | 127:27 |  |  |
| Hours Paid |  | 127:27 |  |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,842.00 | 13,885.98 |  |  |

| **Net Pay** |  |  | **1,842.00** | **13,885.98** |
|---|---|---|---|---|
| Check |  |  | 0.00 | 2,230.45 |
| Wells Fargo (9790) |  |  | 1,842.00 | 11,655.53 |

**Timesheet**

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 11/21/2022 |  | 05:42a | 06:01p | 12:19 |
| Tue, 11/22/2022 |  | 06:52a | 10:18p | 15:26 |
| Wed, 11/23/2022 |  | 06:53a | 10:01p | 15:08 |
| Thu, 11/24/2022 | Holiday |  |  | 8:00 |
| Thu, 11/24/2022 |  | 06:52a | 02:10p | 7:18 |
| Fri, 11/25/2022 |  | 08:53a | 01:02p | 4:09 |
| Sun, 11/27/2022 |  | 12:05p | 02:16p | 2:11 |
| Mon, 11/28/2022 |  | 06:51a | 07:22p | 12:31 |
| Tue, 11/29/2022 |  | 06:48a | 05:59p | 11:11 |
| Wed, 11/30/2022 |  | 07:43a | 07:56p | 12:13 |
| Thu, 12/01/2022 |  | 06:54a | 07:36p | 12:42 |
| Fri, 12/02/2022 |  | 06:54a | 06:54p | 12:00 |
| Sat, 12/03/2022 |  | 06:53a | 05:12p | 10:19 |

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610                    1 of 1

KB_000659



**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

Pay Date: 12/23/2022
Voucher #: (27330)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 1,608.00 |

2197  12/23/2022  (27330)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez    Voucher #(27330)    Pay Date: 12/23/2022
Pay Period: 12/05/2022-12/18/2022

### Earnings

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A |  |  |  | 2,920.95 |
| NM H2A |  |  |  | 1,226.83 |
| TX H2A | 13.88 | 115:51 | 1,608.00 | 11,346.20 |
| **Gross Pay** |  |  | 1,608.00 | 15,493.98 |
| Hours Worked |  | 115:51 |  |  |
| Hours Paid |  | 115:51 |  |  |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,608.00 | 15,493.98 |  |  |

### Net Pay

|  |  | Current | YTD |
|---|---|---|---|
| **Net Pay** |  | 1,608.00 | 15,493.98 |
| Check |  | 0.00 | 2,230.45 |
| Wells Fargo (9790) |  | 1,608.00 | 13,263.53 |

### Timesheet

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 12/05/2022 |  | 09:22a | 07:21p | 9:59 |
| Tue, 12/06/2022 |  | 06:50a | 07:55p | 13:05 |
| Wed, 12/07/2022 |  | 06:53a | 01:53p | 7:00 |
| Thu, 12/08/2022 |  | 12:02p | 07:16p | 7:14 |
| Fri, 12/09/2022 |  | 06:54a | 06:57p | 12:03 |
| Sat, 12/10/2022 |  | 06:53a | 06:53p | 12:00 |
| Sun, 12/11/2022 |  | 09:30a | 01:28p | 3:58 |
| Mon, 12/12/2022 |  | 07:00a | 03:01p | 8:01 |
| Tue, 12/13/2022 |  | 07:58a | 03:12p | 7:14 |
| Wed, 12/14/2022 |  | 09:01a | 06:12p | 9:11 |
| Thu, 12/15/2022 |  | 08:35a | 05:15p | 8:40 |
| Sat, 12/17/2022 |  | 08:06a | 07:58p | 11:52 |
| Sun, 12/18/2022 |  | 09:09a | 02:43p | 5:34 |

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 01/06/2023
Voucher #: (27610)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 921.78 |

2197  01/06/2023  (27610)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez      Voucher #(27610)      Pay Date: 01/06/2023
Pay Period: 12/19/2022-01/01/2023

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | 16.47 | 13:22 | 220.15 | 220.15 |
| TX H2A | 13.88 | 50:33 | 701.63 | 701.63 |
| **Gross Pay** |  |  | 921.78 | 921.78 |
| Hours Worked |  | 63:55 |  |  |
| Hours Paid |  | 63:55 |  |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 921.78 | 921.78 |  |  |

| **Net Pay** |  | 921.78 | 921.78 |
|---|---|---|---|
| Wells Fargo (9790) |  | 921.78 | 921.78 |

**Timesheet**

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 12/19/2022 |  | 10:57a | 01:59p | 3:02 |
| Tue, 12/20/2022 |  | 06:06a | 07:06p | 13:00 |
| Wed, 12/21/2022 |  | 04:31a | 05:53p | 13:22 |
| Sat, 12/24/2022 |  | 05:25a | 03:47p | 10:22 |
| Mon, 12/26/2022 |  | 06:04a | 06:33p | 12:29 |
| Tue, 12/27/2022 |  | 06:04a | 03:44p | 9:40 |
| Wed, 12/28/2022 |  | 06:10a | 08:10a | 2:00 |



**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

Pay Date: 05/12/2023
Voucher #: (29747)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 1,713.27 |

2197  05/12/2023  (29747)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez    Voucher #(29747)    Pay Date: 05/12/2023
Pay Period: 04/24/2023-05/07/2023

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | | | | 220.15 |
| TX H2A | 14.87 | 115:13 | 1,713.27 | 2,414.90 |
| **Gross Pay** | | | **1,713.27** | **2,635.05** |
| Hours Worked | | 115:13 | | |
| Hours Paid | | 115:13 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,713.27 | 2,635.05 | | |

| **Net Pay** | | | **1,713.27** | **2,635.05** |
|---|---|---|---|---|
| Wells Fargo (9790) | | | 1,713.27 | 2,635.05 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 04/24/2023 | | | | 5:00 |
| Tue, 04/25/2023 | | 08:38a | 02:36p | 5:58 |
| Sat, 04/29/2023 | | 11:53a | 08:10p | 8:17 |
| Sun, 04/30/2023 | | 06:08a | 09:35p | 15:27 |
| Mon, 05/01/2023 | | 06:10a | 10:22p | 16:12 |
| Tue, 05/02/2023 | | 06:11a | 10:13p | 16:02 |
| Wed, 05/03/2023 | | 11:33a | 12:56p | 1:23 |
| Thu, 05/04/2023 | | 01:56p | 11:40p | 9:44 |
| Fri, 05/05/2023 | | 06:32a | 07:50p | 13:18 |
| Sat, 05/06/2023 | | 06:41a | 06:42p | 12:01 |
| Sun, 05/07/2023 | | 06:51a | 06:42p | 11:51 |

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610    1 of 1

KB_000674

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

**KB CUSTOM**

Pay Date: 05/26/2023
Voucher #: (30903)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 2,499.40 |

2197  05/26/2023  (30903)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez     Voucher #(30903)     Pay Date: 05/26/2023
Pay Period: 05/08/2023-05/21/2023

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A |  |  |  | 220.15 |
| TX H2A | 14.87 | 168:05 | 2,499.40 | 4,914.30 |
| **Gross Pay** |  |  | **2,499.40** | **5,134.45** |
| Hours Worked |  | 168:05 |  |  |
| Hours Paid |  | 168:05 |  |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,499.40 | 5,134.45 |  |  |

| **Net Pay** |  |  | **2,499.40** | **5,134.45** |
|---|---|---|---|---|
| Wells Fargo (9790) |  |  | 2,499.40 | 5,134.45 |

**Timesheet**

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/08/2023 |  | 06:00a | 09:05p | 15:05 |
| Tue, 05/09/2023 |  | 06:18a | 09:35p | 15:17 |
| Wed, 05/10/2023 |  | 05:54a | 10:48p | 16:54 |
| Thu, 05/11/2023 |  | 08:11a | 10:22p | 14:11 |
| Fri, 05/12/2023 |  | 06:02a | 09:08p | 15:06 |
| Sat, 05/13/2023 |  | 08:50a | 12:37p | 3:47 |
| Mon, 05/15/2023 |  | 11:15a | 08:50p | 9:35 |
| Tue, 05/16/2023 |  | 06:36a | 10:56p | 16:20 |
| Wed, 05/17/2023 |  | 07:34a | 09:23p | 13:49 |
| Thu, 05/18/2023 |  | 11:59a | 08:47p | 8:48 |
| Fri, 05/19/2023 |  | 12:02p | 06:25p | 6:23 |
| Sat, 05/20/2023 |  | 07:45a | 11:02p | 15:17 |
| Sun, 05/21/2023 |  | 06:23a | 11:56p | 17:33 |

KB_000673

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

Pay Date: 06/09/2023
Voucher #: (31329)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 2,485.52 |

2197  06/09/2023  (31329)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez      Voucher #(31329)      Pay Date: 06/09/2023
Pay Period: 05/22/2023-06/04/2023

**Earnings**

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A |  |  |  | 220.15 |
| TX H2A | 14.87 | 173:26 | 2,578.95 | 7,493.25 |
| **Gross Pay** |  |  | **2,578.95** | **7,713.40** |
| Hours Worked |  | 173:26 |  |  |
| Hours Paid |  | 173:26 |  |  |

**Deductions**

|  | Current | YTD |
|---|---|---|
| Health Ins | 93.43 | 93.43 [1] |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,485.52 | 7,619.97 |  |  |

| **Net Pay** |  | **2,485.52** | **7,619.97** |
|---|---|---|---|
| Wells Fargo (9790) |  | 2,485.52 | 7,619.97 |

**Timesheet**

| Day | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/22/2023 |  | 09:05a | 11:32p | 14:27 |
| Tue, 05/23/2023 |  | 05:41a | 08:47p | 15:06 |
| Wed, 05/24/2023 |  | 06:06a | 09:31p | 15:25 |
| Thu, 05/25/2023 |  | 09:23a | 10:13p | 12:50 |
| Fri, 05/26/2023 |  | 10:59a | 11:08p | 12:09 |
| Sun, 05/28/2023 |  | 05:56a | 06:54a | 0:58 |
| Sun, 05/28/2023 |  | 10:43a | 10:25p | 11:42 |
| Mon, 05/29/2023 |  | 09:54a | 10:19p | 12:25 |
| Tue, 05/30/2023 |  | 05:41a | 10:39p | 16:58 |
| Wed, 05/31/2023 |  | 10:02a | 07:19p | 9:17 |
| Fri, 06/02/2023 |  | 06:11a | 11:59p | 17:48 |
| Sat, 06/03/2023 |  | 12:00a | 01:49a | 1:49 |
| Sat, 06/03/2023 |  | 06:08a | 09:46p | 15:38 |
| Sun, 06/04/2023 |  | 07:05a | 11:59p | 16:54 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

KB Custom Ag Services LLC  PO Box 1086, Ault, CO 80610                     1 of 1

KB_000672

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 06/23/2023
Voucher #: (31860)

### Deposited To The Account(s) Of

| Deposited To | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 3,155.66 |

2197  06/23/2023  (31860)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

*Non-Negotiable - This Is Not A Check*

#2197 - Jose Aniel Lopez Valdez    Voucher #(31860)    Pay Date: 06/23/2023
Pay Period: 06/05/2023-06/18/2023

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| KS H2A | | | | 220.15 |
| TX H2A | 14.87 | 218:30 | 3,249.09 | 10,742.34 |
| **Gross Pay** | | | **3,249.09** | **10,962.49** |
| Hours Worked | | 218:30 | | |
| Hours Paid | | 218:30 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| Health Ins | 93.43 | 186.86 [1] |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,155.66 | 10,775.63 | | |

| **Net Pay** | | **3,155.66** | **10,775.63** |
|---|---|---|---|
| Wells Fargo (9790) | | 3,155.66 | 10,775.63 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/05/2023 | | 12:00a | 12:47a | 0:47 |
| Mon, 06/05/2023 | | 07:59a | 06:27p | 10:28 |
| Tue, 06/06/2023 | | 07:14a | 11:59p | 16:45 |
| Wed, 06/07/2023 | | 12:00a | 12:52a | 0:52 |
| Wed, 06/07/2023 | | 08:28a | 10:55p | 14:27 |
| Thu, 06/08/2023 | | 09:30a | 11:00p | 13:30 |
| Fri, 06/09/2023 | | 05:31a | 10:25p | 16:54 |
| Sat, 06/10/2023 | | 06:17a | 10:51p | 16:34 |
| Sun, 06/11/2023 | | 06:12a | 12:17a | 18:05 |
| Mon, 06/12/2023 | | 10:45a | 08:00p | 9:15 |
| Tue, 06/13/2023 | | 06:12a | 09:13p | 15:01 |
| Wed, 06/14/2023 | | 07:09a | 12:55a | 17:46 |
| Thu, 06/15/2023 | | 06:07a | 11:46p | 17:39 |
| Fri, 06/16/2023 | | 06:16a | 10:01p | 15:45 |

--More--

### Timesheet - Continued

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Sat, 06/17/2023 | | 06:18a | 10:24p | 16:06 |
| Sun, 06/18/2023 | | 06:12a | 12:48a | 18:36 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610    1 of 1

KB_000671

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 07/07/2023
Voucher #: (32257)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 3,069.39 |

2197  07/07/2023  (32257)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez    Voucher #(32257)    Pay Date: 07/07/2023
Pay Period: 06/19/2023-07/02/2023

**Earnings**

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | 17.33 | 60:08 |  | 1,042.11 | 1,262.26 |
| OK H2A | 14.87 | 12:56 | 12:56 | 192.32 | 192.32 |
| TX H2A | 14.87 | 129:41 |  | 1,928.39 | 12,670.73 |
| **Gross Pay** |  |  |  | **3,162.82** | **14,125.31** |
| Hours Worked |  | 202:45 | 12:56 |  |  |
| Hours Paid |  | 202:45 | 12:56 |  |  |

**Deductions**

|  | Current | YTD |
|---|---|---|
| Health Ins | 93.43 | 280.29 [1] |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,069.39 | 13,845.02 |  |  |

| **Net Pay** |  | **3,069.39** | **13,845.02** |
|---|---|---|---|
| Wells Fargo (9790) |  | 3,069.39 | 13,845.02 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/19/2023 |  | 06:54a | 12:29a | 17:35 |
| Tue, 06/20/2023 |  | 06:08a | 11:06p | 16:58 |
| Wed, 06/21/2023 |  | 06:20a | 09:17p | 14:57 |
| Thu, 06/22/2023 |  | 06:08a | 12:01a | 17:53 |
| Fri, 06/23/2023 |  | 10:46a | 07:43p | 8:57 |
| Sat, 06/24/2023 |  | 05:56a | 11:09p | 17:13 |
| Sun, 06/25/2023 |  | 06:08a | 11:30p | 17:22 |
| Mon, 06/26/2023 |  | 06:13a | 12:27a | 18:14 |
| Tue, 06/27/2023 |  | 06:02a | 07:30p | 13:28 |
| Wed, 06/28/2023 |  | 07:22a | 10:04p | 14:42 |
| Thu, 06/29/2023 |  | 05:58a | 11:45p | 17:47 |
| Fri, 06/30/2023 |  | 06:26a | 07:45p | 13:19 |
| Sun, 07/02/2023 |  | 07:28a | 09:48p | 14:20 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610    1 of 1

KB_000670

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 07/21/2023
Voucher #: (32704)

### Deposited To The Account(s) Of

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 2,201.33 |

2197   07/21/2023   (32704)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

*Non-Negotiable - This Is Not A Check*

#2197 - Jose Aniel Lopez Valdez        Voucher #(32704)        Pay Date: 07/21/2023
Pay Period: 07/03/2023-07/16/2023

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | 17.33 | 27:38 | | 478.89 | 1,741.15 |
| OK H2A | | | 12:56 | | 192.32 |
| TX H2A | 14.87 | 122:07 | | 1,815.87 | 14,486.60 |
| **Gross Pay** | | | | **2,294.76** | **16,420.07** |
| Hours Worked | | 149:45 | 12:56 | | |
| Hours Paid | | 149:45 | 12:56 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| Health Ins | 93.43 | 373.72 [1] |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,201.33 | 16,046.35 | | |

| **Net Pay** | | **2,201.33** | **16,046.35** |
|---|---|---|---|
| Wells Fargo (9790) | | 2,201.33 | 16,046.35 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/03/2023 | | 08:23a | 07:27p | 11:04 |
| Tue, 07/04/2023 | | 07:11a | 11:45p | 16:34 |
| Wed, 07/05/2023 | | 06:20a | 07:54p | 13:34 |
| Thu, 07/06/2023 | | 06:25a | 09:06p | 14:41 |
| Fri, 07/07/2023 | | 06:07a | 06:21p | 12:14 |
| Sat, 07/08/2023 | | 08:46a | 05:14p | 8:28 |
| Sun, 07/09/2023 | | 08:01a | 04:06p | 8:05 |
| Mon, 07/10/2023 | | 08:00a | 03:00p | 7:00 |
| Tue, 07/11/2023 | | 07:41a | 09:58p | 14:17 |
| Wed, 07/12/2023 | | 07:15a | 12:23a | 17:08 |
| Thu, 07/13/2023 | | 05:32a | 06:27p | 12:55 |
| Fri, 07/14/2023 | | 05:49a | 07:34p | 13:45 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610        1 of 1

KB_000669

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610



Pay Date: 08/04/2023
Voucher #: (33222)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 400.50 |

2197  08/04/2023  (33222)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez    Voucher #(33222)    Pay Date: 08/04/2023
Pay Period: 07/17/2023-07/30/2023

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | | | | | 1,741.15 |
| OK H2A | | | 12:56 | | 192.32 |
| TX H2A | 14.87 | 33:13 | | 493.93 | 14,980.53 |
| **Gross Pay** | | | | 493.93 | 16,914.00 |
| Hours Worked | | 33:13 | 12:56 | | |
| Hours Paid | | 33:13 | 12:56 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| Health Ins | 93.43 | 467.15 [1] |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 400.50 | 16,446.85 | | |

| **Net Pay** | | 400.50 | 16,446.85 |
|---|---|---|---|
| Wells Fargo (9790) | | 400.50 | 16,446.85 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Tue, 07/18/2023 | | 06:36a | 03:00p | 8:24 |
| Wed, 07/19/2023 | | 07:46a | 07:23p | 11:37 |
| Thu, 07/20/2023 | | 06:51a | 08:03p | 13:12 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

KB Custom Ag Services LLC PO Box 1086, Ault, CO 80610    1 of 1

KB_000668

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

**KB CUSTOM**

Pay Date: 08/18/2023
Voucher #: (33664)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jose Aniel Lopez Valdez | 1 | Checking | XXXXXX9790 | 111900659 | 1,497.22 |

2197  08/18/2023  (33664)

**Jose Aniel Lopez Valdez**
PII
81311 Ahome, MSI
Mexico

**Non-Negotiable - This Is Not A Check**

#2197 - Jose Aniel Lopez Valdez        Voucher #(33664)        Pay Date: 08/18/2023
                                                                Pay Period: 07/31/2023-08/13/2023

**Earnings**

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | 17.33 | 46:28 |  | 805.27 | 2,546.42 |
| OK H2A |  |  | 12:56 |  | 192.32 |
| TX H2A | 14.87 | 46:32 |  | 691.95 | 15,672.48 |
| **Gross Pay** |  |  |  | **1,497.22** | **18,411.22** |
| Hours Worked |  | 93:00 | 12:56 |  |  |
| Hours Paid |  | 93:00 | 12:56 |  |  |

**Deductions**

|  | Current | YTD |
|---|---|---|
| Health Ins |  | 467.15 [1] |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,497.22 | 17,944.07 |  |  |

| **Net Pay** |  | **1,497.22** | **17,944.07** |
|---|---|---|---|
| Wells Fargo (9790) |  | 1,497.22 | 17,944.07 |

**Timesheet**

| Time Off | In | Out | Total |
|---|---|---|---|
| Fri, 08/04/2023 | 10:13a 11:28a | 1:15 |
| Sun, 08/06/2023 | 06:17a 03:54p | 9:37 |
| Mon, 08/07/2023 | 06:28a 06:38p | 12:10 |
| Tue, 08/08/2023 | 07:51a 07:52p | 12:01 |
| Wed, 08/09/2023 | 07:17a 06:46p | 11:29 |
| Thu, 08/10/2023 | 06:29a 07:49p | 13:20 |
| Fri, 08/11/2023 | 08:52a 09:58p | 13:06 |
| Sat, 08/12/2023 | 08:16a 06:40p | 10:24 |
| Sun, 08/13/2023 | 10:49a 08:27p | 9:38 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage