# EXHIBIT 11

# PAYCHECK STUBS OF PLAINTIFF REY DAVID AVIÑA-COTO

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

| Pay Date: | 06/09/2023 |
|---|---|
| Voucher #: | (31241) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 894.43 |

1279 06/09/2023 (31241)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(31241)** **Pay Date: 06/09/2023**
**Pay Period: 05/22/2023-06/04/2023**

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 14.87 | 60:09 | 894.43 | 894.43 |
| **Gross Pay** | | | **894.43** | **894.43** |
| Hours Worked | | 60:09 | | |
| Hours Paid | | 60:09 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 894.43 | 894.43 | | |
| **Net Pay** | | | **894.43** | **894.43** |
| WELLS FARGO (1984) | | | 894.43 | 894.43 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Thu, 05/25/2023 | | | | 5:00 |
| Wed, 05/31/2023 | | 10:05a | 08:20p | 10:15 |
| Fri, 06/02/2023 | | 07:35a | 09:56p | 14:21 |
| Sat, 06/03/2023 | | 05:40a | 10:21p | 16:41 |
| Sun, 06/04/2023 | | 05:52a | 07:44p | 13:52 |

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

KB CUSTOM

| Pay Date: | 06/23/2023 |
|---|---|
| Voucher #: | (31764) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 3,042.41 |

1279 06/23/2023 (31764)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(31764)** **Pay Date: 06/23/2023**
**Pay Period: 06/05/2023-06/18/2023**

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| TX H2A | 14.87 | 204:36 | 3,042.41 | 3,936.84 |
| **Gross Pay** | | | **3,042.41** | **3,936.84** |
| Hours Worked | | 204:36 | | |
| Hours Paid | | 204:36 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,042.41 | 3,936.84 | | |

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **3,042.41** | **3,936.84** |
| | WELLS FARGO (1984) | 3,042.41 | 3,936.84 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Tue, 06/06/2023 | | 06:49a | 11:59p | 17:10 |
| Wed, 06/07/2023 | | 12:00a | 12:24a | 0:24 |
| Wed, 06/07/2023 | | 09:18a | 09:58p | 12:40 |
| Thu, 06/08/2023 | | 09:25a | 11:25p | 14:00 |
| Fri, 06/09/2023 | | 06:09a | 10:24p | 16:15 |
| Sat, 06/10/2023 | | 05:58a | 10:51p | 16:53 |
| Sun, 06/11/2023 | | 06:16a | 09:58p | 15:42 |
| Mon, 06/12/2023 | | 08:56a | 08:54p | 11:58 |
| Tue, 06/13/2023 | | 06:13a | 08:51p | 14:38 |
| Wed, 06/14/2023 | | 07:07a | 10:35p | 15:28 |
| Thu, 06/15/2023 | | 07:02a | 12:52a | 17:50 |
| Fri, 06/16/2023 | | 06:13a | 11:13p | 17:00 |
| Sat, 06/17/2023 | | 06:26a | 01:13a | 18:47 |
| Sun, 06/18/2023 | | 06:26a | 10:17p | 15:51 |

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

KB CUSTOM

| Pay Date: | 07/07/2023 |
|---|---|
| Voucher #: | (32163) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 3,451.27 |

1279 07/07/2023 (32163)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(32163)** **Pay Date: 07/07/2023**
**Pay Period: 06/19/2023-07/02/2023**

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | 17.33 | 73:01 | | 1,265.38 | 1,265.38 |
| OK H2A | 14.87 | 33:12 | 33:12 | 493.68 | 493.68 |
| TX H2A | 14.87 | 113:48 | | 1,692.21 | 5,629.05 |
| **Gross Pay** | | | | **3,451.27** | **7,388.11** |
| Hours Worked | | 220:01 | 33:12 | | |
| Hours Paid | | 220:01 | 33:12 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,451.27 | 7,388.11 | | |
| **Net Pay** | | | **3,451.27** | **7,388.11** |
| WELLS FARGO (1984) | | | 3,451.27 | 7,388.11 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 06/19/2023 | | 05:50a | 11:22p | 17:32 |
| Tue, 06/20/2023 | | 06:11a | 10:56p | 16:45 |
| Wed, 06/21/2023 | | 06:18a | 10:46p | 16:28 |
| Thu, 06/22/2023 | | 06:03a | 11:05p | 17:02 |
| Fri, 06/23/2023 | | 12:44p | 10:58p | 10:14 |
| Sat, 06/24/2023 | | 06:29a | 01:30a | 19:01 |
| Sun, 06/25/2023 | | 06:13a | 10:59p | 16:46 |
| Mon, 06/26/2023 | | 04:58a | 12:29a | 19:31 |
| Tue, 06/27/2023 | | 05:48a | 07:29p | 13:41 |
| Wed, 06/28/2023 | | 07:24a | 11:41p | 16:17 |
| Thu, 06/29/2023 | | 06:01a | 10:15p | 16:14 |
| Fri, 06/30/2023 | | 06:36a | 09:35p | 14:59 |
| Sat, 07/01/2023 | | 01:11p | 10:24p | 9:13 |
| Sun, 07/02/2023 | | 05:29a | 09:47p | 16:18 |



**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

| Pay Date: | 07/21/2023 |
|---|---|
| Voucher #: | (32611) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 1,808.82 |

1279 07/21/2023 (32611)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(32611)** **Pay Date: 07/21/2023**
**Pay Period: 07/03/2023-07/16/2023**

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | 17.33 | 19:08 | | 331.58 | 1,596.96 |
| OK H2A | | | 33:12 | | 493.68 |
| TX H2A | 14.87 | 103:39 | | 1,541.28 | 7,170.33 |
| **Gross Pay** | | | | **1,872.86** | **9,260.97** |
| Hours Worked | | 122:47 | 33:12 | | |
| Hours Paid | | 122:47 | 33:12 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| Health Ins | 64.04 | 64.04 [1] |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,808.82 | 9,196.93 | | |
| **Net Pay** | | | **1,808.82** | **9,196.93** |
| WELLS FARGO (1984) | | | 1,808.82 | 9,196.93 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/03/2023 | | 06:53a | 12:00p | 5:07 |
| Tue, 07/04/2023 | | 06:06a | 08:07p | 14:01 |
| Wed, 07/05/2023 | | 07:05a | 04:23p | 9:18 |
| Thu, 07/06/2023 | | 06:29a | 09:05p | 14:36 |
| Fri, 07/07/2023 | | 06:47a | 05:26p | 10:39 |
| Sat, 07/08/2023 | | 08:33a | 09:15p | 12:42 |
| Sun, 07/09/2023 | | 07:37a | 03:01p | 7:24 |
| Mon, 07/10/2023 | | 07:39a | 02:06p | 6:27 |
| Tue, 07/11/2023 | | 06:39a | 08:01p | 13:22 |
| Wed, 07/12/2023 | | 06:59a | 10:50p | 15:51 |
| Thu, 07/13/2023 | | 06:36a | 07:56p | 13:20 |

1 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

KB
CUSTOM

| Pay Date: | 08/04/2023 |
|---|---|
| Voucher #: | (33130) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 2,427.68 |

1279 08/04/2023 (33130)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(33130)** **Pay Date: 08/04/2023**
**Pay Period: 07/17/2023-07/30/2023**

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | | | | | 1,596.96 |
| OK H2A | | | 33:12 | | 493.68 |
| TX H2A | 14.87 | 167:34 | | 2,491.72 | 9,662.05 |
| **Gross Pay** | | | | **2,491.72** | **11,752.69** |
| Hours Worked | | 167:34 | 33:12 | | |
| Hours Paid | | 167:34 | 33:12 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| Health Ins | 64.04 | 128.08 [1] |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,427.68 | 11,624.61 | | |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **2,427.68** | **11,624.61** |
| WELLS FARGO (1984) | 2,427.68 | 11,624.61 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/17/2023 | | 08:33a | 12:45p | 4:12 |
| Tue, 07/18/2023 | | 11:16a | 07:38p | 8:22 |
| Wed, 07/19/2023 | | 06:38a | 07:20p | 12:42 |
| Thu, 07/20/2023 | | 07:11a | 07:58p | 12:47 |
| Fri, 07/21/2023 | | 06:44a | 07:45p | 13:01 |
| Sat, 07/22/2023 | | 06:42a | 07:54p | 13:12 |
| Sun, 07/23/2023 | | 06:39a | 07:17p | 12:38 |
| Mon, 07/24/2023 | | 06:43a | 07:32p | 12:49 |
| Tue, 07/25/2023 | | 06:41a | 07:46p | 13:05 |
| Wed, 07/26/2023 | | 06:36a | 07:36p | 13:00 |
| Thu, 07/27/2023 | | 06:40a | 07:51p | 13:11 |
| Fri, 07/28/2023 | | 06:36a | 07:49p | 13:13 |
| Sat, 07/29/2023 | | 06:40a | 07:52p | 13:12 |
| Sun, 07/30/2023 | | 06:41a | 06:51p | 12:10 |

1 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

| Pay Date: | 08/18/2023 |
|---|---|
| Voucher #: | (33570) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 2,630.16 |

1279 08/18/2023 (33570)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(33570)** **Pay Date: 08/18/2023**
**Pay Period: 07/31/2023-08/13/2023**

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | | | | | 1,596.96 |
| OK H2A | | | 33:12 | | 493.68 |
| TX H2A | 14.87 | 181:11 | | 2,694.20 | 12,356.25 |
| **Gross Pay** | | | | **2,694.20** | **14,446.89** |
| Hours Worked | | 181:11 | 33:12 | | |
| Hours Paid | | 181:11 | 33:12 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| Health Ins | 64.04 | 192.12 [1] |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,630.16 | 14,254.77 | | |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **2,630.16** | **14,254.77** |
| WELLS FARGO (1984) | 2,630.16 | 14,254.77 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 07/31/2023 | | 06:45a | 08:00p | 13:15 |
| Tue, 08/01/2023 | | 06:40a | 07:42p | 13:02 |
| Wed, 08/02/2023 | | 06:41a | 07:42p | 13:01 |
| Thu, 08/03/2023 | | 06:41a | 07:56p | 13:15 |
| Fri, 08/04/2023 | | 06:41a | 08:00p | 13:19 |
| Sat, 08/05/2023 | | 06:42a | 06:31p | 11:49 |
| Sun, 08/06/2023 | | 06:40a | 06:39p | 11:59 |
| Mon, 08/07/2023 | | 06:38a | 08:48p | 14:10 |
| Tue, 08/08/2023 | | 06:53a | 08:05p | 13:12 |
| Wed, 08/09/2023 | | 06:38a | 08:19p | 13:41 |
| Thu, 08/10/2023 | | 06:38a | 07:55p | 13:17 |
| Fri, 08/11/2023 | | 06:38a | 07:58p | 13:20 |
| Sat, 08/12/2023 | | 06:36a | 06:33p | 11:57 |
| Sun, 08/13/2023 | | 07:02a | 06:56p | 11:54 |

1 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage

**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

KB CUSTOM

| Pay Date: | 09/01/2023 |
|---|---|
| Voucher #: | (34016) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 2,561.51 |

1279 09/01/2023 (34016)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(34016)** **Pay Date: 09/01/2023**
**Pay Period: 08/14/2023-08/27/2023**

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | | | | | 1,596.96 |
| OK H2A | | | 33:12 | | 493.68 |
| TX H2A | 14.87 | 176:34 | | 2,625.55 | 14,981.80 |
| **Gross Pay** | | | | **2,625.55** | **17,072.44** |
| Hours Worked | | 176:34 | 33:12 | | |
| Hours Paid | | 176:34 | 33:12 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| Health Ins | 64.04 | 256.16 [1] |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,561.51 | 16,816.28 | | |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **2,561.51** | **16,816.28** |
| WELLS FARGO (1984) | 2,561.51 | 16,816.28 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Tue, 08/15/2023 | | 06:40a | 07:47p | 13:07 |
| Wed, 08/16/2023 | | 06:33a | 07:53p | 13:20 |
| Thu, 08/17/2023 | | 06:37a | 08:24p | 13:47 |
| Fri, 08/18/2023 | | 06:39a | 07:37p | 12:58 |
| Sat, 08/19/2023 | | 06:31a | 07:42p | 13:11 |
| Sun, 08/20/2023 | | 06:39a | 06:26p | 11:47 |
| Mon, 08/21/2023 | | 06:41a | 07:39p | 12:58 |
| Tue, 08/22/2023 | | 06:50a | 07:28p | 12:38 |
| Wed, 08/23/2023 | | 06:34a | 09:11p | 14:37 |
| Thu, 08/24/2023 | | 06:36a | 08:54p | 14:18 |
| Fri, 08/25/2023 | | 06:41a | 08:45p | 14:04 |
| Sat, 08/26/2023 | | 06:38a | 08:50p | 14:12 |
| Sun, 08/27/2023 | | 06:14a | 09:51p | 15:37 |

1 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage



**KB Custom Ag Services LLC**
PO Box 1086
Ault, CO 80610

KB
CUSTOM

| Pay Date: | 09/15/2023 |
|---|---|
| Voucher #: | (34541) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Rey David Avina Cota | 1 | Checking | XXXXXX1984 | 111900659 | 517.48 |

1279 09/15/2023 (34541)

**Rey David Avina Cota**
PII
Hartley, TX 79044

**Non-Negotiable - This Is Not A Check**

**#1279 - Rey David Avina Cota** **Voucher #(34541)** **Pay Date: 09/15/2023**
**Pay Period: 08/28/2023-09/10/2023**

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| KS H2A | | | | | 1,596.96 |
| OK H2A | | | 33:12 | | 493.68 |
| TX H2A | 14.87 | 34:48 | | 517.48 | 15,499.28 |
| **Gross Pay** | | | | **517.48** | **17,589.92** |
| Hours Worked | | 34:48 | 33:12 | | |
| Hours Paid | | 34:48 | 33:12 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| Health Ins | | 256.16 [1] |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 517.48 | 17,333.76 | | |

| | Current | YTD |
|---|---|---|
| **Net Pay** | **517.48** | **17,333.76** |
| WELLS FARGO (1984) | 517.48 | 17,333.76 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 08/28/2023 | | 06:09a | 09:52p | 15:43 |
| Tue, 08/29/2023 | | 07:04a | 09:21p | 14:17 |
| Wed, 08/30/2023 | | 07:06a | 08:19a | 1:13 |
| Fri, 09/01/2023 | | 07:06a | 10:41a | 3:35 |

1 Reduces your Federal Withholding, OASDI & Medicare Taxable Wage