EXHIBIT 12

PAYCHECK STUBS OF
PLAINTIFF OSCAR JOVANNY DIAZ-RAMIREZ

## Pay Summary: 2024 - 17 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | **Period Beginning Date** 4/8/2024 | **Pay Date** 4/26/2024 | **Co.** VVK | **Clock** | **Home Dept** | **Home Cost Number** XXXXXX |
|---|---|---|---|---|---|---|
| Oscar Jovanny Diaz Ramirez PII Hartley, TX 79044 | **Period Ending Date** 4/21/2024 | **WGPS Advance Pay Date** | **File #** 000558 | **Number** 00170068 | | |

**Gross Pay** — $ 1,798.93

| Regular | Rate: 23.8900 | Hours: 73.36 | $ 1,752.57 |
| Adjustment (field 3) | | | $ 46.36 |

Total Hours Worked: 73.36

Basis of Pay: HOURLY

**Taxes** — $ 0.00

**Deductions** — $ 1,798.93

| CK1 - CHECKING | $ 1,798.93 |

**Take Home** — $ 0.00

## Other Details

### Memos

| 401K MAX EL | 1,798.93 |

KB_001070

## Pay Summary: 2024 - 19 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | Period Beginning Date | Pay Date | Co. | Clock | Home Dept | Home Cost Number |
|---|---|---|---|---|---|---|
| | 4/22/2024 | 5/10/2024 | VVK | Number | | XXXXXX |
| Oscar Jovanny Diaz Ramirez PII | Period Ending Date | WGPS Advance Pay Date | File # | Number | | |
| Hartley, TX 79044 | 5/5/2024 | | 000558 | 00190080 | | |

**Gross Pay**  $ 3,619.10

  Regular             Rate: 23.8900             Hours: 151.49             $ 3,619.10

Total Hours Worked: 151.49

Basis of Pay: HOURLY

**Taxes**  $ 0.00

**Deductions**  $ 3,619.10

  CK1 - CHECKING             $ 3,619.10

**Take Home**  $ 0.00

## Other Details

Memos

  401K MAX EL             3,619.10

KB_001069

Case No. 1:25-cv-00847-CNS-NRN    Document 39-12    filed 01/23/26    USDC Colorado    pg 4 of 11

## Pay Summary: 2024 - 21 - 2

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | Period Beginning Date 5/6/2024 | Pay Date 5/24/2024 | Co. VVK | Clock | Home Dept | Home Cost Number XXXXXX |
|---|---|---|---|---|---|---|
| Oscar Jovanny Diaz Ramirez PII Hartley, TX 79044 | Period Ending Date 5/19/2024 | WGPS Advance Pay Date | File # 000558 | Number 00214111 | | |

**Gross Pay**      $ 4,961.40

    Regular    Rate: 23.8900    Hours: 169.33    $ 4,045.29

    Regular    Rate: 26.3100    Hours: 34.82    $ 916.11

Total Hours Worked: 204.15

Basis of Pay: HOURLY

**Taxes**      $ 0.00

**Deductions**      $ 4,961.40

    CK1 - CHECKING    $ 4,921.40

    MIS - Miscellaneous    $ 40.00

**Take Home**      $ 0.00

## Other Details

### Memos

401K MAX EL      4,961.40

KB_001068

## Pay Summary: 2024 - 23 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | | | | | | |
|---|---|---|---|---|---|---|
| | **Period Beginning Date** 5/20/2024 | **Pay Date** 6/7/2024 | **Co.** VVK | **Clock** | **Home Dept** | **Home Cost Number** XXXXXX |
| Oscar Jovanny Diaz Ramirez PII Hartley, TX 79044 | **Period Ending Date** 6/2/2024 | **WGPS Advance Pay Date** | **File #** 000558 | **Number** 00230114 | | |

**Gross Pay** — $ 4,818.41

   Regular          Rate: 26.3100          Hours: 183.14          $ 4,818.41

**Total Hours Worked:** 183.14

**Basis of Pay:** HOURLY

**Taxes** — $ 0.00

**Deductions** — $ 4,818.41

   CK1 - CHECKING                                       $ 4,818.41

**Take Home** — $ 0.00

## Other Details

**Memos**

401K MAX EL                                            4,818.41

KB_001067

## Pay Summary: 2024 - 25 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | Period Beginning Date | Pay Date | Co. | Clock | Home Dept | Home Cost Number |
|---|---|---|---|---|---|---|
| | 6/3/2024 | 6/21/2024 | VVK | | | XXXXXX |
| Oscar Jovanny Diaz Ramirez | Period Ending Date | WGPS Advance Pay Date | File # | Number | | |
| PII | 6/16/2024 | | 000558 | 00250116 | | |
| Hartley, TX 79044 | | | | | | |

**Gross Pay** — $ 4,584.52

    Regular — Rate: 26.3100 — Hours: 174.25 — $ 4,584.52

Total Hours Worked: 174.25

Basis of Pay: HOURLY

**Taxes** — $ 0.00

**Deductions** — $ 4,584.52

    CK1 - CHECKING — $ 4,584.52

**Take Home** — $ 0.00

### Other Details

**Memos**

401K MAX EL — 4,584.52

KB_001066

## Pay Summary: 2024 - 27 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | | | | | | |
|---|---|---|---|---|---|---|
| | **Period Beginning Date** 6/17/2024 | **Pay Date** 7/5/2024 | **Co.** VVK | **Clock** | **Home Dept** | **Home Cost Number** XXXXXX |
| Oscar Jovanny Diaz Ramirez PII Hartley, TX 79044 | **Period Ending Date** 6/30/2024 | **WGPS Advance Pay Date** | **File #** 000558 | **Number** 00270112 | | |

**Gross Pay** — $ 1,558.67

| Regular | Rate: 26.3100 | Hours: 29.65 | $ 780.09 |
|---|---|---|---|
| Regular | Rate: 23.8900 | Hours: 32.59 | $ 778.58 |

Total Hours Worked: 62.24

Basis of Pay: HOURLY

**Taxes** — $ 0.00

**Deductions** — $ 1,558.67

| CK1 - CHECKING | $ 1,558.67 |
|---|---|

**Take Home** — $ 0.00

### Other Details

**Memos**

| 401K MAX EL | 1,558.67 |
|---|---|

KB_001065

## Pay Summary: 2024 - 29 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | | | | | | |
|---|---|---|---|---|---|---|
| | **Period Beginning Date** 7/1/2024 | **Pay Date** 7/19/2024 | **Co.** VVK | **Clock** | **Home Dept** | **Home Cost Number** XXXXXX |
| Oscar Jovanny Diaz Ramirez PII Hartley, TX 79044 | **Period Ending Date** 7/14/2024 | **WGPS Advance Pay Date** | **File #** 000558 | **Number** 00290107 | | |

**Gross Pay** — $ 1,870.97

| Regular | Rate: 26.2200 | Hours: 56.35 | $ 1,477.50 |
|---|---|---|---|
| Regular | Rate: 23.8900 | Hours: 16.47 | $ 393.47 |

Total Hours Worked: 72.82

Basis of Pay: HOURLY

**Taxes** — $ 0.00

**Deductions** — $ 1,870.97

| CK1 - CHECKING | $ 1,870.97 |
|---|---|

**Take Home** — $ 0.00

### Other Details

**Memos**

| 401K MAX EL | 1,870.97 |
|---|---|

KB_001064

## Pay Summary: **2024 - 31 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | Period Beginning Date<br>7/15/2024 | Pay Date<br>8/2/2024 | Co.<br>VVK | Clock | Home Dept | Home Cost Number<br>XXXXXX |
|---|---|---|---|---|---|---|
| Oscar Jovanny Diaz Ramirez<br>PII<br>Hartley, TX 79044 | Period Ending Date<br>7/28/2024 | WGPS Advance Pay Date | File #<br>000558 | Number<br>00310101 | | |

| | | | | |
|---|---|---|---|---|
| **Gross Pay** | | | | **$ 685.65** |
| Regular | Rate: 26.2200 | | Hours: 26.15 | $ 685.65 |
| Total Hours Worked: 26.15 | | | | |
| Basis of Pay: HOURLY | | | | |
| **Taxes** | | | | **$ 0.00** |
| **Deductions** | | | | **$ 685.65** |
| CK1 - CHECKING | | | | $ 685.65 |
| **Take Home** | | | | **$ 0.00** |

### Other Details

| Memos | |
|---|---|
| 401K MAX EL | 685.65 |

KB_001063

## Pay Summary: 2024 - 33 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | **Period Beginning Date** 7/29/2024 | **Pay Date** 8/16/2024 | **Co.** VVK | **Clock** | **Home Dept** | **Home Cost Number** XXXXXX |
|---|---|---|---|---|---|---|
| Oscar Jovanny Diaz Ramirez PII Hartley, TX 79044 | **Period Ending Date** 8/11/2024 | **WGPS Advance Pay Date** | **File #** 000558 | **Number** 00330100 | **Worked In Cost Number** JASON.E803A9A4 | |

**Gross Pay** — $ 1,349.03

| Regular | Rate: 26.7400 | Hours: 50.45 | $ 1,349.03 |

Total Hours Worked: 50.45

Basis of Pay: HOURLY

**Taxes** — $ 0.00

**Deductions** — $ 1,349.03

| CK1 - CHECKING | $ 1,349.03 |

**Take Home** — $ 0.00

## Other Details

**Memos**

| 401K MAX EL | 1,349.03 |

KB_001062

## Pay Summary: **2024 - 35 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| KB CUSTOM AG SERVICE | **Period Beginning Date** 8/12/2024 | **Pay Date** 8/30/2024 | **Co.** VVK | **Clock** | **Home Dept** | **Home Cost Number** XXXXXX |
|---|---|---|---|---|---|---|
| Oscar Jovanny Diaz Ramirez PII Hartley, TX 79044 | **Period Ending Date** 8/25/2024 | **WGPS Advance Pay Date** | **File #** 000558 | **Number** 00350135 | **Worked In Cost Number** JASON.E803A9A4 | |

**Gross Pay**                                                                                                              $ 634.27
    Regular                    Rate: 26.7400                         Hours: 23.72                      $ 634.27

Total Hours Worked: 23.72
Basis of Pay: HOURLY

**Taxes**                                                                                                                   $ 0.00

**Deductions**                                                                                                            $ 634.27
    CK1 - CHECKING                                                                                    $ 634.27

**Take Home**                                                                                                               $ 0.00

## Other Details

### Memos
401K MAX EL                                                                                                                 634.27

KB_001061