IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION AND MOTION FOR CERTIFICATION OF A RULE 23 CLASS ACTION**

---

Defendants KB Custom AG Services, LLC, and Kyle Beauchamp (collectively "Defendants"), through their attorneys, Fisher & Phillips LLP, submit the following Motion for Extension of Time to File Responses in Opposition to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action and/or Motion for Certification of a Rule 23 Class Action ("Responses in Opposition"), up to and including March 6, 2026. In support thereof, Defendants state as follows:

1. <u>Certificate of Compliance with D.C.COLO.LCivR 7.1(a)</u>.  Defendants' counsel certifies that he conferred with Plaintiffs' counsel, Dawson Morton and James

1

Knoepp ("Plaintiffs' Counsel"), via Zoom video conference call on January 20, 2026, regarding the relief sought in this Motion. Plaintiffs' counsel indicated that they intended to file two separate motions, one for conditional class certification under the Fair Labor Standards Act; and one for conditional certification under Rule 23 of the Federal Rules of Civil Procedure. As a result, Defendants' Responses in Opposition would be due on February 13, 2026. Plaintiffs' counsel indicated that that they would not consent to the relief requested in this Motion.

2. Pursuant to Minute Order, [Doc. No. 30], entered by the Court on July 17, 2025, Plaintiffs' deadline to file both a motion to conditionally certify their collective action under 29 U.S.C. § 216(b) and a motion to certify a Rule 23 class action (the "Motions") is Friday, January 23, 2026.

3. Under D.C.COLO.LCivR 7.1(d), Defendants will have twenty-one (21) days, or through February 13, 2026, to respond to the Motions.

4. On January 14, 2026, Francis Wilson, Esq., resigned his employment with Fisher & Phillips LLP ("Defense Counsel") and withdrew his appearance as counsel of record for Defendants. *See* Order Granting Mr. Wilson's Motion to Withdraw [Doc. No. 33].

5. On January 20, 2026, Vance O. Knapp, Esq. ("Mr. Knapp"), a partner with Fisher & Phillips LLP, entered his appearance on behalf of Defendants in this matter. Undersigned counsel did not become aware of the existence of this case until the beginning of January 2026 when Mr. Wilson submitted his resignation. As a result, undersigned counsel conferred with Plaintiffs' counsel in an attempt to come to an

agreement about an extension without seeking intervention of the Court. Undersigned counsel represented to Plaintiffs' counsel that Defendants would agree to similar extensions from Plaintiffs, if necessary, but Plaintiffs' counsel objected to the relief requested, necessitating the filing of this Motion.

6. Undersigned counsel has a previously scheduled client commitment necessitating his travel outside of the United States from February 1, 2026, through February 15, 2026. During this time, Mr. Knapp will have limited access to Wi-Fi and email.

7. Undersigned counsel will need additional time to draft and/or revise the Responses in Opposition.

8. Additionally, due to Mr. Wilson's resignation, Defense Counsel has staffed this matter with two additional attorneys, Courtney Brown, Esq., and Monica Simmons, Esq., who will need additional time to familiarize themselves with the complex facts and legal issues that will be critical to drafting cogent Responses in Opposition to the Motions.

9. Furthermore, the Parties have requested a discovery hearing with Magistrate Judge Neureiter to address a dispute involving Plaintiffs refusal to respond to Defendants' Phase I Discovery Requests. The discovery hearing is currently scheduled for February 6, 2026, seven (7) calendar days before the Responses in Opposition are due. Defendants submit that they will need Plaintiffs' responses to Defendants' Phase I Discovery Requests to fully respond to the Motions.

10. Defendants requests an extension of time, up to and including Friday, March 6, 2026, to file their Responses in Opposition.

FP 61413658.2

11. Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, a court can grant an extension "for good cause," if the request is made before the original time or extension expires. The Tenth Circuit has held that Rule 6(b)(1) of the Fed. R. Civ. P. "should be liberally construed to advance the goal of trying each case on the merits." *See Rachel v. Troutt, D.O.*, 820 F.3d 390, 393 (10th Cir. 2016) ("A leading treatise similarly suggests that district courts should normally grant extension requests, made before the deadline, in the absence of bad faith by the requesting party or prejudice to another party. 4B Charles Alan Wright, Arthur R. Miller & Adam N. Steinman, Federal Practice and Procedure § 1165, at 605-08 (2015)"). "In practice, th[e good cause] standard requires the movant to show the 'scheduling deadlines cannot be met despite [the movant's] diligent efforts." *Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1241 (quotations and citation omitted). This Court has granted similar requests made upon a showing that the movant had retained new counsel who needed additional time to "fully understand the time line of events and issues at stake in" the litigation. *5333 Mattress King, LLC v. Hanover Ins. Co.*, 21-cv-02547, 2023 WL 5566425, at *2 (D. Colo. Jan. 20, 2023); *see also Ali v. Sam's West, Inc.*, 2023 WL 8531823, at *3 (D. Colo. Aug. 4, 2023) (finding plaintiff had established good cause to amend a scheduling order upon showing that plaintiff had retained new counsel and promptly notified court of need to amend plaintiff's complaint).

12. Good cause exists to grant this Motion for extension of time for the above-referenced reasons, and it will not prejudice Plaintiffs or adversely affect case management, because no trial date has been set and the only pending deadline is the

4

Motions' deadline, both of which are due on Friday, January 23, 2026. Moreover, this extension is only an additional twenty-one (21) days from the original response deadline of February 13, 2026. Thus, this brief extension will allow undersigned counsel and his colleagues to familiarize themselves with the complex facts and legal issues that were pled and have been disclosed in this civil action to date to properly prepare responses to Plaintiffs' motions, and it will also allow undersigned counsel's clients an opportunity to review these responses.

13. Pursuant to D.C.COLO.LCivR 6.1(b), this is Defendants' first request for an extension of time to file Responses in Opposition to Plaintiffs' motion for FLSA conditional certification [Doc. No. 37] and Fed. R. Civ. P. Rule 23 conditional class certification motion [Doc. No. 39].

14. Undersigned counsel certifies under D.C.COLO.LCivR 6.1(c) that a copy of this Motion has been discussed and served contemporaneously to both defendants.

WHEREFORE, Defendants respectfully request that they be granted an extension of time, up to and including Friday, March 6, 2026, to file their Responses in Opposition.

Respectfully submitted this 26th day of January, 2026.

>
> FISHER & PHILLIPS LLP
>
> *s/ Vance O. Knapp*
> Vance O. Knapp
> 1125 17th Street, Suite 2400
> Denver, CO  80202
> Telephone:  (303) 218-3650
> Facsimile:  (303) 218-3651
> vknapp@fisherphillips.com

5

FP 61413658.2

Rebecca Hause-Schultz
621 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: (916) 210-0391
rhause-schultz@fisherphillips.com

Monica L. Simmons
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 230-2129
msimmons@fisherphillips.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of January, 2026, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION AND MOTION FOR CERTIFICATION OF A RULE 23 CLASS ACTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dawson Morton
Dawson Morton LLC
1808 Sixth Street
Berkeley, CA 94710
dawson@dawsonmortion.com
*Attorneys for Plaintiffs*

James M. Knoepp
James M. Knoepp, Attorney at Law
1612 Crestwood Drive
Columbia, SC 29205
jim@dawsonmortion.com
*Attorneys for Plaintiffs*

                                              s/ *Vance O. Knapp*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A.

By his signature undersigned counsel certifies that he conferred with Plaintiffs' Counsel by phone on January 21, 2026, and Plaintiffs' Counsel indicated they would not consent to the relief requested in this Motion.

Respectfully submitted this 26th day of January, 2026.

FISHER & PHILLIPS LLP

*s/ Vance O. Knapp*
Vance O. Knapp
1125 17th Street, Suite 2400
Denver, CO  80202
Telephone:  (303) 218-3650
Facsimile:  (303) 218-3651
vknapp@fisherphillips.com

FP 61413658.2