**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

## **[PROPOSED] ORDER**

---

**THE COURT**, upon consideration of Defendants' Motion for Extension of Time to File Responses in Opposition to Plaintiffs' Motion for Conditional Certification of A FLSA Collective Action and Motion for Certification of A Rule 23 Class Action, and any Response thereto,

**HEREBY ORDERS** that the Motion is Granted, and Defendants shall have through Friday, March 6, 2026, to file its' Responses in Opposition to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action and/or Motion for Certification of A Rule 23 Class Action.

DONE AND SIGNED ON THIS ___ DAY OF JANUARY 2026.

BY THE COURT:

s/
N. REID NEUREITER
United States Magistrate Judge

FP 61450074.1