IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A
FLSA COLLECTIVE ACTION AND MOTION FOR CERTIFICATION OF A RULE 23
CLASS ACTION**

---

Defendants KB Custom AG Services, LLC, and Kyle Beauchamp (collectively "Defendants"), through their attorneys, Fisher & Phillips LLP, submit the following Reply to Plaintiffs' Response, [Doc No. 41], to Defendants' Motion for Extension of Time to File Responses in Opposition to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action and/or Motion for Certification of a Rule 23 Class Action ("Reply"), pursuant to Minute Order, [Doc. No. 42], entered by the Court on January 29, 2026. In support thereof, and state as follows:

1

1.     Per Plaintiffs' request, Defendants agree to toll the FLSA statute of limitations for potential opt-in Plaintiffs from the date of filing of the motion seeking certification, [Doc. No. 37] up to an including March 6, 2026.

2.     On January 28, 2026, Undersigned Counsel conferred with Plaintiffs' Counsel regarding the relief requested in this Reply, and Plaintiffs' Counsel stated that they do not oppose Defendants' Motion to extend their deadline to respond to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action given Defendants' agreement to toll the statute of limitations. **Exhibit 1.**

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion for Extension of Time to File a Response to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action, [Doc. No. 40] up to and including March 6, 2026, and enter the revised proposed order submitted herewith.

Respectfully submitted this 2nd day of February, 2026.

> FISHER & PHILLIPS LLP
>
> *s/ Vance O. Knapp*
> Vance O. Knapp
> 1125 17th Street, Suite 2400
> Denver, CO  80202
> Telephone:  (303) 218-3650
> Facsimile:  (303) 218-3651
> vknapp@fisherphillips.com
>
> Rebecca Hause-Schultz
> 621 Capitol Mall, Suite 2400
> Sacramento, CA 95814
> Telephone: (916) 210-0391
> rhause-schultz@fisherphillips.com

Monica L. Simmons
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 230-2129
msimmons@fisherphillips.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2026, I electronically filed the foregoing **DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION AND MOTION FOR CERTIFICATION OF A RULE 23 CLASS ACTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dawson Morton
Dawson Morton LLC
1808 Sixth Street
Berkeley, CA 94710
dawson@dawsonmortion.com
*Attorneys for Plaintiffs*

James M. Knoepp
James M. Knoepp, Attorney at Law
1612 Crestwood Drive
Columbia, SC 29205
jim@dawsonmortion.com
*Attorneys for Plaintiffs*

s/ *Vance O. Knapp*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A.

By his signature undersigned counsel certifies that he conferred with Plaintiffs' Counsel by email on January 27, 2026, and Plaintiffs' Counsel indicated they would not oppose the relief requested in this Motion.

Respectfully submitted this 2nd day of February, 2026.

FISHER & PHILLIPS LLP

*s/ Vance O. Knapp*
Vance O. Knapp
1125 17th Street, Suite 2400
Denver, CO  80202
Telephone:  (303) 218-3650
Facsimile:  (303) 218-3651
vknapp@fisherphillips.com