# EXHIBIT 1

| | |
|---|---|
| **From:** | Jim Knoepp |
| **To:** | Knapp, Vance; Dawson Morton |
| **Cc:** | Hause-Schultz, Rebecca; Courtney Brown; VanderMiller, Kylie; Franson, Becky |
| **Subject:** | Re: Plaintiff"s Response in Opposition for Motion for Extension |
| **Date:** | Wednesday, January 28, 2026 2:50:44 PM |

Hi Vance.

Sorry, maybe we didn't understand your position at the meet and confer.

Perhaps the way to proceed would be for Defendants to file a reply and state that Defendants agree to toll the statute of limitations for future FLSA opt-in Plaintiffs during the requested extension period and note that you have conferred with counsel for the Plaintiffs and they stated they do not oppose the motion given the agreement to toll the statute of limitations.

Jim

---

**From:** "Knapp, Vance" <vknapp@fisherphillips.com>
**Date:** Tuesday, January 27, 2026 at 4:25 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, Dawson Morton <dawson@dawsonmorton.com>
**Cc:** "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>, Courtney Brown <cdbrown@fisherphillips.com>, "VanderMiller, Kylie" <kvandermiller@fisherphillips.com>, "Franson, Becky" <bfranson@fisherphillips.com>
**Subject:** Plaintiff's Response in Opposition for Motion for Extension

Jim/Dawson, we've always been willing to toll the statute of limitations for the FLSA collective action opt-ins during the requested extension period. Thus, will Plaintiffs' agree to the extension?

**Vance O. Knapp**
Partner

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
vknapp@fisherphillips.com | O: (303) 218-3656

vCard  |  Bio  |  Website        *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*