**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

## [PROPOSED] ORDER

---

**THE COURT**, upon consideration of Defendants' Motion for Extension of Time to File Responses in Opposition to Plaintiffs' Motion for Certification of A Rule 23 Class Action, [Doc. No. 40], Plaintiffs' Response, [Doc. No. 41], and Defendants' Reply, [Doc. No. 43],

**HEREBY ORDERS** that the Motion is Granted, and Defendants shall have up to and including Friday, March 6, 2026, to file their Response in Opposition to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action. It is **FURTHER ORDERED** that the statute of limitations on Potential Opt-In Plaintiffs' FLSA claims is equitably tolled from the date of filing of Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action, [Doc. No. 37] up to and including March 6, 2026.

DONE AND SIGNED ON THIS __ DAY OF FEBRUARY 2026.

BY THE COURT:

s/_____
CHARLOTTE N. SWEENEY
United States District Judge