# EXHIBIT 1

Case No. 1:25-cv-00847-CNS-NRN    Document 45-1    filed 02/04/26    USDC Colorado
pg 1 of 2

| | |
|---|---|
| **From:** | Jim Knoepp |
| **To:** | Wilson, Francis; Dawson Morton |
| **Cc:** | Hause-Schultz, Rebecca; Herrera, Desiree; Matis, Cheyenne |
| **Subject:** | Re: Defendants" First Set of Discovery Requests to Plaintiffs |
| **Date:** | Monday, December 15, 2025 9:45:03 AM |

I am writing in response to the written discovery you served on November 19, 2025, that was directed to each individual Plaintiff. Those discovery requests are both untimely and exceed the limits imposed by the Court's Phase I scheduling order (ECF No. 30).  The discovery cutoff for Phase I is December 19, 2025 and written discovery was required to be served "45 days prior to the close of discovery." (ECF No. 30.) As such, the last day to serve written discovery was November 3, 2025. Even if the discovery had been served timely, the Court set a limit of 10 interrogatories, 10 requests for production, and 10 requests for admission as to each named Plaintiff, but Defendants served 11 interrogatories, 17 requests for production, and 16 requests for admission.

Given the above, will you agree to formally withdraw the discovery that was propounded on November 19th?

Jim

---

**From:** "Wilson, Francis" <fwilson@fisherphillips.com>

**Date:** Wednesday, November 19, 2025 at 1:23 AM

**To:** Dawson Morton <dawson@dawsonmorton.com>, Jim Knoepp <jim@dawsonmorton.com>

**Cc:** "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>, "Herrera, Desiree" <dherrera@fisherphillips.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>

**Subject:** Defendants' First Set of Discovery Requests to Plaintiffs

Dawson and Jim,

Attached are Defendants' first sets of discovery requests to each of the named plaintiffs. Please let us know if you have any questions regarding any of the requests.



**Francis A. Wilson**
**Associate**

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*