# EXHIBIT 3

**From:** Dawson Morton
**To:** Wilson, Francis
**Cc:** Hause-Schultz, Rebecca; Jim Knoepp; Herrera, Desiree; Matis, Cheyenne
**Subject:** Re: Defendants" First Set of Discovery Requests to Plaintiffs
**Date:** Friday, January 2, 2026 1:24:49 PM

Hi Francis:

We can make time on Tuesday. I'll confer with Jim and Monday and let you know our window of availability.

If the issue is the late served discovery, I think there's some misunderstanding of where things stand. You served discovery that was untimely and violated the Court's discovery scheduling order in multiple ways. Perhaps you did not read the scheduling order, did not calendar the deadline, or just thought the scheduling order only applied to Plaintiffs— whatever the reason the violations of the order were made by Defendants. Nonetheless, you've now also accused us of bad faith because we objected to untimely discovery. We're troubled by that accusation. If you thought Plaintiffs should answer untimely discovery with requests far in excess of those allowed by the scheduling order, you should have asked if we would consent or moved the Court for permission to serve discovery late before you served it. You did neither— and when your violations of the order were pointed out you accused Plaintiffs of wrongdoing. That accusation was misplaced, unprofessional and caused offense.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

On Dec 30, 2025, at 4:41 PM, Wilson, Francis <fwilson@fisherphillips.com> wrote:

Jim and Dawson,

We hope you two had a nice and relaxing holiday season. We wanted to follow up regarding your availability for a conferral call. Could you please let us know your availability tomorrow, Friday, and early next week for a quick conferral call? We're thinking penciling in 30 minutes, but we don't expect that we will need all (or even close to all) of that time. Thank you in advance.



**Francis A. Wilson**
Associate

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard | Bio | Website    *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>
**Sent:** Friday, December 19, 2025 3:17 PM
**To:** Dawson Morton <dawson@dawsonmorton.com>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Wilson, Francis <fwilson@fisherphillips.com>; Herrera, Desiree <dherrera@fisherphillips.com>; Matis, Cheyenne <cmatis@fisherphillips.com>
**Subject:** RE: Defendants' First Set of Discovery Requests to Plaintiffs

Dawson, unfortunately those times do not work for me this evening. We are willing to agree that Plaintiff could respond only to the limit mentioned in the Scheduling Order. Can Plaintiffs agree to do just that? We are focused on simple discovery here. We issued these right after mediation. It seems in bad faith that Plaintiffs shared they did not intend to respond substantively until a couple days before the responses were due.

I hope we can resolve this without seeking Court intervention.

Rebecca

**Rebecca Hause-Schultz**
**Partner and Agriculture Industry Group Co-Chair**

Fisher & Phillips LLP
621 Capitol Mall | Suite 2400 | Sacramento, CA 95814
rhause-schultz@fisherphillips.com | O: (916) 210-0391 | F: (916) 210-0401

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Friday, December 19, 2025 2:13 PM
**To:** Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Wilson, Francis <fwilson@fisherphillips.com>; Herrera, Desiree <dherrera@fisherphillips.com>; Matis, Cheyenne <cmatis@fisherphillips.com>
**Subject:** Re: Defendants' First Set of Discovery Requests to Plaintiffs

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hi Rebecca:  Jim wrote about these requests being served untimely on December 15th—in addition to the objections you are referencing. I don't think our position should be particularly surprising.  The discovery was served in violation of the scheduling order. Nonetheless, I'm happy to discuss it with you. Jim is out of the office today and we are both out next week.  I could talk to you today at 4:15 or 4:30.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

> On Dec 19, 2025, at 12:48 PM, Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com> wrote:

Jim, We will need to meet and confer on these responses. We are willing to reduce the number, but are surprised Plaintiffs are refusing to produce any requested materials prior to the Motion. Please let us know when you are available to meet and confer.

Thank you,
Rebecca



**Rebecca Hause-Schultz**
**Partner and Agriculture Industry Group Co-Chair**

Fisher & Phillips LLP
621 Capitol Mall | Suite 2400 | Sacramento, CA 95814
rhause-schultz@fisherphillips.com | O: (916) 210-0391 | F: (916) 210-0401

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Thursday, December 18, 2025 5:23 PM
**To:** Wilson, Francis <fwilson@fisherphillips.com>; Dawson Morton <dawson@dawsonmorton.com>
**Cc:** Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>; Herrera, Desiree <dherrera@fisherphillips.com>; Matis, Cheyenne <cmatis@fisherphillips.com>
**Subject:** Re: Defendants' First Set of Discovery Requests to Plaintiffs

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Attached are Plaintiffs' responses to the discovery requests.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169

**From:** "Wilson, Francis" <fwilson@fisherphillips.com>
**Date:** Wednesday, November 19, 2025 at 1:23 AM
**To:** Dawson Morton <dawson@dawsonmorton.com>, Jim Knoepp <jim@dawsonmorton.com>
**Cc:** "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>, "Herrera, Desiree" <dherrera@fisherphillips.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>
**Subject:** Defendants' First Set of Discovery Requests to Plaintiffs

Dawson and Jim,

Attached are Defendants' first sets of discovery requests to each of the named plaintiffs. Please let us know if you have any questions regarding any of the requests.



**Francis A. Wilson**
Associate

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*