# EXHIBIT 4

| | |
|---|---|
| **From:** | Wilson, Francis |
| **To:** | Varholak Chambers |
| **Cc:** | Thomas P. Howard; K Cuneo; Kratz, Timothy; Albion, Hannah; Matis, Cheyenne |
| **Subject:** | Request to reschedule discovery dispute hearing - Korby Sod v. Johnson et al. - 1:23-cv-02042-CNS-STV |
| **Date:** | Thursday, January 8, 2026 10:09:05 PM |

Good evening,

The Parties are following up on a joint call to Your Honor's Chambers yesterday regarding the Parties' joint request to reschedule the discovery dispute hearing currently scheduled for January 22, 2026, in the above-referenced matter. The reason for this request is that Defendants' counsel will be in trial that week. On the call, we were provided with several dates/times for rescheduling this hearing, one of which is **February 4, 2026, at 2 PM**. If that time is still available, the Parties would respectfully request that the hearing be reschedule to that date/time.

Relatedly, as of January 14, 2026, I will be relocating to DC and joining a new firm. However, I plan on participating in the rescheduled hearing on behalf of Plaintiff. In light of my relocation, and in order to minimize expenses relating to travel, I would like to respectfully request permission to be able to attend the rescheduled hearing remotely via video conference. To be clear, Defendants' counsel intends to participate in-person (which Plaintiff's counsel does not oppose), so this request to attend remotely would just be for myself. Could you please let us know if the Court approves this request? If the Court would prefer that Plaintiff file a motion to request virtual attendance via video conference, please let us know, and we will file such motion tomorrow.

Thank you.

**Francis A. Wilson**
**Associate**

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*