# EXHIBIT 5

| | |
|---|---|
| **From:** | Knapp, Vance |
| **To:** | Jim Knoepp; Wilson, Francis; Hause-Schultz, Rebecca; Matis, Cheyenne; Herrera, Desiree; McTaggart, Christopher; Reed-Baum, Jessica |
| **Cc:** | Dawson Morton |
| **Subject:** | RE: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs" Motion for Conditional Certification of FLSA Collective Action |
| **Date:** | Wednesday, January 14, 2026 3:35:29 PM |

Jim,

I would like to confer with you about your motion for conditional certification and Plaintiffs' refusal to answer Defendants' First Set of Written Discovery Requests via Teams or Zoom. Please let me know your availability for a call on Thursday or Friday this week. I'm available on Thursday from 10:00 a.m. to 12:30 p.m. and 1:30 p.m. to 5:00 p.m. Mountain, and on Friday from 10:00 a.m. to 12:00 p.m. and 1:30 p.m. to 4:30 p.m. Mountain. I can send out a Teams or Zoom invite. Thanks.



**Vance O. Knapp**
Partner

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
vknapp@fisherphillips.com | O: (303) 218-3656

vCard  |  Bio  |  Website     On the Front Lines of Workplace Law[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Tuesday, January 13, 2026 6:58 PM
**To:** Wilson, Francis <fwilson@fisherphillips.com>; Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>; Matis, Cheyenne <cmatis@fisherphillips.com>; Herrera, Desiree <dherrera@fisherphillips.com>; McTaggart, Christopher <camctaggart@fisherphillips.com>; Knapp, Vance <vknapp@fisherphillips.com>; Reed-Baum, Jessica <jreed-baum@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Re: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA Collective Action

I am also following up on this request (and adding Vance and Jessica) to get your position on Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action and Plaintiffs' Motion for Rule 23 Class Certification. My understanding from our email exchange regarding the deadline to file the motions is that Defendants oppose the motions, but please let us know your position and whether you would like to discuss further per Local Rule 7.1.

Thanks.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Wednesday, January 7, 2026 at 2:33 PM
**To:** "Wilson, Francis" <fwilson@fisherphillips.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>, "Herrera, Desiree" <dherrera@fisherphillips.com>, "McTaggart, Christopher" <camctaggart@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>

**Subject:** Re: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA Collective Action

Rebecca and Francis—

I am just circling back to this to see whether Defendants' position has changed at all with respect to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action. We intend to file out motion soon.

Separately, can you let us know your position on Plaintiffs' Motion for Rule 23 Class Certification with respect to their non-FLSA claims?

Thank you.

Jim

---

**From:** "Wilson, Francis" <fwilson@fisherphillips.com>
**Date:** Monday, October 20, 2025 at 12:46 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>, "Herrera, Desiree" <dherrera@fisherphillips.com>, "McTaggart, Christopher" <camctaggart@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Re: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA Collective Action

That's fine with me, Jim.

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Monday, October 20, 2025 10:28:39 AM
**To:** Wilson, Francis <fwilson@fisherphillips.com>; Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>; Matis, Cheyenne <cmatis@fisherphillips.com>; Herrera, Desiree <dherrera@fisherphillips.com>; McTaggart, Christopher <camctaggart@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Re: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA Collective Action

Good morning everyone.

Would it be OK to move our call today to 2 Eastern/**12 noon MDT**/11 Pacific?

Let me know and I can adjust the calendar invite.

Thanks.

Jim

---

**From:** "Wilson, Francis" <fwilson@fisherphillips.com>
**Date:** Friday, October 17, 2025 at 3:07 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>, "Herrera, Desiree" <dherrera@fisherphillips.com>, "McTaggart, Christopher" <camctaggart@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** RE: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA

Collective Action

Jim,

Here are a few times (all MDT) early next week that would work for us to confer about the motion for conditional certification and pre-mediation discovery:

- Monday
    - 11 AM-2 PM
    - After 3 PM
- Tuesday
    - After 1 PM

Feel free to send us a meeting invite for whenever would work best for you and Dawson.



**Francis A. Wilson**
Associate

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard | Bio | Website   On the Front Lines of Workplace Law℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Friday, October 17, 2025 9:44 AM
**To:** Wilson, Francis <fwilson@fisherphillips.com>; Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>; Matis, Cheyenne <cmatis@fisherphillips.com>; Herrera, Desiree <dherrera@fisherphillips.com>; McTaggart, Christopher <camctaggart@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Re: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA Collective Action

OK.

We should also discuss documents that we need in order to prepare for mediation. The parties' mediation statements are due in just about 3 weeks time and we still do not have any payroll records related to the putative class members.

---

**From:** "Wilson, Francis" <fwilson@fisherphillips.com>
**Date:** Thursday, October 16, 2025 at 1:54 AM
**To:** Jim Knoepp <jim@dawsonmorton.com>, "Hause-Schultz, Rebecca" <rhause-schultz@fisherphillips.com>, "Matis, Cheyenne" <cmatis@fisherphillips.com>, "Herrera, Desiree" <dherrera@fisherphillips.com>, "McTaggart, Christopher" <camctaggart@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** RE: Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA Collective Action

Jim,

Thank you for reaching out. As you might expect, Defendants oppose this putative motion for conditional FLSA certification. I'm checking with Rebecca regarding her availability to confer and will circle back tomorrow with you.



**Francis A. Wilson**
Associate

Fisher & Phillips LLP
1125 17th Street | Suite 2400 | Denver, CO 80202
fwilson@fisherphillips.com | O: (303) 218-3637

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law*[SM]

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Tuesday, October 14, 2025 11:05 AM
**To:** Wilson, Francis <fwilson@fisherphillips.com>; Hause-Schultz, Rebecca <rhause-schultz@fisherphillips.com>; Matis, Cheyenne <cmatis@fisherphillips.com>; Herrera, Desiree <dherrera@fisherphillips.com>; McTaggart, Christopher <camctaggart@fisherphillips.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Delgado-Bojorquez, et al. v. KB Custom Ag, et al. - Plaintiffs' Motion for Conditional Certification of FLSA Collective Action

Counsel—

I am reaching out in accordance with Local Rule 7.1(a) with respect to Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action.  Plaintiffs intend to file a motion soon seeking such certification based on Defendants' failure to pay Plaintiffs and similarly situated truck drivers overtime wages when they worked more than 40 hours per workweek.  Plaintiffs' understanding is that there is no dispute that Defendants' truck drivers who hauled silage (1) regularly worked more than 40 hours per workweek; (2) were not paid overtime wages when they worked more than 40 hours in a workweek; and (3) that Defendants believe one or more exemptions to overtime applies to all of the truck drivers.  Given that, please let us know whether Defendants intend to oppose the motion for conditional certification and, if so, when we can meet and confer pursuant to the Local Rule.

Thanks.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169