# [Locklear v. Kmart Corp.](#)

United States District Court for the District of New Mexico

July 8, 2008, Filed

No. 05-CV-1191 JAP/ACT

**Reporter**
2008 U.S. Dist. LEXIS 146128 *

STACY LOCKLEAR, et al., Plaintiffs vs. KMART CORPORATION, et al., Defendants. vs. KMART CORPORATION and STREET FLYERS, LLC., Cross-Claimants/Third-Party Plaintiffs, vs. CYCLE SOURCE GROUP, LLC and/or NINGBO LITTLE STAR CYCLES CO., LTD, Cross-Defendants, and GREAT AMERICAN E & S INSURANCE COMPANY, Third-Party Defendant.

**Counsel:** [*1] For Stacy Locklear, Individually, and as Parent and Next Friend of Ryan Locklear, a Minor, Deceased, next friend, Ryan Locklear, Marjorie Missy Locklear, Individually, and as Parent and Next Friend and as Personal Representative of the Estate of Ryan Locklear, a Minor, Deceased, estate of, Ryan Locklear, Plaintiffs: Corbin Hildebrandt, LEAD ATTORNEY, Corbin Hildebrandt, P.C., Albuquerque, NM; James S Bromberg, MD, JD, LEAD ATTORNEY, James S Bromberg Attorney at Law, Albuquerque, NM; James K. Gilman, Gilman Law Offices LLC, Albuquerque, NM.

For KMart Corporation, a foreign corporation, Defendant, Cross Claimant, ThirdParty Plaintiff: Joseph B Wosick, Patrick D Allen, LEAD ATTORNEYS, Yenson Allen & Wosick PC, Albuquerque, NM; Michael S. Jahner, LEAD ATTORNEY, YLAW, P.C., Albuquerque, NM.

For Street Flyers, LLC, a California corporation, Defendant, Cross Claimant, ThirdParty Plaintiff: H Brook Laskey, LEAD ATTORNEY, McCoy Leavitt Laskey LLC, Albuquerque, NM; Stephen M Williams, LEAD ATTORNEY, Miller Stratvert PA, Albuquerque, NM.

For Cycle Source Group LLC, Defendant: Kevin S. Taylor, LEAD ATTORNEY, PRO HAC VICE, Snell & Wilmer, LLP, Tabor Center, Denver, CO; Lee Mickus, LEAD ATTORNEY, PRO [*2] HAC VICE, Taylor Anderson, LLP, Denver, CO; Mark A. Glenn, LEAD ATTORNEY, Albuquerque, NM; Martha A. Kelly, LEAD ATTORNEY, New Mexico Attorney General's Office, Albuquerque, NM; Nathan C Sprague, LEAD ATTORNEY, Moses, Dunn, Farmer & Tuthill, Albuquerque, NM.

For Great American E&S Insurance Company, ThirdParty Defendant: Gregory D. Steinman, LEAD ATTORNEY, Madison, Mroz, Steinman, Kenny & Olexy, P.A., Albuquerque, NM; Jacqueline A Olexy, LEAD ATTORNEY, Madison, Mroz, Steinman, Kenny & Olexy, P.A., Albuquerque, NM; Jennifer L Collins, LEAD ATTORNEY, Madison, Harbour & Mroz, P.A., Albuquerque, NM.

**Judges:** Alan C. Torgerson, UNITED STATES MAGISTRATE JUDGE.

**Opinion by:** Alan C. Torgerson

## Opinion

### DISCOVERY ORDER

**THIS MATTER** comes before the Court on Defendant Cycle Source Group, LLC's Motion for Protective Order as to Discovery Served June 9, 2008 by Plaintiff Marjorie "Missy" Locklear [Doc. No. 192], Defendant Street Flyers' Amended Motion for Protective Order Striking Plaintiff Missy Locklear's Untimely Discovery Requests [Doc. No. 199], Defendant Kmart Corporation's Motion for Protective Order as to Discovery Served June 9, 2008

by Plaintiff Marjorie "Missy" Locklear [Doc. No. 211], Defendant Kmart Corporation's Motion **[*3]** for Protective Order as to Discovery Served June 10, 2008 by Third Party Defendant Great American E & S Insurance Company [Doc. No. 216] and Street Flyers' Motion for Protective Order Striking Great American's Untimely Discovery Requests [Doc. No. 217]. All Defendants are requesting an order from the Court that they not be required to respond to written discovery that they contend was not timely served. Plaintiffs responded to Defendant Cycle Source's motion and Defendant Street Flyers' motion [Doc. No. 192 and 193]. Having reviewed the pleadings and being otherwise well informed in the matter, the Court FINDS that there is no need for any other responsive pleadings and that the motions are well-taken.

The original *Rule 16* Scheduling Order that was entered in this case imposed a discovery deadline of June 6, 2008. [Doc. No. 43]. The Scheduling Order states: "This deadline shall be construed to require that discovery be completed on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline." *Id.* In response to an unopposed motion, the discovery deadline was extended to July 10, 2008. [Doc. No. **[*4]** 125]. There have been no further requests for an extension of the discovery deadline.

On June 9, 2008, Plaintiff Marjorie "Missy" Locklear electronically served written discovery on Defendants Kmart, Cycle Source and Street Flyer [Doc. Nos. 167, 168, 169, 170, 171 and 172]. This written discovery included Requests for Production and Requests for Admissions and Related Interrogatory and Request for Production. *Id.* On June 10, 2008, Defendant Great American E & S Insurance Company electronically served its First Set of Interrogatories, Requests for Production and Requests for Admissions on Defendant Kmart and Street Flyers [Doc. Nos. 178 and 179].

Pursuant to the Federal Rules of Civil Procedure a party has thirty days to respond to written discovery requests. *Fed.R.Civ.P. 33(b)(2)*, *34(b)* and *36(a)(3)*. When discovery requests are served electronically (as these requests were), the party has an additional three days to respond. *Fed.R.Civ.P. 6(d)*, D.N.M.LR-CV 5.6(b). Accordingly, the responses to all of the discovery requests at issue here are due on July 14, 2008. July 14, 2008 is four days after the Court ordered discovery deadline of July 10, 2008. The discovery requests are untimely.

**IT IS THEREFORE ORDERED** that Defendant Cycle Source Group, LLC's Motion **[*5]** for Protective Order as to Discovery Served June 9, 2008 by Plaintiff Marjorie "Missy" Locklear [Doc. No. 192], Defendant Street Flyers' Amended Motion for Protective Order Striking Plaintiff Missy Locklear's Untimely Discovery Requests [Doc. No. 199], Defendant Kmart Corporation's Motion for Protective Order as to Discovery Served June 9, 2008 by Plaintiff Marjorie "Missy" Locklear [Doc. No. 211], Defendant Kmart Corporation's Motion for Protective Order as to Discovery Served June 10, 2008 by Third Party Defendant Great American E & S Insurance Company [Doc. No. 216] and Street Flyers' Motion for Protective Order Striking Great American's Untimely Discovery Requests [Doc. No. 217] are GRANTED.

/s/ Alan C. Torgerson

**Alan C. Torgerson**

**UNITED STATES MAGISTRATE JUDGE**

End of Document