IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

    Defendants.

---

## UNOPPOSED MOTION TO CONTINUE THE DISCOVERY DISPUTE HEARING SET FOR FEBRUARY 6, 2026

Plaintiffs Jaime Alberto Delgado-Bojorquez, Oscar Jovanny Diaz-Ramirez, Jose Aniel Lopez-Valdez, and Rey David Aviña-Coto (collectively, "Plaintiffs"), and Defendants KB Custom Ag Services, LLC ("KB") and Kyle Beauchamp (collectively, "Defendants," and together with Plaintiffs, the "Parties"), hereby submits the following Unopposed Motion to Continue the Discovery Hearing, currently set for 2:30 p.m. on Friday, February 6, 2026 to continue it to Friday, February 13, 2026, if the Court is available on that date and state as follows:

1. Pursuant to D.C.COLO.LCivR. 7.1 (a), Undersigned counsel represents that they conferred with Plaintiffs' Counsel on February 5, 2026, and that they do not oppose the relief requested in this Motion.

2. Also, under D.C.COLO.LCivR. 6.1 (c), Undersigned counsel confirms that they are contemporaneously serving this Unopposed Motion on their clients.

3. The Discovery Hearing was originally set for February 6, 2026, at 2:30 p.m. *See* January 20, 2026, Minute Order [Doc. No. 35].

4. Attorney Monica Simmons, counsel for Fisher & Phillips, planned to attend the Discovery Hearing via phone.

5. Attorney Vance O. Knapp, partner at Fisher & Phillips, is currently out of the country on business conducting two separate internal investigations for a large corporate client and planned to join the Discovery Hearing by phone.

6. Despite many previous visits to this client with no issues relating to cell service, an impending tropical storm is preventing Mr. Knapp from reliably making calls to the United States. Currently, only 50% of Mr. Knapp's calls are going through to the states.

7. Because of this, Mr. Knapp believes that he will be prevented from joining the Discovery Hearing.

8. Attorney Rebecca Hause-Schultz, partner at Fisher & Phillips, is unable to attend the Discovery Hearing because she is presenting at the 2026 Agricultural Personnel Management Association ("APMA") Forum.

9. As the Discovery Hearing relates to issues in the above-captioned matter that occurred prior to Ms. Simmons and Mr. Knapp joining the case, Defense Counsel expects that the input of Ms. Hause-Shultz will be necessary to the resolution of the issues.

FP 61660812.1

10. As Mr. Knapp is local counsel for the above-captioned matter, Mr. Knapp's presence is imperative for resolution of the issues to be discussed at the Discovery Hearing.

11. This is the first request to reschedule the Discovery Hearing and it will not prejudice either party.

12. The Parties request that the Discovery Hearing be rescheduled for February 13, 2026.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion to Reschedule the Discovery Hearing set for February 6, 2026, so that the issues may be successfully resolved.

Respectfully submitted this 5th day of February, 2026.

*/s/ Vance O. Knapp*
Vance O. Knapp
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, CO 95814
303-281-3637
vknapp@fisherphillips.com

Rebecca Hause-Schultz
Fisher & Phillips LLP
621 Capitol Mall, Suite 2400
Sacramento, CA 95814
916-210-0391
rhause-schultz@fisherphillips.com

Monica Simmons
Fisher & Phillips LLP
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
610-230-2129
msimmons@fisherphillips.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE THE DISCOVERY DISPUTE HEARING SET FOR FEBRUARY 6, 2026** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dawson Morton
Dawson Morton LLC
1808 Sixth Street
Berkeley, CA 94710
dawson@dawsonmorton.com
*Attorneys for Plaintiffs*

James M. Knoepp
James M. Knoepp, Attorney at Law
1612 Crestwood Drive
Columbia, SC 29205
jim@dawsonmorton.com
*Attorneys for Plaintiffs*

                                    *s/ Robin Havens*
                                    For Fisher & Phillips LLP

4