**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

### [PROPOSED] ORDER

---

**THE COURT**, upon consideration of the Unopposed Motion to Continue the Discovery Dispute Hearing Set for February 6, 2026,

**HEREBY ORDERS** that the Motion is Granted, and the Discovery Dispute Hearing is rescheduled for February 13, 2026, at __:__ a.m./p.m.

DONE AND SIGNED ON THIS __ DAY OF FEBRUARY 2026.

BY THE COURT:

s/_____
N. REID NEUREITER
United States Magistrate Judge