IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 25-cv-00847-CNS-NRN | Date: February 13, 2026 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| JAIME ALBERTO DELGADO-BOJORQUEZ, OSCAR JOVANNY DIAZ-RAMIREZ, JOSE ANIEL LOPEZ-VALDEZ, and REY DAVID AVIÑA-COTO, on behalf of themselves and all others similarly situated, Plaintiffs, | Dawson Morton James Knoepp |
| v. | |
| KB CUSTOM AG SERVICES, LLC, and KYLE BEAUCHAMP, Defendants. | Monica Simmons Rebecca Hause-Schultz Vance Knapp |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY HEARING**

**9:56 a.m.   Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes outlined in a Joint Discovery Statement filed at ECF #45.

Arguments by the parties.

Plaintiffs make judicial admission that they do not possess and are not withholding any additional document supporting their arguments in favor of class certification or conditional certification.

In light of Plaintiff's concession (or admission), Defendants WITHDRAW their request for an order compelling plaintiffs to respond to their later-tendered discovery requests. The Court therefore need not make any ruling on the discovery dispute.

**10:20 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:24

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.