**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

---

Defendants KB Custom AG Services, LLC and Kyle Beauchamp ("Defendants"), by and through their counsel of record, request a one-week extension of time from September 28, 2026, up to and including October 5, 2026, to file the joint status report and proposed FLSA notice ordered by the Court on September 14, 2026, ECF No. 54 at p. 6 (hereinafter referred to as the "Order").

1. **Certificate of Compliance with D.C.COLO.LCivR 7.1.** Defendants' counsel contacted Plaintiffs' counsel on September 18, 2026, to confer on this motion. Plaintiffs' counsel stated that Plaintiffs do not oppose the relief requested herein.

2. On September 14, 2026, the Court granted in part and denied in part Plaintiffs' motion to certify a collective action, and granted Plaintiffs' motion to certify a Rule 23(b)(3) class action. *See* the Order, ECF No. 54.

3. The Order also directed the Parties to confer regarding Plaintiffs' proposed notice, and file a status report within 14 days of the Order detailing the Parties' conferral efforts.

4. Counsel for Defendants have reviewed Plaintiffs' proposed notice and have begun drafting proposed revisions.

5. However, Counsel for Defendants must appear in-person for multiple depositions in another matter the week of September 21, 2026, and is unavailable to meet-and-confer with Plaintiffs' counsel on Defendants' proposed revisions.

6. As such, Defendants request a brief extension of time to complete and file the joint status report.

7. The requested *de minimis* extension will not impact or prejudice either Party. Counsel for Plaintiffs has already agreed to the extension requested by Defendants herein.

8. This is the first extension of time requested by Defendants to submit the joint status report.

9. Undersigned Counsel certifies that they will serve their clients with a copy of this motion.

**WHEREFORE**, for the reasons stated above, Defendants request a one-week extension of time, up to and including October 5, 2026, for Defendants to file a joint status report.

Respectfully submitted this 24th day of September, 2026.

FISHER & PHILLIPS LLP

*s/ Vance O. Knapp*
Vance O. Knapp
1125 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
vknapp@fisherphillips.com

Rebecca Hause-Schultz
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: (916) 210-0391
rhause-schultz@fisherphillips.com

Monica L. Simmons
FISHER & PHILLIPS LLP
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 230-2129
msimmons@fisherphillips.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2026, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dawson Morton
Dawson Morton LLC
1808 Sixth Street
Berkeley, CA 94710
dawson@dawsonmorton.com
*Attorneys for Plaintiffs*

James M. Knoepp
Dawson Morton LLC 1612 Crestwood Drive
Columbia, SC 29205
jim@dawsonmorton.com
*Attorneys for Plaintiffs*

*/s/ Becky Franson*
For Fisher & Phillips LLP