**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

---

**THE COURT**, upon consideration of Defendants' Unopposed Motion for Extension of Time to File Joint Status Report,

**HEREBY ORDERS** that the Motion is Granted, and the Parties shall have up to and including Monday, October 5, 2026 to file the joint status report and proposed FLSA notice. It is **FURTHER ORDERED** that the statute of limitations on Potential Opt-In Plaintiffs' FLSA claims is equitably tolled through October 5, 2026.

DATED this _____ day of September, 2026.

BY THE COURT:

______________________________
United States District Judge