**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

**JOINT STATUS REPORT REGARDING FLSA COLLECTIVE ACTION NOTICE**

---

In accordance with the Court's September 14, 2026, Order (ECF No. 54) directing the parties to meet and confer regarding the Plaintiffs' proposed FLSA Notice, the parties hereby submit this Joint Status Report regarding the FLSA Collective Action Notice and process.

The parties have reached an agreement on a revised FLSA Notice that will be sent to the collective action members certified by the Court. The revised FLSA Notice is attached as Exhibit 1. The potential FLSA opt-in Plaintiffs all speak Spanish as their first language and therefore the final Court-approved Notice will be translated into Spanish by a federal court certified interpreter and sent to the collective action members in Spanish. Defendants will be afforded the opportunity to review and object to the translated Notice

before it is distributed to potential FLSA opt-in Plaintiffs. Defendants will have seven (7) calendar days upon receipt of the translated Notice to raise objections and meet-and-confer with opposing counsel to discuss any proposed changes. If the parties cannot reach an agreement on the translation, they agree to submit a joint request to the Court to review and adjudicate any dispute.

The FLSA Notice will be sent to potential FLSA opt-in Plaintiffs based on the definition of the collective action proposed by the Plaintiffs and certified by the Court, with one slight modification as explained below:

> All individuals admitted as H-2A temporary foreign workers who were employed by Defendants as heavy tractor-trailer truck drivers at any time within 3 years of when Notice is sent.

The parties agreed to toll the FLSA statute of limitations for potential FLSA opt-in Plaintiffs while engaged in mediation efforts (35 days of tolling), while the FLSA collective action motion was pending (ECF No. 44) (43 days of tolling), and to seek an extension of the deadline to file this Joint Report (7 days). The parties are also agreeing to toll the FLSA statute of limitations during any time period necessary to finalize the translated Notice after it is submitted to the Defendants. As a result, the FLSA Notice will be sent to individuals meeting the definition above but who were employed at any time within 3 years and 85 days of when the Notice is sent, plus any additional days needed to finalize the translated Notice after it is submitted to the Defendants, to account for the previously agreed-to tolling periods.

The FLSA Notice will be sent via email and text message/WhatsApp message only, unless the notice administrator is unable to confirm that a potential FLSA opt-in

Plaintiff received the message either by email and text message/WhatsApp message, in which case a postal mailing will be sent. Potential FLSA opt-in Plaintiffs will have 90 days from the date notice is first sent to return any consent to sue forms. The notice and forms will also be available by website.

To facilitate Notice, Defendants will produce the names, last known addresses, telephone numbers, WhatsApp numbers, and email addresses for the potential FLSA opt-in Plaintiffs to counsel for the Plaintiffs on or before October 9, 2026.

Respectfully submitted by:

*/s/ James Knoepp*
James Knoepp
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
828-379-3169
jim@dawsonmorton.com

Dawson Morton
Dawson Morton, LLC
1808 Sixth Street
Berkeley, CA 94710
404-590-1295
dawson@dawsonmorton.com

*Counsel for Plaintiffs*

*/s/ Vance O. Knapp*
Vance O. Knapp
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, CO 95814
303-281-3637
vknapp@fisherphillips.com

Rebecca Hause-Schultz
Fisher & Phillips LLP
621 Capitol Mall, Suite 2400
Sacramento, CA 95814
916-210-0391
rhause-schultz@fisherphillips.com

Monica Simmons
Fisher & Phillips LLP
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
610-230-2129
msimmons@fisherphillips.com

*Counsel for Defendants*