IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 25-cv-00847-CNS-NRN
Courtroom Deputy: Román Villa

Date: October 27, 2026
FTR: Courtroom A401

| *Parties:* | *Counsel:* |
|---|---|
| JAIME ALBERTO DELGADO-BOJORQUEZ, OSCAR JOVANNY DIAZ-RAMIREZ, JOSE ANIEL LOPEZ-VALDEZ, and REY DAVID AVIÑA-COTO, on behalf of themselves and all others similarly situated, | Dawson Morton<br>James Knoepp |
| Plaintiffs, | |
| v. | |
| KB CUSTOM AG SERVICES, LLC, and KYLE BEAUCHAMP, | Monica Simmons<br>Vance Knapp |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**9:29 a.m. Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE FOR PHASE II DISCOVERY HELD THIS DATE:**

The parties shall file a stipulated motion for entry of proposed ESI protocol by November 13, 2026.

Discovery Cut-off: June 30, 2027

No later than ten (10) days after the close of discovery, a Party seeking to file a motion for summary judgment must email District Judge Sweeney's Chambers, copying opposing counsel, to inform the Court of their intent to file such motion.

***See* Section III of District Judge Sweeney's Standing Order Regarding Federal Rule of Civil Procedure 56 Motions.**

Each side shall be limited to **8** depositions, excluding experts.

For fact witnesses, depositions shall not exceed 7 hours for four deponents, all other fact depositions are limited to 4 hours. For retained experts, depositions shall not exceed 7 hours.

Depositions that require the use of an interpreter shall not exceed 8 hours. Non-party depositions that do not require an interpreter shall be limited to 4 hours.

Plaintiffs shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission, to be allocated as they see fit.

Defendants shall be limited to **20** interrogatories, **20** requests for production, and **20** requests for admission to the named Plaintiffs only.

Interrogatories, Requests for Production, and Requests for Admissions shall be served **45** days prior to the close of discovery.

Each side shall be limited to **2** expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **April 1, 2027**
Disclosure of Rebuttal Experts: **May 14, 2027**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for **March 10, 2027** at **10:00 a.m**. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**FINAL PRETRIAL CONFERENCE** will be set by the chambers of Judge Sweeney. Counsel shall jointly email Judge Sweeney's chambers within 24 hours of the scheduling conference to obtain a date for a Final Pretrial Conference.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**9:53 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:20

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at 303-629-8534.