**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-00847-CNS-NRN

JAIME ALBERTO DELGADO-BOJORQUEZ,
OSCAR JOVANNY DIAZ-RAMIREZ,
JOSE ANIEL LOPEZ-VALDEZ, and
REY DAVID AVIÑA-COTO, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

KB CUSTOM AG SERVICES, LLC, and
KYLE BEAUCHAMP,

Defendants.

---

**JOINT MOTION FOR ENTRY OF STIPULATED ESI PROTOCOL**

---

Pursuant to the Court's October 27, 2026 Scheduling Order for Phase II Discovery [ECF No. 62], Plaintiffs Jaime Alberto Delgado-Bojorquez, Oscar Jovanny Diaz-Ramirez, Jose Aniel Lopez-Valdez, and Rey David Aviña Corto ("Plaintiffs"), and Defendants KB Custom Ag Services, LLC and Kyle Beauchamp ("Defendants"), by and through their undersigned counsel, respectfully move this Court to enter the attached ESI Protocol to regulate and limit the production of electronically stored information ("ESI") in this case.

The Parties' proposed ESI Protocol is attached as **Exhibit 1**.

WHEREFORE, the Parties respectfully request that this Court enter the attached ESI Protocol as an Order of the Court.

Respectfully submitted this 13th day of November, 2026.

*_/s/ James Knoepp_*

James Knoepp
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
828-379-3169
jim@dawsonmorton.com

Dawson Morton
Dawson Morton, LLC
1808 Sixth Street
Berkeley, CA 94710
404-590-1295
dawson@dawsonmorton.com

*Counsel for Plaintiffs*

*_/s/ Vance O. Knapp_*

Vance O. Knapp
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, CO 95814
303-281-3637
vknapp@fisherphillips.com

Rebecca Hause-Schultz
Fisher & Phillips LLP
621 Capitol Mall, Suite 2400
Sacramento, CA 95814
916-210-0391
rhause-schultz@fisherphillips.com

Monica Simmons
Fisher & Phillips LLP
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
610-230-2129
msimmons@fisherphillips.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2026, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF PROPOSED ESI PROTOCOL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Vance O. Knapp
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, CO 95814
303-281-3637
vknapp@fisherphillips.com

Rebecca Hause-Schultz
Fisher & Phillips LLP
621 Capitol Mall, Suite 2400
Sacramento, CA 95814
916-210-0391
rhause-schultz@fisherphillips.com

Monica Simmons
Fisher & Phillips LLP
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
610-230-2129
msimmons@fisherphillips.com

*Counsel for Defendants*

*/s/James Knoepp*